Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Samantha J. Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*On behalf of Plaintiff and the Proposed Class*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PACIFIC WINE DISTRIBUTORS, INC., *individually and on behalf of all others similarly situated*,<br><br>                    Plaintiff,<br><br>    vs.<br><br>VITOL INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD.,<br><br>                    Defendants. | Case No. 3:20-cv-03131-JSC<br><br>CLASS ACTION<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[N.D. Cal. Civil L.R. 3-12, 7-11]<br><br>Related Case Nos.:<br>• 20-cv-03427-JCS<br>• 20-cv-03483-JSC<br>• 20-cv-03535 |

## I. INTRODUCTION

Plaintiff Pacific Wine Distributors, Inc. ("PWDI" or "Plaintiff") previously filed an Omnibus Administrative Motion to Relate four other proposed class actions to PWDI's first-filed case (ECF No. 13), and on May 22, 2020, the Court granted the Motion (ECF No. 20).[1] Since the Court's Order, three additional proposed class actions have been filed in this District alleging substantially the same claims against substantially the same parties. Accordingly, pursuant to Civil Local Rule 3-12, PWDI now files this Motion to Relate the following cases filed in this District:

- *Kravitz et al v. SK Energy Americas, Inc. et al*, No. 3:20-cv-03427-JCS (N.D. Cal., filed May 20, 2020) ("*Kravitz* action");
- *Accurate Testing & Inspection, LLC v. SK Energy Americas Inc. et al*, No. 3:20-cv-03483-JSC (N.D. Cal., filed May 22, 2020) ("*Accurate Testing* action"); and
- *BB&B Business Group et al v. Vitol Inc., et al*, No. 3:20-cv-03535 (N.D. Cal., filed May 26, 2020) (Judge not yet assigned) ("*BB&B* action").[2]

## II. LEGAL STANDARD FOR RELATING CASES

"Whenever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must *promptly* file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11." Civil L.R. 3-12(b).

Under Civil Local Rule 3-12(a), "[a]n action is related to another when: (1) The actions

---

[1] *Fricke-Parks Press, Inc. et al v. SK Energy Americas, Inc., et al*, No. 3:20-cv-03148-LB (N.D. Cal., filed May 7, 2020) ("*Fricke-Parks* action"); *Hudson, et al, v. Vitol, Inc., et al*, No. 5:20-cv-03217-NC (N.D. Cal., filed May 11, 2020) ("*Hudson* action"); *Johnston v. Vitol Inc., et al*, No. 4:20-cv-03238-KAW (N.D. Cal., filed May 12, 2020) ("*Johnston* action"); *Bogard Construction, Inc. v. Vitol Inc., et al*, No. 3:20-cv-03267-SK (N.D. Cal., filed May 13, 2020) ("*Bogard* action").

[2] PWDI also previously filed a request to add the *Kravitz* action to the prior Omnibus Motion to Relate (ECF No. 19). The Court's prior Order relating cases did not include the *Kravitz* action, however, and thus PWDI includes it with this Motion. Additionally, it is quite possible that additional actions related to PWDI's case will be filed in the future. PWDI will continue filing periodic Motions to Relate as needed, unless otherwise instructed by the Court.

concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

### III. THE NEW ACTIONS SHOULD BE RELATED

Plaintiff PWDI respectfully submits that the *Kravitz*, *Accurate Testing*, and *BB&B* actions should now be related to the PWDI case. Plaintiff filed its proposed class action on May 6, 2020, following the action brought by California's Attorney General: *The People of the State of California v. Vitol Inc., SK Energy Americas, Inc., and SK Trading International Co. Ltd.*, California Superior Court, San Francisco (filed May 4, 2020). Thereafter, plaintiffs in the *Kravitz*, *Accurate Testing* and *BB&B* actions filed suit. These actions all reference the same misconduct identified by California's Attorney General.

As can be readily seen by comparing the Complaints in these actions, they all involve substantially the same subject matter and parties as in PWDI's case. *See* accompanying Decl. of Samantha J. Stein, Exs. A–D (Complaints filed in the Northern District). All of these actions charge the same named Defendants, Vitol Inc. ("Vitol"), SK Energy Americas, Inc. ("SK Energy"), and SK Trading International Co. Ltd. ("SK Trading"), with violations of the California Cartwright Act (Cal. Bus. & Prof. Code §§ 16720 *et seq*.), and California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.* ("UCL"), and the *PWDI* and *Accurate Testing* actions also allege violations of Section 1 of the Sherman Act (15 U.S.C. § 1). All cases allege that Vitol, SK Energy, and SK Trading acted to restrain competition in the spot market for gasoline formulated for use in California and in certain gasoline blending components used in that gasoline between at least February 18, 2015 and December 31, 2016. And all cases allege virtually the same facts and details about how the named Defendants carried out their alleged conspiracy.

Accordingly, these cases call for determination of multiple questions of fact and law that are the same or substantially similar, including whether Defendants Vitol, SK Energy, and SK Trading engaged in anticompetitive conduct and the amount of damages owed to the proposed class. Given the substantial overlap in the parties, relevant transactions and events, and questions

of fact and law in these actions, relating them will avoid waste of the Court's resources and prevent inconsistent results.  It will also assist in the most just and efficient resolution of these actions. *See* Fed. R. Civ. P. 1.

### IV.   CONCLUSION

For the reasons set forth above, Plaintiff PWDI respectfully requests that the Court order the *Kravitz*, *Accurate Testing*, and *BB&B* actions related to the above-captioned *Pacific Wine Distributors* action.

DATED: May 27, 2020

HAUSFELD LLP
By:   */s/ Samantha J. Stein*
Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Samantha J. Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

Brian Murray (*pro hac vice to be filed*)
Lee Albert (*pro hac vice to be filed*)
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 101689
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: bmurray@glancylaw.com
           lalbert@glancylaw.com

*Attorneys for Plaintiff Pacific Wine Distributors, Inc. and the Proposed Class*