1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PACIFIC WINE DISTRIBUTORS, INC., individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>VITOL INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD.,<br><br>        Defendants. | Case No. 3:20-cv-03131-JSC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING WAIVER OF SERVICE OF THE COMPLAINTS AND DEFENDANTS' DEADLINES TO RESPOND TO THE COMPLAINTS** |
| FRICKE-PARKS PRESS, INC., JUSTIN LARDINOIS, and VINCENT CENDEJAS, individually and behalf of all others similarly situated,<br>         Plaintiffs,<br><br>   v.<br><br>SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD.; VITOL INC.; and DOES 1-50,<br><br>        Defendants. | Case No. 3:20-cv-03148-JSC |

| | |
|---|---|
| MARY HUDSON and ELIZABETH GENDRON, On Behalf of Themselves and All Others Similarly Situated, | Case No. 3:20-cv-03217-JSC |
| Plaintiffs, | |
| v. | |
| VITOL INC., SK ENERGY AMERICAS, INC., and SK TRADING INTERNATIONAL CO. LTD., | |
| Defendants. | |
| CASLER JOHNSTON, individually and behalf of all others similarly situated, | Case No. 3:20-cv-03238-JSC |
| Plaintiff, | |
| v. | |
| VITOL, INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD., | |
| Defendants. | |
| BOGARD CONSTRUCTION, INC., on behalf of itself and all others similarly situated, | Case No. 3:20-cv-03267-JSC |
| Plaintiff, | |
| v. | |
| VITOL, INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD., | |
| Defendants. | |

1

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' DEADLINES TO
RESPOND TO THE COMPLAINTS
CASE NO. 3:20-cv-03131-JSC

| | |
|---|---|
| SCOTT KRAVITZ and NATASHA SARAVANJA, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br>  v.<br><br>SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD.; VITOL INC.; and DOES 1-50,<br><br>   Defendants. | Case No. 3:20-cv-03427-JCS |
| ACCURATE TESTING & INSPECTION, LLC., on behalf of itself and all others similarly situated<br><br>   Plaintiff,<br>  v.<br><br>SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD., VITOL NC., DAVID NIEMANN, and BRAD LUCAS<br><br>   Defendants. | Case No. 3:20-cv-03483-JSC |
| BB&B BUSINESS GROUP and LARRY GEORGE RIGHTMYER II., on behalf of themselves and all others similarly situated<br><br>   Plaintiffs,<br>  v.<br><br>VITOL, INC.; SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD., DAVID NIEMANN; AND BRAD LUCAS,<br><br>   Defendants. | Case No. 3:20-cv-03535-AGT |

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' DEADLINES TO RESPOND TO THE COMPLAINTS
CASE NO. 3:20-cv-03131-JSC

Pursuant to Civil Local Rule 6-1, Plaintiffs in the above-captioned eight cases ("Northern District Actions"), and Defendants SK Energy Americas, Inc. ("SK Energy"), SK Trading International Co., Ltd. ("SK Trading"), and Vitol, Inc. ("Vitol") (collectively "Defendants"), stipulate as follows:

WHEREAS, Plaintiffs filed suit against Defendants arising out of Defendants' alleged manipulation of the spot market for California refined gasoline, following the lawsuit brought by California's Attorney General on May 4, 2020, *see The People of the State of California v. Vitol, Inc., et al.*, Case No. CGC20584456 (S.F. Superior); [1]

WHEREAS, there are also at least two out-of-district related cases, *Carpe Carma, LLC v. SK Energy Americas, Inc. et al.*, Case No. 20-4312 (C.D. Cal.) ("*Carpe Carma*") and *Cleveland v. SK Energy Americas, Inc. et al.*, Case No. 20-00893 (S.D. Cal.) ("*Cleveland*"), *see PWDI* Action, Dkt. No. 13 (Notice of Pendency).[2]

WHEREAS, the PWDI and Fricke-Parks Plaintiffs served Defendants SK Energy and Vitol on May 12, 2020 resulting in June 2, 2020 deadlines for these Defendants to respond to the complaints (*see PWDI* Action, Dkt. Nos. 16, 18; *Fricke-Parks Press, Inc., et al. v. SK Energy Americas, et. al*, Case No. 20-3148, Dkt. Nos. 8-9);

WHEREAS, on May 18, 2020, counsel for Defendants Vitol and SK Energy and counsel for PWDI and the Fricke-Parks Plaintiffs conferred on the matters relevant to this stipulation;

WHEREAS, counsel for PWDI and the Fricke-Parks Plaintiffs requested that the Defendants authorize their counsel to accept service of the summons and complaint in their actions;

WHEREAS, Plaintiffs in the other Northern District Actions are at various stages of serving their complaints;

[1] On May 22, 2020, the Honorable Jacqueline S. Corley granted the motion to relate, filed by Pacific Wine Distributors, Inc., ("PWDI"), and related the *Pacific Wine*, *Fricke-Parks*, *Hudson*, *Johnson*, and *Bogard* cases before Judge Corley. *Pacific Wine Distributors, Inc. v. Vitol Inc., et al.*, Case No. 20-3131 ("*PWDI* Action"), Dkt. No. 20. *Accurate Testing* is also before Judge Corley. *Kravitz* is pending before the Honorable Joseph C. Spero, and *BB&B Business Group* is pending before the Honorable Alex G. Tse.

[2] PWDI has moved to transfer the *Cleveland* action to this district pursuant to 28 U.S.C. § 1404(a) and the first-to-file rule. PWDI has likewise filed a brief in support of transferring the *Carpe Carma* action to this district following an Order to Show Cause by issued by Judge John A. Kronstadt as to why the *Carpe Carma* case should not be transferred to the Northern District of California.

WHEREAS, Covington & Burling LLP, counsel for SK Energy and SK Trading, has been authorized by its clients to accept service of the complaints in the Northern District Actions on behalf of its clients, while expressly preserving all defenses other than the sufficiency of service of process, including but not limited to personal jurisdiction;[3]

WHEREAS, Susman Godfrey LLP, counsel for Vitol, has been authorized by its client to accept service of the complaints in the Northern District Actions on behalf of its client, while expressly preserving all defenses other than the sufficiency of service of process, including but not limited to personal jurisdiction;

WHEREAS, Defendants requested an extension of time to respond to the Northern District Actions' complaints;

WHEREAS, there is and will continue to be motion practice in the Northern District Actions regarding related-case treatment and transfer, and it is likely that amended complaints will be filed;

WHEREAS, Plaintiffs in the Northern District Actions agree that an extension of time for Defendants' responses to the complaints is warranted to allow for: (1) briefing and rulings on the pending and potential future motions to transfer cases in other districts; (2) consolidation of all actions involving common questions of fact and law under Fed. R. Civ. P. 42(a) and the filing of a consolidated complaint; and (3) appointment of interim counsel pursuant to Rule 23(g);

WHEREAS, there have been no other requests for extensions of time in any of the above-captioned cases;

WHEREAS, the extension of time will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, pursuant to Local Rule 6-1, the parties through their respective counsel hereby stipulate as follows:

---

[3] Covington & Burling's agreement to accept service on behalf of SK Trading obviates the need for Judge Corley to rule on Plaintiff PWDI's motion requesting leave pursuant to Fed. R. Civ. P. 4(f)(3) to serve SK Trading. *PWDI* Action, Dkt. No. 8.

(1)     Counsel for Defendants agree to accept service for the complaints filed in the Northern District Actions, including any amended complaints that may be filed, while expressly preserving all defenses other than the sufficiency of service of process, including but not limited to personal jurisdiction;

(2)     PWDI agrees to withdraw its Motion for Alternative Service for service on Defendant SK Trading (*PWDI* Action, Dkt. No. 8);

(3)     The deadline for Defendants to answer or otherwise respond to the complaints in the Northern District Actions is suspended pending the completion of transfer and related-case motion practice, any application for consolidation, any application for appointment of interim counsel, and the filing of a consolidated amended complaint;

(4)     The parties will meet and confer no later than July 24, 2020 to evaluate the status of these activities to assess whether it would be appropriate to set a new response deadline and will submit a status report to the Court no later than July 31, 2020;

(5)     In the event Defendants answer or otherwise respond to a putative private class action complaint that shares a common nucleus of operative facts and law with the complaints subject to this stipulation in this or any other court prior to Monday, July 27, 2020, Defendants shall then simultaneously answer or respond to the complaints in the Northern District Actions;

(6)     This stipulation may be joined by plaintiffs in future cases that are related to the Northern District Actions pursuant to Civil Local Rule 3-12 by filing a notice of joinder in the stipulation.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: May 28, 2020

By: ____/s/   *Christopher L. Lebsock*_____

Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Samantha J. Stein (SBN 302034)
**HAUSFELD LLP**

By: ___/s/   *Dena C. Sharp*_____

Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
**GIRARD SHARP LLP**

600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*Attorneys for Plaintiff Pacific Wine Distributors, Inc.*

By: */s/ Allan Steyer*
Allan Steyer, Esq,
D. Scott Macrae, Esq.
Jill Manning, Esq.
Suneel Jain, Esq.
**STEYER LOWENTHAL BOODROOKAS**
 **ALVAREZ & SMITH LLP**
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

*Attorneys for Plaintiff Casler Johnson*

By: */s/ Betsy C. Manifold*
BETSY C. MANIFOLD
manifold@whafh.com
RACHELE R. BYRD
byrd@whafh.com
MARISA C. LIVESAY
livesay@whafh.com
BRITTANY N. DEJONG
dejong@whafh.com
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com

*Attorneys for Plaintiffs Fricke-Parks Press, Inc., Justin Lardinois, and Vincent Cendejas*

By:  */s/ Todd A. Seaver*
Todd A. Seaver
Joseph J. Tabacco, Jr.
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email:  jtabacco@bermantabacco.com
tseaver@bermantabacco.com

*Attorneys for Plaintiff Bogard Construction, Inc.*

By: */s/ Tina Wolfson*
Tina Wolfson, SBN 174806
twolfson@ahdootwolfson.com
Theodore W. Maya, SBN 223242
tmaya@ahdootwolfson.com
Bradley K. King, SBN 274399
bking@ahdootwolfson.com
Christopher E. Stiner, SBN 276033
cstiner@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Attorneys for Plaintiffs Scott Kravitz and Natasha Saravanja*

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' DEADLINES TO
RESPOND TO THE COMPLAINTS
CASE NO. 3:20-cv-03131-JSC

THOMAS H. BURT
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
burt@whafh.com
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114

*Attorneys for Plaintiffs Mary Hudson and*
*Elizabeth Gendron*


By: /s/ *Francis A. Bottini, Jr.*
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Yury A. Kolesnikov (SBN 271173)
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

*Attorneys for Plaintiff Accurate Testing &*
*Inspection, LLC*

By: /s/ *Whitney E. Street*
Whitney E. Street (CA Bar No. 223870)
**BLOCK & LEVITON LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel.: (415) 968-1852
Fax: (617) 507-6020
wstreet@blockesq.com

Gregory S. Asciolla
Karin E. Garvey
Domenico Minerva
Robin A. van der Meulen
Ethan H. Kaminsky
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
kgarvey@labaton.com
dminerva@labaton.com
rvandermeulen@labaton.com
ekaminsky@labaton.com

*Attorneys for Plaintiffs BB&B Business Group*
*and Larry George Rightmyer II*

7

By: ___ */s/  Jeffrey Davidson* _____

Jeffrey Davidson
Phillip H. Warren
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
jdavidson@cov.com
pwarren@cov.com

*Attorneys for Defendants SK Energy Americas,*
*Inc., and SK Trading International Co. Ltd.*

By: ___ */s/ Amanda Bonn* _____

Amanda Bonn
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
abonn@susmangodfrey.com

Neal Manne
**SUSMAN GODFREY LLP**
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
nmanne@susmangodfrey.com

*Attorney for Defendant Vitol Inc.*

### ATTESTATION

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document.

In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

*/s/ Dena C. Sharp* _____

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DEFENDANTS' DEADLINES TO
RESPOND TO THE COMPLAINTS
CASE NO. 3:20-cv-03131-JSC

1   **[PROPOSED] ORDER**

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5   Date: _____ June 1, 2020 _____

6   HON. JACQUELINE SCOTT CORLEY
    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' DEADLINES TO
RESPOND TO THE COMPLAINTS
CASE NO. 3:20-cv-03131-JSC