Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Samantha J. Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*On behalf of Plaintiff and the Proposed Class*

[Additional Counsel Listed on Motion Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC WINE DISTRIBUTORS, INC., *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>VITOL INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:20-cv-03131-JSC<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER RELATING CASES AND GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>[N.D. Cal. Civil L.R. 3-12, 7-11]<br><br>Related Case Nos.:<br>• 20-cv-03427-JCS<br>• 20-cv-03483-JSC<br>• 20-cv-03535 |

1  Having considered the above-captioned Plaintiff's Administrative Motion to Consider
2  Whether the Cases Should Be Related, as well as the pleadings on file, the Court GRANTS the
3  Motion and ORDERS the Clerk to relate the following later-filed cases to the first-filed action of
4  *Pacific Wine Distributors, Inc. v. SK Energy Americas, Inc. et al*, No. 3:20-cv-03131-JSC (N.D.
5  Cal., filed May 6, 2020):

- *Kravitz et al v. SK Energy Americas, Inc. et al*, No. 3:20-cv-03427-JCS (N.D. Cal., filed May 20, 2020);
- *Accurate Testing & Inspection, LLC v. SK Energy Americas Inc. et al*, No. 3:20-cv-03483-JSC (N.D. Cal., filed May 22, 2020)); and
- *BB&B Business Group et al v. Vitol Inc., et al*, No. 3:20-cv-03535 (N.D. Cal., filed May 26, 2020) (Judge not yet assigned).

**IT IS SO ORDERED.**

Dated: June 3, 2020

HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE