Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Samantha J. Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*On behalf of Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC WINE DISTRIBUTORS, INC.; EQUALITY WINES LLC; KELLY KESKINEN; and RYAN SCHRUM-HERRERA, *individually and on behalf of all others similarly situated*,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>VITOL INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD., and DOES 1–100,<br><br>                    Defendants. | Case No. 3:20-cv-03131-JSC<br><br>CLASS ACTION<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[N.D. Cal. Civil L.R. 3-12, 7-11]<br><br>Related Case Nos.:<br>• 20-cv-03678-NC<br>• 20-cv-03705-KAW |

## I. INTRODUCTION

Plaintiff Pacific Wine Distributors, Inc. ("PWDI") previously moved to relate seven later-filed actions to its first-filed case, all of which the Court has granted. *See* ECF Nos. 20, 33.[1] Since then, two additional proposed class actions have been filed in this District alleging substantially the same claims against substantially the same parties. Accordingly, pursuant to Civil Local Rule 3-12, PWDI and Plaintiffs Equality Wines LLC, Kelly Keskinen, and Ryan Schrum-Herrera (collectively, "Plaintiffs")[2] now file this motion to relate the following cases:

- *Richardson v. SK Energy Americas, Inc. et al*, No. 5:20-cv-03678-NC (N.D. Cal., filed June 3, 2020) ("*Richardson* action"); and

- *Gennaro v. Vitol, Inc. et al*, No. 4:20-cv-03705-KAW (N.D. Cal., filed June 4, 2020) ("*Gennaro* action").

## II. LEGAL STANDARD FOR RELATING CASES

"Whenever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must *promptly* file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11." Civil L.R. 3-12(b).

---

[1] *Fricke-Parks Press, Inc. et al v. SK Energy Americas, Inc., et al*, No. 3:20-cv-03148-LB (N.D. Cal., filed May 7, 2020) ("*Fricke-Parks* action"); *Hudson, et al, v. Vitol, Inc., et al*, No. 5:20-cv-03217-NC (N.D. Cal., filed May 11, 2020) ("*Hudson* action"); *Johnston v. Vitol Inc., et al*, No. 4:20-cv-03238-KAW (N.D. Cal., filed May 12, 2020) ("*Johnston* action"); *Bogard Construction, Inc. v. Vitol Inc., et al*, No. 3:20-cv-03267-SK (N.D. Cal., filed May 13, 2020) ("*Bogard* action"); *Kravitz et al v. SK Energy Americas, Inc. et al*, No. 3:20-cv-03427-JCS (N.D. Cal., filed May 20, 2020) ("*Kravitz* action"); *Accurate Testing & Inspection, LLC v. SK Energy Americas Inc. et al*, No. 3:20-cv-03483-JSC (N.D. Cal., filed May 22, 2020) ("*Accurate Testing* action"); *BB&B Business Group et al v. Vitol Inc., et al*, No. 3:20-cv-03535 (N.D. Cal., filed May 26, 2020) ("*BB&B* action").

[2] PWDI amended its complaint pursuant to Fed. R. Civ. P. 15(a)(1)(A) on June 2, 2020, in which additional plaintiffs and proposed class representatives were added as well. ECF No. 31. Nothing about this Amended Complaint alters the core facts, claims, and parties relevant to the determination of whether to relate cases the cases at issue here.

Under Civil Local Rule 3-12(a), "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Civil L.R. 3-12(a).

### III.  THE NEWLY FILED ACTIONS SHOULD BE RELATED

Plaintiffs respectfully submit that the *Richardson* and *Gennaro* actions should be related to the above-captioned case (the "*PWDI* action").  PWDI filed its proposed class action on May 6, 2020, following the action brought by California's Attorney General:  *The People of the State of California v. Vitol Inc., SK Energy Americas, Inc., and SK Trading International Co. Ltd.*, California Superior Court, San Francisco (filed May 4, 2020).  As noted, several other cases followed, including now the claims filed by the plaintiffs in the *Richardson* and *Gennaro* actions.  These actions all reference the same misconduct identified by California's Attorney General.

As can be readily seen by comparing the Complaints in these actions, they all involve substantially the same subject matter and parties as in the *PWDI* action.  *See* accompanying Decl. of Samantha J. Stein, Exs. A–C (Complaints filed in the Northern District).  All of these actions charge the same named Defendants, Vitol Inc. ("Vitol"), SK Energy Americas, Inc. ("SK Energy"), and SK Trading International Co. Ltd. ("SK Trading"), with violations of the California Cartwright Act (Cal. Bus. & Prof. Code §§ 16720 *et seq.*), and California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.* ("UCL"), and the *PWDI* and *Gennaro* actions also allege violations of Section 1 of the Sherman Act (15 U.S.C. § 1).  All cases allege that Vitol, SK Energy, and SK Trading acted to restrain competition in the spot market for gasoline formulated for use in California and in certain gasoline blending components used in that gasoline between at least February 18, 2015 and December 31, 2016.  And all cases allege virtually the same facts and details about how the named Defendants carried out their alleged conspiracy.

Accordingly, these cases call for determination of multiple questions of fact and law that are the same or substantially similar, including whether Defendants Vitol, SK Energy, and SK Trading engaged in anticompetitive conduct and the amount of damages owed to the proposed

1  class.  Given the substantial overlap in the parties, relevant transactions and events, and questions
2  of fact and law in these actions, relating them will avoid waste of the Court's resources and prevent
3  inconsistent results.  It will also assist in the most just and efficient resolution of these actions.  *See*
4  Fed. R. Civ. P. 1.

## IV.  CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request that the Court order the *Richardson* and *Gennaro* actions related to the lower-numbered case, the above-captioned *PWDI* action.

DATED: June 5, 2020                                HAUSFELD LLP

By: *s/ Samantha J. Stein*
Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Samantha J. Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*Attorneys for Plaintiffs and the Proposed Class*

Brian Murray (*pro hac vice filed*)
Lee Albert (*pro hac vice filed*)
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 101689
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: bmurray@glancylaw.com
            lalbert@glancylaw.com

*Attorneys for Plaintiffs Equality Wines*

LLC, Kelly Keskinen, and the Proposed Class

John Radice (*pro hac vice to be filed*)
RADICE LAW FIRM
475 Wall Street
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745

*Attorney for Plaintiff Ryan Schrum-Herrera and the Proposed Class*

Wookjae Jin
Dongin Law Group
15F, Samsunglife Seocho Tower,
74 gil 4 Seocho-daero,
Seoul, Korea, Zip code: 06620
T: 82-2-2046-0868
F: 82-2-3482-1177
E: wjae.jin@donginlaw.co.kr

Kweonsik Seo
Law Office of Kweonsik Seo
19F, S-Tower, 82 Saemoonan-ro,
Seoul, Korea, Zip code:  03185
T: 82-2-767-2810
F: 82-2-767-2702
E: kweonsik@lawdata.co.kr

*Attorneys for the Plaintiffs and the Proposed Class*