Aaron M. Sheanin (SBN 214472)
**ROBINS KAPLAN LLP**
2440 W El Camino Real, Suite 100
Mountain View, CA 94040
Tel: (650) 784-4040
Fax: (650) 784-4021
asheanin@robinskaplan.com

*Attorneys for Plaintiff Eric Gennaro and the
Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC WINE DISTRIBUTORS, INC., *individually and on behalf of all others similarly situated*, | Case No.  3:20-cv-03131-JSC |
| Plaintiff, | **RESPONSE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | Related Case No.: 4:20-cv-03705-KAW |
| VITOL INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD., | |
| Defendants. | |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Plaintiff Eric Gennaro submits this response to Pacific Wine Distributors, Inc.'s

2 Administrative Motion to Consider Whether Cases Should be Related.  ECF No. 34.  The motion

3 should be granted.

4    Plaintiffs in *Gennaro v. Vitol, Inc. et al.*, No. 4:20-cv-0375-KAW (N.D. Cal. June 4, 2020)

5 and *Pacific Wine Distributors, Inc. et al. v. Vitol, Inc. et al.*, No. 3:20-cv-03131-JSC (N.D. Cal.

6 May 6, 2020) both allege that the same defendants, Defendants Vitol, Inc., SK Energy Americas,

7 Inc., and SK Trading International Co., Ltd. violated antitrust laws by conspiring to artificially

8 inflate and maintain the price of refined gasoline in California in violation of the Sherman Act, the

9 Cartwright Act, and Unfair Competition Law.  "An action is related to another when: (1) The

10 actions concern substantially the same parties, property, transaction, or event; and (2) It appears

11 likely that there will be an unduly burdensome duplication of labor and expense or conflicting

12 results if the cases are conducted before different Judges."  Civ. L.R. 3-12(a).

13    The Court should granted the administrative motion to relate *Gennaro* and *Pacific Wine*,

14 given the substantial overlap of allegations in the complaints.  Relating these actions will serve to

15 streamline discovery and conserve the resources of the Court and the parties.

16

17

18 DATED:  June 8, 2020          **ROBINS KAPLAN LLP**

19                      By: */s/ Aaron M. Sheanin*
20                          Aaron M. Sheanin

21                      2440 W El Camino Real, Suite 100
                        Mountain View, CA 94040
22                      Tel: (650) 784-4040
                        Fax: (650) 784-4021
23                      asheanin@robinskaplan.com

24

25

26

27

28

RESPONSE IN SUPPORT OF ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD
BE RELATED                    - 1 -              CASE NO. 3:20-CV-03131-JSC

Hollis Salzman
Kellie Lerner
William V. Reiss
Noelle Feigenbaum
Matthew J. Geyer
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Tel: (212) 980-7400
Fax: (212) 980-7499
hsalzman@robinskaplan.com
klerner@robinskaplan.com
wreiss@robinskaplan.com
nfeigenbaum@robinskaplan.com
mgeyer@robinskaplan.com

K. Craig Wildfang
Thomas J. Undlin
Ryan W. Marth
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel: (612) 349-8500
Fax: (612) 339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
rmarth@robinskaplan.com

*Attorneys for Plaintiff Eric Gennaro and the
Proposed Class*

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

RESPONSE IN SUPPORT OF ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD
BE RELATED

- 2 -

CASE NO. 3:20-CV-03131-JSC