| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | KATHLEEN E. FOOTE<br>Senior Assistant Attorney General |
| 3 | MICHAEL W. JORGENSON<br>Supervising Deputy Attorney General |
| 4 | PAUL A. MOORE III (SBN 241157)<br>SUSAN J. WELCH (SBN 232620) |
| 5 | TAI S. MILDER (SBN 267070)<br>DIVYA B. RAO (SBN 292853) |
| 6 | Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000 |
| 7 |   San Francisco, CA  94102-7004<br>  Telephone:  (415) 510-3493 |
| 8 |   Fax:  (415) 703-5480<br>  E-mail:  Paul.Moore@doj.ca.gov |
| 9 | *Attorneys for the People of the State of California* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **PACIFIC WINE DISTRIBUTORS, INC.; EQUALITY WINES, LLC.; KELLY KESKINEN, and RYAN SCHRUM-HERRERA, individually and on behalf of all others similarly situated,**<br><br>                                             Plaintiff,<br><br>         v.<br><br>**VITOL INC.; SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD.; AND DOES 1-100,**<br><br>                                             Defendants. | **CASE NO: 3:20-cv-03131-JSC**<br><br>**NOTICE OF SAN FRANCISCO SUPERIOR COURT NOTICE OF RELATED CASE FILING PURSUANT TO CALIFORNIA RULE OF COURT 3.300** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that on June 12, 2020, The People of the State of California ("The People") filed a Notice of Related Case in case CGC-20-584456, *The People of the State of California v. Vitol, Inc.; SK Energy Americas, Inc.; SK Trading International Co. Ltd.; and Does 1-30, inclusive*, which is currently pending in San Francisco Superior Court. This Notice of Related Case listed the above-captioned case as a related case. Pursuant to California Rule of Court, Rule 3.300(d), The People's Notice of Related Case must be filed in all pending cases listed on the notice. Accordingly, a copy of that filing is attached hereto.

Dated: June 15, 2020

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General

/s/ Paul A. Moore III
PAUL A. MOORE III
Deputy Attorney General
*Attorneys for the State of California*