Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Samantha J. Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*On behalf of Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PACIFIC WINE DISTRIBUTORS, INC.; EQUALITY WINES LLC; KELLY KESKINEN; and RYAN SCHRUM-HERRERA, *individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>VITOL INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD., and DOES 1–100,<br><br>　　　　　　　　　Defendants. | Case No. 3:20-cv-03131-JSC<br><br>CLASS ACTION<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[N.D. Cal. Civil L.R. 3-12, 7-11]<br><br>Related Case No.:<br>• 20-cv-04138-VKD |

## I. INTRODUCTION

Pacific Wine Distributors, Inc. ("PWDI"), Equality Wines LLC, Kelly Keskinen, and Ryan Schrum-Herrera (collectively, "Plaintiffs")[1] previously moved to relate several other later-filed actions to its first-filed case, all of which the Court has granted. *See* ECF Nos. 20, 33, 34, 42.[2] Since then, another proposed class action has been transferred to this District alleging substantially the same claims against substantially the same parties. Accordingly, pursuant to Civil Local Rule 3-12, Plaintiffs now file this motion to relate the following case:

- *Carpe Carma, LLC v. SK Energy Americas, Inc. et al*, No. 5:20-cv-04138-VKD (N.D. Cal., transferred June 23, 2020) ("*Carpe Carma* action").

## II. LEGAL STANDARD FOR RELATING CASES

"Whenever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11." Civil L.R. 3-12(b).

Under Civil Local Rule 3-12(a), "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that

---

[1] PWDI amended its complaint pursuant to Fed. R. Civ. P. 15(a)(1)(A) on June 2, 2020, in which additional plaintiffs and proposed class representatives were added as well. ECF No. 31. Nothing about this Amended Complaint alters the core facts, claims, and parties relevant to the determination of whether to relate cases the cases at issue here.

[2] *Fricke-Parks Press, Inc. et al v. SK Energy Americas, Inc., et al*, No. 3:20-cv-03148 (N.D. Cal., filed May 7, 2020); *Hudson, et al, v. Vitol, Inc., et al*, No. 5:20-cv-03217 (N.D. Cal., filed May 11, 2020); *Johnston v. Vitol Inc., et al*, No. 4:20-cv-03238 (N.D. Cal., filed May 12, 2020); *Bogard Construction, Inc. v. Vitol Inc., et al*, No. 3:20-cv-03267 (N.D. Cal., filed May 13, 2020); *Kravitz et al v. SK Energy Americas, Inc. et al*, No. 3:20-cv-03427 (N.D. Cal., filed May 20, 2020); *Accurate Testing & Inspection, LLC v. SK Energy Americas Inc. et al*, No. 3:20-cv-03483 (N.D. Cal., filed May 22, 2020); *BB&B Business Group et al v. Vitol Inc., et al*, No. 3:20-cv-03535 (N.D. Cal., filed May 26, 2020); *Richardson v. SK Energy Americas, Inc. et al*, No. 5:20-cv-03678 (N.D. Cal., filed June 3, 2020); and *Gennaro v. Vitol, Inc. et al*, No. 4:20-cv-03705 (N.D. Cal., filed June 4, 2020).

1  there will be an unduly burdensome duplication of labor and expense or conflicting results if the
2  cases are conducted before different Judges." Civil L.R. 3-12(a).

3  **III.    THE NEWLY TRANSFERRED ACTION SHOULD BE RELATED**

4  Plaintiffs respectfully submit that the *Carpe Carma* action should be related to the
5  above-captioned case (the "*PWDI* action").  PWDI filed its proposed class action on May 6, 2020,
6  following the action brought by California's Attorney General:  *The People of the State of*
7  *California v. Vitol Inc., SK Energy Americas, Inc., and SK Trading International Co. Ltd.*,
8  California Superior Court, San Francisco (filed May 4, 2020).  As noted, several other cases
9  followed, including now the claims filed by the plaintiff in the *Carpe Carma* action.  This action
10 references the same misconduct identified by California's Attorney General.

11 As can be readily seen by comparing the Complaint in the *Carpe Carma* action, it involves
12 substantially the same subject matter and parties as in the *PWDI* action.  *See* accompanying Decl.
13 of Samantha J. Stein, Exs. A–B (Complaints).  Both actions charge the same named Defendants,
14 Vitol Inc. ("Vitol"), SK Energy Americas, Inc. ("SK Energy"), and SK Trading International Co.
15 Ltd. ("SK Trading"), with violations of the California Cartwright Act (Cal. Bus. & Prof. Code §§
16 16720 *et seq.*), and California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.*
17 ("UCL"), and the Sherman and Clayton Acts (15 U.S.C. §§ 1, 26).  Both cases allege that Vitol,
18 SK Energy, and SK Trading acted to restrain competition in the spot market for gasoline formulated
19 for use in California and in certain gasoline blending components used in that gasoline between at
20 least February 18, 2015 and December 31, 2016.  And both cases allege virtually the same facts
21 and details about how the named Defendants carried out their alleged conspiracy.

22 Accordingly, both cases call for determination of multiple questions of fact and law that
23 are the same or substantially similar, including whether Defendants Vitol, SK Energy, and SK
24 Trading engaged in anticompetitive conduct and the amount of damages owed to the proposed
25 class.  Given the substantial overlap in the parties, relevant transactions and events, and questions
26 of fact and law in these actions, relating them will avoid waste of the Court's resources and prevent
27 inconsistent results.  It will also assist in the most just and efficient resolution of these actions.  *See*

Fed. R. Civ. P. 1.

## IV. CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request that the Court order the *Carpe Carma* action be related to the lower-numbered case, the above-captioned *PWDI* action.

DATED: June 23, 2020                                    HAUSFELD LLP

By: */s/ Samantha J. Stein*
Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Samantha J. Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*Attorneys for Plaintiffs and the Proposed Class*