Eustace de Saint Phalle
Rains Lucia Stern
St. Phalle & Silver, PC
2300 Contra Costa Blvd.
Pleasant Hill, CA 94523
Tel. (415) 341-9341 │ Fax: (925) 609-1690
edesaintphalle@rlslawyers.com

Jonathan M. Jagher (*pro hac vice* forthcoming)
Kimberly A. Justice (*pro hac vice* forthcoming)
FREED KANNER LONDON & MILLEN LLC
923 Fayette St
Conshohocken, PA  19428
Tel. (610) 234-6487│ Fax: (224) 632-4521
jjagher@fklmlaw.com
kjustice@fklmlaw.com

Douglas A. Millen (*pro hac vice* forthcoming)
Robert J. Wozniak, Jr. (*pro hac vice* forthcoming)
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd, Suite 130
Bannockburn, IL  60015
Tel. (224) 632-4500 │ Fax: (224) 632-4521
dmillent@fklmlaw.com
rwozniak@fklmlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| PACIFIC WINE DISTRIBUTORS, INC.; EQUALITY WINES LLC; KELLY KESKINEN; and RYAN SCHRUMHERRERA, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>VITOL INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD., and DOES 1–100,<br><br>Defendants. | Case No. 3:20-cv-03131-JSC<br><br>**RESPONSE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| This Document Relates To:<br>*Rama Kolesnikow v. SK Energy Americas, Inc., et al.*<br>Case No. 4:20-cv-04101-KAW | |

RESPONSE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Plaintiff Rama Kolesnikow submits this response in support of Pacific Wine Distributors, Inc.'s Administrative Motion to Consider Whether Cases Should be Related. ECF No. 45. The motion should be granted.

As defined in Local Rule 3-12(a), "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Plaintiffs in *Rama Kolesnikow v. SK Energy Americas, Inc. et al.*, Case No. 4:20-cv-04101-KAW (N.D. Cal. June 19, 2020) ("*Kolesnikow* Action") and *Pacific Wine Distributors, Inc. et al. v. Vitol, Inc. et al.*, No. 3:20-cv-03131-JSC (N.D. Cal. May 6, 2020) ("*PWDI* Action") both allege that Defendants Vitol, Inc., SK Energy Americas, Inc., and SK Trading International Co., Ltd. conspired to artificially inflate and maintain the price of refined gasoline in California in violation of the Sherman Act, the Cartwright Act, and Unfair Competition Law.

These actions therefore involve substantially the same parties and allegations such that proceeding before different Judges will result in unduly burdensome duplication of labor and expense or conflicting results. Accordingly, the Court should grant the administrative motion to relate the *Kolesnikow* and *PWDI* Actions to avoid such a result.

Dated: June 24, 2020                          Respectfully Submitted,

*/s/ Eustace de Saint Phalle*
Eustace de Saint Phalle
Rains Lucia Stern
St. Phalle & Silver, PC
2300 Contra Costa Blvd.
Pleasant Hill, CA 94523
Tel. (415) 341-9341 │ Fax: (925) 609-1690
edesaintphalle@rlslawyers.com

Jonathan M. Jagher (*pro hac vice* forthcoming)
Kimberly A. Justice (*pro hac vice* forthcoming)
FREED KANNER LONDON & MILLEN LLC
923 Fayette St
Conshohocken, PA  19428
Tel. (610) 234-6487 │ Fax: (224) 632-4521
jjagher@fklmlaw.com
kjustice@fklmlaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Douglas A. Millen (*pro hac vice* forthcoming)
Robert J. Wozniak, Jr. (*pro hac vice* forthcoming)
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd, Suite 130
Bannockburn, IL  60015
Tel. (224) 632-4500 │ Fax: (224) 632-4521
dmillent@fklmlaw.com
rwozniak@fklmlaw.com

---

RESPONSE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED                                                                                                                2