# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DONALD HARRIS,<br><br>      Plaintiff,<br><br>   v.<br><br>S.K. ENERGY AMERICAS, INC., et al.,<br><br>      Defendants. | Case No. 5:20-cv-04293 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Jacqueline Scott Corley to determine whether it is related to 3:20-cv-03131 JSC, *Pacific Wine Distributors, Inc. et al. v. Vitol, Inc., et al.*

IT IS SO ORDERED.

Date: June 29, 2020

_____
Nathanael M. Cousins
United States Magistrate Judge