1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PACIFIC WINE DISTRIBUTORS, INC.; EQUALITY WINES LLC; KELLY KESKINEN; and RYAN SCHRUM-HERRERA, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br>      v.<br><br>VITOL INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD.,<br><br>              Defendants. | Case No. 3:20-cv-03131-JSC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FILING FED. R. CIV. P. 23(G)(3) INTERIM CLASS COUNSEL APPLICATIONS** |
| FRICKE-PARKS PRESS, INC., JUSTIN LARDINOIS, and VINCENT CENDEJAS, individually and behalf of all others similarly situated,<br>              Plaintiffs,<br>      v.<br><br>SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD.; VITOL INC.; and DOES 1-50,<br><br>              Defendants. | Case No. 3:20-cv-03148-JSC |

1

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
APPOINTING INTERIM CLASS COUNSEL
CASE NO. 3:20-cv-03131-JSC

| | |
|---|---|
| MARY HUDSON and ELIZABETH GENDRON, On Behalf of Themselves and All Others Similarly Situated, | Case No. 3:20-cv-03217-JSC |
| Plaintiffs, | |
| v. | |
| VITOL INC., SK ENERGY AMERICAS, INC., and SK TRADING INTERNATIONAL CO. LTD., | |
| Defendants. | |
| CASLER JOHNSTON, individually and behalf of all others similarly situated, | Case No. 3:20-cv-03238-JSC |
| Plaintiff, | |
| v. | |
| VITOL, INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD., | |
| Defendants. | |
| BOGARD CONSTRUCTION, INC., on behalf of itself and all others similarly situated, | Case No. 3:20-cv-03267-JSC |
| Plaintiff, | |
| v. | |
| VITOL, INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD., | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER REGARDING
APPOINTING INTERIM CLASS COUNSEL
CASE NO. 3:20-cv-03131-JSC

| | |
|---|---|
| SCOTT KRAVITZ and NATASHA SARAVANJA, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD.; VITOL INC.; and DOES 1-50,<br><br>        Defendants. | Case No. 3:20-cv-03427-JSC |
| ACCURATE TESTING & INSPECTION, LLC., on behalf of itself and all others similarly situated<br><br>        Plaintiff,<br><br>    v.<br><br>SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD., VITOL NC., DAVID NIEMANN, and BRAD LUCAS<br><br>        Defendants. | Case No. 3:20-cv-03483-JSC |
| BB&B BUSINESS GROUP and LARRY GEORGE RIGHTMYER II., on behalf of themselves and all others similarly situated<br><br>        Plaintiffs,<br><br>    v.<br><br>VITOL, INC.; SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD.; DAVID NIEMANN; AND BRAD LUCAS,<br><br>        Defendants. | Case No. 3:20-cv-03535-JSC |

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
APPOINTING INTERIM CLASS COUNSEL
CASE NO. 3:20-cv-03131-JSC

1    MARIE E. RICHARDSON, Individually and     )    Case No. 3:20-cv-03678-JSC
2    on Behalf of All Others Similarly Situated,   )
3               Plaintiff,                    )
4       v.                                )
5    SK ENERGY AMERICAS, INC.; SK          )
6    TRADING INTERNATIONAL              )
    CO. LTD.; VITOL INC.; DAVID            )
7    NIEMANN; and BRAD LUCAS,          )
8              Defendants.               )
9

10    ERIC GENNARO, individually and on      )    Case No. 3:20-cv-03705-JSC
    behalf of all others similarly situated,       )
11                                    )
12              Plaintiff,                   )
       v.                                )
13                                    )
14    VITOL INC.; SK ENERGY AMERICAS,     )
    INC.; and SK TRADING                )
15    INTERNATIONAL                   )
    CO. LTD.,                       )
16                                    )
17             Defendants.               )

18    RAMA KOLESNIKOW, on behalf of       )    Case No. 4:20-cv-04101-JSC
19    himself and all others similarly situated,     )
20               Plaintiff,                   )
21        v.                               )
22    VITOL INC.; SK ENERGY AMERICAS,     )
    INC.; and SK TRADING                )
23    INTERNATIONAL                   )
    CO. LTD.,                       )
24                                    )
25             Defendants.               )
26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
APPOINTING INTERIM CLASS COUNSEL
CASE NO. 3:20-cv-03131-JSC

| | |
|---|---|
| JOSE ENRIQUEZ, on behalf of himself and all others similarly situated, | Case No. 3:20-cv-04122-JSC |
| Plaintiff, | |
| v. | |
| SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD.; VITOL INC.; DAVID NIEMANN; and BRAD LUCAS, | |
| Defendants. | |
| CARPE CARMA, LLC, on behalf of itself and all others similarly situated, | Case No. 5:20-cv-04138-VKD |
| Plaintiff, | |
| v. | |
| SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD.; VITOL INC.; DAVID NIEMANN; and BRAD LUCAS, | |
| Defendants. | |
| POE VALLEY, LLC, on behalf of itself and all others similarly situated, | Case No. 3:20-cv-04228-JSC |
| Plaintiff, | |
| v. | |
| SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD.; VITOL INC.; DAVID NIEMANN; and BRAD LUCAS, | |
| Defendants. | |

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
APPOINTING INTERIM CLASS COUNSEL
CASE NO. 3:20-cv-03131-JSC

| | |
|---|---|
| DONALD HARRIS, individually and on behalf of all others similarly situated, | Case No. 5:20-cv-04293-NC |
| Plaintiff, | |
| V. | |
| SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD.; VITOL INC.; DAVID NIEMANN; AND BRAD LUCAS, | |
| Defendants. | |
| CRAIG KELLY, on behalf of himself and all others similarly situated, | Case No. 3:20-cv-04339-KAW |
| Plaintiff, | |
| V. | |
| SK ENERGY AMERICAS, INC.; SK TRADING INTERNATIONAL CO. LTD.; VITOL INC.; DAVID NIEMANN; AND BRAD LUCAS, | |
| Defendants. | |

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
APPOINTING INTERIM CLASS COUNSEL
CASE NO. 3:20-cv-03131-JSC

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs in the above-captioned cases (collectively, "Plaintiffs"), stipulate as follows:

WHEREAS, the Plaintiffs have worked with Defendants on a Stipulation and Proposed Order regarding the consolidation of the above-captioned actions for all purposes up and through trial pursuant to Federal Rule of Civil Procedure 42(a) into the first-filed action and lowest case number 20-cv-03131 with the new caption: *In re California Gasoline Spot Market Antitrust Litigation*;

WHEREAS, the Plaintiffs, by and through their respective counsel, have conferred and agree that appointment of interim class counsel pursuant to Fed. R. Civ. P. 23(g)(3) is now appropriate;

NOW THEREFORE, the Plaintiffs, through their respective counsel, hereby stipulate as follows:

1. All signatories to this Stipulation certify that their clients consent to the assignment of Magistrate Judge Corley in this litigation for all purposes;

2. Applications for appointment as interim class counsel shall be filed in the lowest numbered case, No. 3:20-cv-03131, within seven days after the entry of this Order;

3. Applications shall consist of a letter of no longer than four, single-spaced pages, and no attachments other than firm or individual applicant resumes; and

4. The Court will hold a hearing at its own discretion.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: June 30, 2020

By: ____/s/___*Christopher L. Lebsock*_____
Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Samantha J. Stein (SBN 302034)
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

By: ____/s/___*Dena C. Sharp*_____
Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com

*Attorneys for Plaintiff Pacific Wine Distributors, Inc., Equality Wines, LLC, Kelly Keskinen, and Ryan Schrum-Herrera*

*Attorneys for Plaintiffs Fricke-Parks Press, Inc., Justin Lardinois, and Vincent Cendejas*

By: */s/ Allan Steyer*

Allan Steyer, Esq,
D. Scott Macrae, Esq.
Jill Manning, Esq.
Suneel Jain, Esq.
**STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP**
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 421-3400
Facsimile: (415) 421-2234

*Attorneys for Plaintiff Casler Johnson*

By:  */s/ Todd A. Seaver*

Todd A. Seaver
Joseph J. Tabacco, Jr.
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email:  jtabacco@bermantabacco.com
tseaver@bermantabacco.com

*Attorneys for Plaintiff Bogard Construction, Inc.*

By: */s/ Betsy C. Manifold*

BETSY C. MANIFOLD
manifold@whafh.com
RACHELE R. BYRD
byrd@whafh.com
MARISA C. LIVESAY
livesay@whafh.com
BRITTANY N. DEJONG
dejong@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

THOMAS H. BURT
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
burt@whafh.com
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600

By: */s/ Tina Wolfson*

Tina Wolfson, SBN 174806
twolfson@ahdootwolfson.com
Theodore W. Maya, SBN 223242
tmaya@ahdootwolfson.com
Bradley K. King, SBN 274399
bking@ahdootwolfson.com
Christopher E. Stiner, SBN 276033
cstiner@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Attorneys for Plaintiffs Scott Kravitz and Natasha Saravanja*

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
APPOINTING INTERIM CLASS COUNSEL
CASE NO. 3:20-cv-03131-JSC

Facsimile: (212) 686-0114

*Attorneys for Plaintiffs Mary Hudson and*
*Elizabeth Gendron*

By: /s/ *Francis A. Bottini, Jr.*
Francis A. Bottini (SBN 175783)
Albert Y. Chang (SBN 296065)
Yury A. Kolesnikov (SBN 271173)
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

*Attorneys for Plaintiff Accurate Testing &*
*Inspection, LLC*

By: /s/ *Aaron M. Sheanin*
Aaron M. Sheanin (SBN 214472)
**ROBINS KAPLAN LLP**
2440 W El Camino Real, Suite 100
Mountain View, CA 94040
Tel: (650) 784-4040
Fax: (650) 784-4021
asheanin@robinskaplan.com

*Attorney for Plaintiff Eric Gennaro*

By: /s/ *Jonathan M. Jagher*
Eustace de Saint Phalle
Rains Lucia Stern
**St. Phalle & Silver, PC**
2300 Contra Costa Blvd.
Pleasant Hill, CA 94523
Tel. (415) 341-9341 │ Fax: (925) 609-1690
edesaintphalle@rlslawyers.com
Jonathan M. Jagher (pro hac vice forthcoming)

By: /s/ *Whitney E. Street*
Whitney E. Street (CA Bar No. 223870)
**BLOCK & LEVITON LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel.: (415) 968-1852
Fax: (617) 507-6020
wstreet@blockesq.com

Gregory S. Asciolla (admitted *pro hac vice*)
Karin E. Garvey (admitted *pro hac vice*)
Robin A. van der Meulen (admitted *pro hac vice*)
Ethan H. Kaminsky (admitted *pro hac vice*)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
kgarvey@labaton.com
rvandermeulen@labaton.com
ekaminsky@labaton.com

*Attorneys for Plaintiffs BB&B Business Group*
*and Larry George Rightmyer II*

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
APPOINTING INTERIM CLASS COUNSEL
CASE NO. 3:20-cv-03131-JSC

Kimberly A. Justice (pro hac vice forthcoming)
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette St
Conshohocken, PA  19428
Tel. (610) 234-6487 | Fax: (224) 632-4521
jjagher@fklmlaw.com
kjustice@fklmlaw.com

Douglas A. Millen (pro hac vice forthcoming)
Robert J. Wozniak, Jr. (pro hac vice forthcoming)
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Rd, Suite 130
Bannockburn, IL  60015
Tel. (224) 632-4500 | Fax: (224) 632-4521
dmillen@fklmlaw.com
rwozniak@fklmlaw.com

*Attorneys for Plaintiff Rama Kolesnikow*


By */s/ Todd D. Carpenter*
Todd D. Carpenter (CA Bar No. 234464)
Eric D. Zard (CA Bar No. 323320)
**CARLSON LYNCH LLP**
1350 Columbia St., Ste 603
San Diego, CA 92101
Telephone:  619-762-1900
Facsimile:   619-756-6991
tcarpenter@carlsonlynch.com
ezard@carlsonlynch.com

Katrina Carroll
**CARLSON LYNCH, LLP**
111 W. Washington St., Ste. 1240
Chicago, Illinois 60602
Telephone: (312) 750-1265
kcarroll@carlsonlynch.com

*Attorneys for the Plaintiff Jose Enriquez*


By */s/ M. Elizabeth Graham*
**GRANT & EISENHOFER P.A.**
M. Elizabeth Graham
One Market Street
Spear Street Tower, 36th Floor
San Francisco, CA 94105
Telephone: (415) 293-8210
Facsimile: (415) 789-4367
egraham@gelaw.com

Robert Eisler (*pro hac vice* forthcoming)
Deborah Elman (*pro hac vice* forthcoming)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, New York 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501
reisler@gelaw.com
delman@gelaw.com

*Attorneys for Plaintiff Marie E. Richardson*


*/s/ Adam J. Zapala*
Joseph W. Cotchett
Adam J. Zapala
Elizabeth T. Castillo
Reid W. Gaa
**COTCHETT PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com
rgaa@cpmlegal.com

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
APPOINTING INTERIM CLASS COUNSEL
CASE NO. 3:20-cv-03131-JSC

By： */s/ Daniel J. Mulligan*
**DEREK G. HOWARD LAW FIRM, INC.**
Derek G. Howard [SBN 118082]
Derek@derekhowardlaw.com
42 Miller Avenue
Mill Valley, CA 94941
Ph: (415) 432-7192


**JENKINS MULLIGAN & GABRIEL LLP**
Daniel J. Mulligan [SBN 103129]
10085 Carroll Canyon Rd., Ste. 210
San Diego, CA 92131
858-527-1792
dan@jmglawoffices.com

*Attorneys for Plaintiff Poe Valley LLC*

*/s/ Christopher T. Micheletti*
Christopher T. Micheletti (SBN 136446)
Judith A. Zahid (SBN 215418)
Qianwei Fu (SBN 242669)
**ZELLE LLP**
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
cmicheletti @zelle.com
jzahid@zelle.com
qfu@zelle.com


James R. Martin (SBN 173329)
Jennifer Duncan Hackett (pro hac vice
forthcoming)
**ZELLE LLP**
1775 Pennsylvania Avenue, NW, Suite 375
Washington, D.C. 20006
Telephone: (202) 899-4100
jmartin@zelle.com
jhackett@zelle.com

*Attorneys for Plaintiff Craig Kelly*

R. Alexander Saveri (SBN 173102)
Cadio Zirpoli (SBN 179108
Sarah Van Culin (SBN 293181)
Anjalee M. Behti (SBNK 324414)
**SAVERI & SAVERI, INC.**
706 Sansome St., #200
San Francisco, CA 94111
Tel: (415) 217-6810
Fax: (415) 217-6813
rick@saveri.com;
cadio@saveri.com;
sarah@saveri.com
anjalee@saveri.com

*/s/ Dennis Stewart*
Dennis Stewart (SBN 99152)
Kirk B. Hulett (SBN 110726)
**GUSTAFSON GLUEK PLLC**
600 B Street
17th Floor
San Diego, CA 92101
Telephone: (619) 595-3299
dstewart@gustafsongluek.com
khulett@gustafsongluek.com


Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
Ling S. Wang
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dnordin@gustafsongluek.com
lwang@gustafsongluek.com

*Counsel for Plaintiff Donald Harris*

STIPULATION AND [PROPOSED] ORDER REGARDING
APPOINTING INTERIM CLASS COUNSEL
CASE NO. 3:20-cv-03131-JSC

Randy Renick (SBN179652)
Cornelia Dai (SBN 207435)
**HADSELL STORMER RENICK & DAI LLP**
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Tel: (626) 585-9600
Fax: (626) 577-7079
rrr@hadsellstormer.com
cdai@hadsellstormer.com

*Attorneys for Plaintiff Carpe Carma, LLC*

## ATTESTATION

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document.

In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

/s/ Dena C. Sharp

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: July 1, 2020

HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE