

Writer's Direct Dial:  610.234.6486
Email:  jjagher@fklmlaw.com
*Please reply to the Conshohocken Office*

July 8, 2020

**VIA ECF FILING**

Hon. Jacqueline Scott Corley, U.S.M.J.
United States District Court for the
Northern District of California
San Francisco Courthouse
Courtroom E—15th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

        **Re:**   *Re:  In re California Gasoline Spot Market Antitrust Litigation*
                 Civil Action No. 3:20-cv-03131-JSC

Dear Magistrate Judge Corley:

      No firms are better equipped, qualified, or ready to serve as interim class counsel in this consolidated action than Cotchett Pitre & McCarthy LLP ("Cotchett") and Saveri & Saveri, Inc. ("Saveri").  While Freed Kanner London & Millen LLC ("Freed Kanner")[1] is extremely capable of serving as a lead counsel or an executive committee member in this matter, it supports the application of Cotchett and Saveri.  If this Court is inclined to create an interim leadership structure with a steering or executive committee, Freed Kanner respectfully requests that it be considered for one of these positions.

      Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court "'may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action.'" *Bartling v. Apple Inc.*, 2018 WL 4804735, at *1 (N.D. Cal. Apr. 27, 2018).  "'Instances in which interim class counsel is appointed are those in which overlapping, duplicative, or competing class suits are pending before a court, so that appointment of interim counsel is necessary to protect the interests of class members.'" *Id.* (citing *White v. TransUnion, LLC*, 239 F.R.D. 681, 683 (C.D. Cal. 2006) (in turn citing Manual for Complex Litigation (Fourth) § 21.11 (2004))).

      Although Rule 23(g)(3) does not provide a standard for appointment of interim counsel, the court may consider the factors set forth in Federal Rule of Civil Procedure 23(g)(1).  *See, e.g.*, *Bartling*, 2018 WL 4804735, at *1.  Those factors

---

[1] Freed Kanner filed *Rama Kolesnikow v. SK Energy Americas, Inc. et al.* on June 19, 2020 which was consolidated into this Action on July 1, 2020 (ECF No. 67).

**2201 Waukegan Road, Suite 130, Bannockburn, Illinois 60015   T. 224-632-4500   info@fklmlaw.com**
**923 Fayette Street, Conshohocken, Pennsylvania 19428   T. 610-234-6487   info@fklmlaw.com**
**WWW.FKLMLAW.COM**

July 8, 2020
Page 2



include: "(i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class." Fed. R. Civ. Proc. 23(g)(1)(A); *Bartling*, 2018 WL 4804735, at *1. The court may also "consider any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed. R. Civ. Proc. 23(g)(1)(B); *Bartling*, 2018 WL 4804735, at *1.

As a nationally recognized antitrust firm, Freed Kanner has served as co-lead counsel, co-counsel on executive committees, and as class counsel with the Cotchett and Saveri firms on numerous price-fixing cases both within this District and in other venues across the United States. These cases include, but are not limited to: *In re Dynamic Random Access Memory (DRAM) Antitrust Litig.*, MDL 1486 (N.D. Cal.) (Freed Kanner served as co-chair of discovery and $330 million was recovered for the class); *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL 1917 (N.D. Cal.) (Freed Kanner served as chair of discovery and $224 million was recovered for the class); *In re Brand Name Prescription Drugs Antitrust Litigation*, MDL 997 (N.D. Ill.) (Freed Kanner served as co-lead counsel and $715 million was recovered for the class); *In re Lithium Ion Batteries Antitrust Litigation*, MDL 2420 (N.D. Cal.) (Freed Kanner served on the Plaintiffs' Steering Committee and $138 million was recovered for the class); *In re Optical Disk Drive (ODD) Antitrust Litigation,* MDL 2143 (N.D. Cal.) (Freed Kanner took on various discovery assignments as class counsel and $180 million was recovered for the class); *In re Static Random Access Memory (SRAM) Antitrust Litigation*, MDL 1819 (N.D. Cal.) (Freed Kanner served on the executive committee and $76 million was recovered for the class); *In re Automotive Parts Antitrust Litigation*, MDL 2311 (E.D. Mich.) (Freed Kanner serves as co-lead counsel in this ongoing consolidated action in which settlements to date total over $550 million); and *Cameron et. al. v. Apple, Inc.* 4:19-cv-03074 (N.D. Cal.) (Freed Kanner serves as co-counsel on the Plaintiffs' Executive Committee case with Saveri in this matter pending before Judge Gonzalez Rogers).

By working closely over many years with Cotchett and Saveri, Freed Kanner understands and attests that both firms are highly qualified and more than meet all of the Rule 23(g) factors necessary to serve as interim class counsel. First, Cotchett and Saveri were early filers in this litigation. Their complaint demonstrates the work performed in identifying and investigating potential claims. Second, the firms' collective experience in handling class actions, other complex litigation, and the types of claims at issue is second to none, comprising over 100 years of antitrust litigation combined. Third, Freed Kanner knows first-hand that Cotchett and Saveri are consistently willing and able to commit significant litigation resources to representing the classes in their cases and understands they are well-positioned to do so here.

If this Court is inclined to create a leadership structure with a plaintiffs' steering or executive committee, Freed Kanner submits that it should be considered for one of

July 8, 2020
Page 3



these positions as it is a well-qualified, nationally respected antitrust firm that also meets the Rule 23(g) requirements detailed above.

In addition to the many cases that it has successfully prosecuted with the Cotchett and Saveri firms, Freed Kanner also currently serves or has served as co-lead counsel in the following antitrust actions (among many others): *In re Peanut Farmers Antitrust Litigation*, No. 19-cv-00463 (E.D. Va.); *In re Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litig.*, No. 18-cv-4171 (N.D. Ill.); *In re Opana ER Antitrust Litig.*, No. 14-cv-10150 (N.D. Ill.); *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, No. 05-md-1720 (E.D.N.Y.); *Kleen Products, et al. v. International Paper, et al.*, No. 10-cv-05711 (N.D. Ill.) ($376 million recovered for the class); and *In re High Fructose Corn Syrup Antitrust Litig.*, MDL 1087 (C.D. Ill.) ($531 million recovered for the class). Freed Kanner also currently serves on the executive or steering committee in the following antitrust class actions: *In re Farm-Raised Salmon and Salmon Products Litig.*, No. 19-cv-21551 (S.D. Fla.) and *In re Local TV Advertising Antitrust Litig.*, No. 18 C 6785 (N.D. Ill.). Freed Kanner is capable and willing to devote the time, expertise, and financial investment required to aggressively prosecute this action and to ensure the best result achievable for the class. The firm's attorneys have a proven record of success in leadership roles in complex, antitrust litigation over the past 40 years. Freed Kanner has the experience and resources needed to support the successful prosecution of this important case moving forward and is committed to doing so.

For the reasons stated herein, Freed Kanner supports the appointment of the Cotchett and Saveri firms as interim co-lead class counsel. If this Court is inclined to create a leadership structure with a plaintiffs' steering or executive committee, Freed Kanner requests that it be considered for one of these positions.

Very truly yours,

FREED KANNER LONDON &
MILLEN LLC

　　/s/ *Jonathan M. Jagher*
Jonathan M. Jagher