

**ROBINS KAPLAN**LLP

2440 W EL CAMINO REAL
SUITE 100
MOUNTAIN VIEW CA  94040

650 784 4040 TEL
650 784 4041 FAX
ROBINSKAPLAN.COM

**PRITZKER LEVINE LLP**

PHONE: 415.692.0772
FAX: 415.366.6100
WWW.PRITZKERLEVINE.COM

July 8, 2020                                                                                                          *Via ECF*

Hon. Jacqueline Scott Corley
San Francisco Courthouse, Courtroom E – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *In re California Gasoline Spot Market Antitrust Litig.*, 3:20-cv-03131-JSC

Dear Judge Corley:

      Plaintiffs Eric Gennaro and Soils To Grow LLC respectfully ask the Court to appoint Aaron M. Sheanin of Robins Kaplan LLP and Elizabeth C. Pritzker of Pritzker Levine LLP to serve as co-lead interim class counsel for purchasers of gasoline at retail within California. Mr. Sheanin and Ms. Pritzker and their respective firms have a depth of knowledge and experience prosecuting complex antitrust cases, including energy market manipulation cases, combined with extraordinary trial experience. They have ample resources and know how to employ them effectively for the benefit of class members.  For all these reasons, Mr. Sheanin of Robins Kaplan and Ms. Pritzker of Pritzker Levine are "best able to represent the interests of the class" under FRCP 23(g)(2).

## I.    <u>Leadership and Trial Experience</u>

      **Robins Kaplan** brings 80 years of litigation experience to its representation of corporate, government, and individual parties on both sides of the courtroom. The firm has obtained over $15 billion in recoveries for its antitrust clients. Robins Kaplan is a firm of 250 attorneys with offices across the country including Northern and Southern California. The firm received the 2018 Elite Trial Lawyers award in the antitrust category from the National Law Journal and was honored for "Outstanding Antitrust Litigation Achievement in Private Law Practice" by the American Antitrust Institute in 2019. Robins Kaplan serves as lead counsel alongside the California Attorney General representing California, the Governor, and three state agencies in litigation on behalf of a class of inmates in state prison. The firm also represents the State of Minnesota in litigation against e-cigarette maker, JUUL, for deceptively marketing its tobacco products and targeting youth. Robins Kaplan's experience working on behalf of state entities demonstrates that the firm will coordinate well with the California Attorney General on its related civil action for the benefit of the class.

      Robins Kaplan's track record of successfully litigating complex antitrust class actions is extensive, and includes *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litig.*, MDL 1720 (E.D.N.Y.) ($5.54 billion settlement in case challenging Visa's and Mastercard's anticompetitive interchange fee structure), *In re Air Cargo Shipping Services Antitrust Litig.*, MDL 1775 (E.D.N.Y.) ($1.2 billion in settlements for purchasers of airfreight shipping services), and *In re Automotive Parts Antitrust Litig.*, MDL 2311 (E.D. Mich.) ($1.2 billion in settlements for end payer class in sprawling MDL involving 41 component-part class actions and 150 defendants). The firm is not afraid to take cases to trial, having litigated hundreds of cases to favorable verdicts. For example, in *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL 1827 (N.D. Cal.), the firm obtained a jury verdict on behalf of Best Buy. In *In re Lorazepam & Clorazepate Antitrust Litig.*

MDL 1290 (D.D.C.), the firm obtained a $76.8 million jury verdict on behalf of health insurers who overpaid for prescription drugs due to anticompetitive practices. And, as noted by *Law360*, Robins Kaplan became "the vanguard firm in the first successful battle with Big Tobacco," obtaining a $6.8 billion settlement after a fifteen-week trial in *State of Minn. and Blue Cross & Blue Shield of Minn. v. Philip Morris Inc., et al.*, No. C1-94-8565 (Minn.).

Aaron M. Sheanin, an accomplished litigator with two decades of class action practice, is a partner in Robins Kaplan's Mountain View office. He was named a "Top Antitrust Lawyer" by the *Daily Journal*, has been named a "California Super Lawyer" each year since 2014, and was a finalist for the *Consumer Attorneys of California's* "Consumer Attorney of the Year" in 2012. He is an Advisor to the Executive Committee of the Antitrust, UCL & Privacy Section of the California Lawyers Association, and served on the Executive Committee for the Antitrust Section of the San Francisco Bar Association. He serves on the Board of Directors of Legal Aid at Work.

Mr. Sheanin has extensive experience leading complex cases. He serves as co-lead counsel in *In re Hard Disk Drives Suspension Assemblies Antitrust Litig.*, MDL 2918 (N.D. Cal.). He achieved a $432 million settlement as co-lead class counsel in *In re Wells Fargo Collateral Protection Insurance Litig.*, MDL No. 2797 (C.D. Cal.). Prior to joining Robins Kaplan, he served in leadership roles for plaintiff classes in *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL 1827 (N.D. Cal.) (co-lead counsel firm; $473 million in settlements), *In re Lithium Ion Batteries Antitrust Litig.*, MDL 2420 (N.D. Cal.) (co-lead counsel firm; settlements exceeding $139 million), *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL 1917 (N.D. Cal.) (executive committee firm; settlements over $212 million), and *In re Optical Disk Drive (ODD) Products Antitrust Litig.*, MDL 2143 (N.D. Cal.) (steering committee firm; nearly $75 million in settlements). In *TFT-LCD*, he represented a plaintiff class at trial, obtaining a jury verdict of $87 million before trebling.

Robins Kaplan, if appointed, would leverage its position to advance diversity in the profession by ensuring that members of historically underrepresented groups obtain meaningful leadership roles in the litigation. The firm's commitment to diversity is regularly recognized. Among other distinctions, Robins Kaplan earned a perfect score on the 2020 Human Rights Campaign's Corporate Equality Index for the twelfth consecutive year, and it was awarded the 2019 ABA Martha Fay Africa Golden Hammer Award, the 2018 Leadership Council on Legal Diversity's Compass Award and the 2016 Chamber USA's Most Inclusive Law Firm for LGBT Lawyers. In 2019, nearly half of all associates hired by the firm were attorneys of color and half of all attorneys promoted to partner were from historically underrepresented groups.

**Pritzker Levine** is a boutique law firm focused on complex litigation nationwide. Based in Emeryville and New York, the firm and its attorneys bring a unique blend of expertise, efficiency and sound judgment to successfully represent clients in complex class actions involving antitrust violations, corporate wrongdoing, unfair competition, financial fraud, and commercial disputes—resulting in recoveries of over $1 billion. Elizabeth Pritzker co-founded Pritzker Levine with the intent to make antitrust and unfair competition the firm's primary practice area. With three decades of litigation experience, she has successfully prosecuted cases against monopolists, price-fixing cartels, big tech, major manufacturers, pharmaceutical companies, and the NCAA.

Ms. Pritzker is frequently appointed by courts to lead major complex cases. Most recently, she was appointed to serve as Co-Lead Counsel in the *In Re EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litig.*, MDL 2785 (D. Kan.), a nationwide RICO and multi-state antitrust class action. She also serves as Additional Class Counsel in the *In re NCAA Grant-in-Aid Cap Antitrust Litig.*, MDL 2541 (N.D. Cal.), which resulted in a $208 million damages settlement for college athletes challenging NCAA-imposed caps on athletic scholarships, and a precedent-setting injunctive relief trial verdict that has been upheld by the Ninth Circuit.

Ms. Pritzker is part of the leadership team in *In re Packaged Seafood Products Antitrust Litig.*, MDL 2670 (S.D. Cal.), a certified class action on behalf of consumers harmed by price-fixing cartelists in the packaged tuna industry. She serves as Co-Lead Counsel in *Corcoran v. CVS Pharmacy, Inc.*, No. 4:15-cv-03504-YGR (N.D. Cal.), a certified multi-state class action on behalf of insured consumers allegedly overcharged at CVS pharmacies for their generic prescription drugs, and in *Al's Discount Plumbing v. Viega LLC*, No. 1:19-cv-159-CCC (M.D. Penn), a class action alleging anticompetitive conduct by a leading manufacturer of copper press pipe fittings. Ms. Pritzker's past antitrust work includes her appointment as sole Class Counsel in *Il Fornaio (America) Corp. v. Lazzari Fuel Co,, LLC*, No. 13-cv-05197-WHA (N.D. Cal.) (class settlements representing 85% of single damages); as Liaison Counsel for Direct Purchasers in *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL 1827 (N.D. Cal.) (class settlements of $473 million); and as a Direct Purchaser Steering Committee member in *In re Lithium Ion Batteries Antitrust Litig.*, MDL 2420 (N.D. Cal.) (class settlements exceeding $139 million).

Ms. Pritzker is trial-tested and trial-savvy. As a recent example, in addition to her work in the *NCAA* trial, she and law firm partner, Jonathan Levine, obtained a $9.2 million federal jury trial verdict for a German-based tech start-up in *ITyX AG v. Kodak Alaris, Inc*, No. 16-cv-10250-ADB (D. MA), that has been upheld by the First Circuit.

Ms. Pritzker was recently named a "Top Antitrust Lawyer in 2020" by the *Daily Journal*. In 2015, she was honored with an "Outstanding Antitrust Litigation Achievement in Private Law Practice" nomination by the American Antitrust Institute. Ms. Pritzker repeatedly has been recognized by her peers as a Northern California "Super Lawyer," and has been named to lists of the Northern California "Top 100 Lawyers," and Northern California "Top 50 Women Lawyers." She is a frequent featured speaker on antitrust and unfair competition law, and on topics of law firm management, trial strategy, and diversity and inclusion in the law.

Outside of the courtroom, Ms. Pritzker is dedicated to service in the legal community. She is the Chair of the Antitrust, UCL & Privacy Section of the California Lawyers Association. In 2019, Ms. Pritzker was elected to the Ninth Circuit Conference Executive Committee. She has served as a Lawyer Representative to the Northern District of California; on the Board of Governors of Consumer Attorneys of California, and on the boards of Legal Aid Society of San Mateo County and Bay Area Lawyers for Individual Freedom (BALIF), respectively.

## II.　Experience in Energy Market Manipulation Cases

Robins Kaplan and Pritzker Levine are uniquely qualified to lead this litigation. Aaron

Sheanin and Elizabeth Pritzker litigated similar market manipulation claims on behalf of California consumers in the energy crisis of 2000-01. They served jointly as Co-Chair of the Discovery Committee in *In re Natural Gas Antitrust Cases*, J.C.C.P. 4221, 4224, 4226 & 4228 (Cal. Super. Ct., San Diego Cty.), a class action brought under California's Cartwright Act and UCL against major energy companies that engaged in wash trades, false reporting, and other acts to inflate spot-market prices for natural gas that resulted in $159 million in settlements.

Since then, Robins Kaplan's attorneys have achieved successes in other class actions involving manipulation and monopolization of energy futures and commodities markets including: *In re Natural Gas Commodity Litig.*, No. 03-cv-06186 (S.D.N.Y. 2003) (co-lead counsel; $101 million in settlements) (obtained while at a former firm); *In re Optiver Commodities Litig.*, No. 08-cv-6842 (S.D.N.Y. 2008) (co-lead counsel; $16.75 million settlement); *In re Crude Oil Commodity Futures Litig.*, No. 11-cv-3600 (S.D.N.Y. 2011) (Plaintiffs' Executive Committee; $16.5 million settlement); and *Amaranth Natural Gas Commodities Litig.*, No. 07-cv-06377 (S.D.N.Y.2007) (Plaintiffs' Executive Committee; $77.1 million settlement) (obtained while at former firm). The experience of Robins Kaplan and Pritzker Levine in these and other complex cases will serve the best interests of the class.

### III.Resources Devoted to Representing the Class

Robins Kaplan and Pritzker Levine have ample resources to litigate this action. With extensive track records prosecuting contingent cases, both firms have demonstrated their willingness to dedicate substantial resources to advocating vigorously on behalf of plaintiff classes. They have experience managing teams of litigators while minimizing duplicative and non-productive attorney time; have worked cooperatively with counsel representing plaintiffs in this litigation; and will continue to draw upon their talent and experience for the benefit of the class.

Robins Kaplan and Pritzker Levine have conducted a thorough, independent investigation and, most importantly, have already drawn upon the resources of in-house economic consultants, comprised of CPAs, MBAs and PhD economists, who have undertaken preliminary class damages analyses for the Cartwright Act claim at issue in this case.  The firms have at-the-ready dedicated internal e-discovery and experienced trial logistics personnel that will benefit the class with cost-effective and intelligent discovery, effective motion and pre-trial practice, and an efficient trial.

Robins Kaplan and Pritzker Levine are uniquely qualified to best represent the interests of the class and respectfully request appointment as co-lead interim class counsel.

Respectfully submitted,

**ROBINS KAPLAN LLP****PRITZKER LEVINE LLP**
*/s/ Aaron M. Sheanin**/s/ Elizabeth C. Pritzker*
Aaron M. SheaninElizabeth C. Pritzker