Aaron M. Sheanin (CA SBN 214472)
**ROBINS KAPLAN LLP**
2440 W El Camino Real, Suite 100
Mountain View, CA 94040
Tel: (650) 784-4040
Fax: (650) 784-4021
asheanin@robinskaplan.com

Elizabeth C. Pritzker (CA SBN 146267)
Bethany Caracuzzo (CA SBN 190687)
Caroline C. Corbitt (CA SBN 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
ecp@pritzkerlevine.com
bc@pritzkerlevine.com
ccc@pritzkerlevine.com

*Attorneys for Plaintiff Soils To Grow LLC and the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC WINE DISTRIBUTORS, INC., *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>VITOL INC.; SK ENERGY AMERICAS, INC.; and SK TRADING INTERNATIONAL CO. LTD.,<br><br>Defendants. | Case No. 3:20-cv-03131-JSC<br><br>**RESPONSE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Related Case No.: 3:20-cv-04532-LB |

Plaintiff Soils To Grow LLC submits this response to Pacific Wine Distributors, Inc.'s Administrative Motion to Consider Whether Cases Should be Related. ECF No. 92. The motion should be granted.

Plaintiffs in *Soils To Grow LLC v. Vitol, Inc. et al.*, No. 3:20-cv-04532-LB (N.D. Cal. July 8, 2020) and *Pacific Wine Distributors, Inc. et al. v. Vitol, Inc. et al.*, No. 3:20-cv-03131-JSC (N.D. Cal. May 6, 2020) both allege that the same defendants, Defendants Vitol, Inc., SK Energy Americas, Inc. and SK Trading International Co., Ltd., violated antitrust laws by conspiring to artificially inflate and maintain the price of refined gasoline in California in violation of the Sherman Act, the Cartwright Act, and Unfair Competition Law. "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a).

Plaintiff in *Soils to Grow* agrees with and supports the administrative motion to relate the *Soils To Grow* and *Pacific Wine* actions, given the substantial overlap of the allegations in the complaints, and respectfully urges the Court to grant the motion. Relating these actions will serve to streamline discovery and conserve the resources of the Court and the parties.

| | | |
|---|---|---|
| 1 | DATED:  July 9, 2020 | **PRITZKER LEVINE LLP** |
| 2 | | By: */s/ Elizabeth C. Pritzker* |
| 3 | | Elizabeth C. Pritzker |
| 4 | | Elizabeth C. Pritzker (CA SBN 146267) |
| 5 | | Bethany Caracuzzo (CA SBN 190687) |
|   | | Caroline C. Corbitt (CA SBN 305492) |
| 6 | | **PRITZKER LEVINE LLP** |
|   | | 1900 Powell Street, Suite 450 |
| 7 | | Emeryville, CA 94608 |
|   | | Telephone:  (415) 692-0772 |
| 8 | | Facsimile:   (415) 366-6110 |
|   | | ecp@pritzkerlevine.com |
| 9 | | bc@pritzkerlevine.com |
| 10 | | ccc@pritzkerlevine.com |
| 11 | | Aaron M. Sheanin |
|    | | **ROBINS KAPLAN LLP** |
| 12 | | 2440 W El Camino Real, Suite 100 |
|    | | Mountain View, CA 94040 |
| 13 | | Tel: (650) 784-4040 |
|    | | Fax: (650) 784-4021 |
| 14 | | asheanin@robinskaplan.com |

RESPONSE IN SUPPORT OF ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD
BE RELATED                                               - 2 -                                    CASE NO. 3:20-CV-03131-JSC

| | |
|---|---|
| 1 | Hollis Salzman |
| 2 | Kellie Lerner |
| | William V. Reiss |
| 3 | Noelle Feigenbaum |
| | Matthew J. Geyer |
| 4 | **ROBINS KAPLAN LLP** |
| | 399 Park Avenue, Suite 3600 |
| 5 | New York, NY 10022 |
| | Tel: (212) 980-7400 |
| 6 | Fax: (212) 980-7499 |
| 7 | hsalzman@robinskaplan.com |
| | klerner@robinskaplan.com |
| 8 | wreiss@robinskaplan.com |
| | nfeigenbaum@robinskaplan.com |
| 9 | mgeyer@robinskaplan.com |

K. Craig Wildfang
Thomas J. Undlin
Ryan W. Marth
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel: (612) 349-8500
Fax: (612) 339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
rmarth@robinskaplan.com

John Emerson
**EMERSON FIRM, PLLC**
2500 Wilcrest, Suite 300
Houston, TX 77042
Tel.: (800) 551-8649
Fax: (501) 286-4659

*Attorneys for Plaintiff Soils To Grow LLC and the Proposed Class*