

NEW YORK
LOS ANGELES

Peggy J. Wedgworth
Direct Dial: (212) 594-5300
pwedgworth@milberg.com

July 10, 2020

**VIA ECF**
Honorable Jacqueline Scott Corley
United States Magistrate Judge
U.S. District Court for the N.D. of California
San Francisco Courthouse, Courtroom E-15th Fl.
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *In re California Gasoline Spot Market Antitrust Litig.*, No. 3:20-cv-03131-JSC (N.D. Cal.)
Letter in Support of Co-Lead Interim Class Counsel Application of Robins Kaplan LLP and Pritzker Levine LLP

Dear Judge Corley:

My firm is counsel to plaintiff Asante Cleveland, *Cleveland v. SK Energy Americas, Inc et al.*, No. 5:20-cv-04502-VKD (N.D. Cal., transferred Jul. 8, 2020). An administrative motion to relate the case was filed on July 8, 2020 (ECF No. 72). I submit this letter pursuant to Rule 23(g) of the Federal Rules of Civil Procedure and this Court's July 1, 2020 Order (ECF No. 68). As set forth below, my firm supports the application of Aaron M. Sheanin of Robins Kaplan LLP and Elizabeth C. Pritzker of Pritzker Levine LLP to serve as co-lead interim class counsel for purchasers of gasoline at retail within California (ECF No. 83). I attach my firm's resume to reflect our experience and leadership in antitrust class actions.

I and others from my firm have worked closely with both Aaron Sheanin (most recently in his capacity as court-appointed co-lead counsel in *Hard Disk Drives Suspension Assemblies Antitrust Litig.*, MDL 2918 (N.D. Cal.)) and Elizabeth Pritzker in numerous antitrust and class action cases over many years. Both are exceptional attorneys who consistently obtain impressive results for their clients. Both attorneys are from highly-regarded firms with extensive expertise,

Hon. Jacqueline Scott Corley
July 10, 2020
Page 2

leadership and knowledge prosecuting complex antitrust cases. Significant to this case, both Mr. Sheanin and Ms. Pritzker have ample experience litigating energy market manipulation cases, including serving as Co-Chairs of the Discovery Committee in *In re Natural Gas Antitrust Cases*, J.C.C.P. 4221, 4224, 4226 & 4228 (Cal. Super. Ct. San Diego Cty.) and have already consulted in-house economic consultants who have undertaken preliminary class damages analyses for the Cartwright Act claim at issue in this case. Both Robins Kaplan and Pritzker Levine have the resources and specialized experience litigating the type of conduct at issue here to more than satisfy the Rule 23(g) factors necessary to serve as co-lead interim class counsel.

For the aforementioned reasons, as well as those set forth in their application, my firm supports Aaron Sheanin's and Elizabeth Pritzker's appointment as co-lead interim class counsel in this matter.

Respectfully submitted,

/s/ *Peggy J. Wedgworth*

Peggy Wedgworth (*pro hac vice* forthcoming)
Andrei Rado (*pro hac vice* forthcoming)
Blake Yagman (*pro hac vice* forthcoming)
**MILBERG PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, Suite 1920
New York, New York 10119
Telephone: 212-594-5300
Email: pwedgworth@milberg.com
          arado@milberg.com
          byagman@milberg.com

David Azar (CA Bar No. 218319)
**MILBERG PHILLIPS GROSSMAN LLP**
16755 Von Karman Avenue, Suite 200
Irvine, California 92606
Telephone: 212-594-5300
Email: dazar@milberg.com

***Attorneys for Plaintiff Asante Cleveland***

PJW:ln