Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Samantha J. Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*On behalf of Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br><br>CLASS ACTION<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[N.D. Cal. Civil L.R. 3-12, 7-11]<br><br>Related Case No.:<br>• 20-cv-04670 |

## I. INTRODUCTION

Pacific Wine Distributors, Inc. ("PWDI"), Equality Wines LLC, Kelly Keskinen, and Ryan Schrum-Herrera (collectively, "Plaintiffs")[1] previously moved to relate several other later-filed actions to its first-filed case, all of which the Court has granted. *See* ECF Nos. 20, 33, 34, 42, 45, 46, 47, 56, 58, 59, 60, 62, 65, 66, 70.[2] Since then, another proposed class action has been filed in this District alleging substantially the same claims against substantially the same parties. Accordingly, pursuant to Civil Local Rule 3-12, Plaintiffs now file this motion to relate the following case:

- *Isanpayu v. SK Energy Americas, Inc. et al*, No. 3:20-cv-04670 (N.D. Cal., filed July 13, 2020) (Judge not yet assigned) ("*Isanpayu* action").

## II. LEGAL STANDARD FOR RELATING CASES

"Whenever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case

---

[1] PWDI amended its complaint pursuant to Fed. R. Civ. P. 15(a)(1)(A) on June 2, 2020, in which additional plaintiffs and proposed class representatives were added as well. ECF No. 31. Nothing about this Amended Complaint alters the core facts, claims, and parties relevant to the determination of whether to relate cases the cases at issue here.

[2] *Fricke-Parks Press, Inc. et al v. SK Energy Americas, Inc., et al*, No. 3:20-cv-03148 (N.D. Cal., filed May 7, 2020); *Hudson, et al, v. Vitol, Inc., et al*, No. 5:20-cv-03217 (N.D. Cal., filed May 11, 2020); *Johnston v. Vitol Inc., et al*, No. 4:20-cv-03238 (N.D. Cal., filed May 12, 2020); *Bogard Construction, Inc. v. Vitol Inc., et al*, No. 3:20-cv-03267 (N.D. Cal., filed May 13, 2020); *Kravitz et al v. SK Energy Americas, Inc. et al*, No. 3:20-cv-03427 (N.D. Cal., filed May 20, 2020); *Accurate Testing & Inspection, LLC v. SK Energy Americas Inc. et al*, No. 3:20-cv-03483 (N.D. Cal., filed May 22, 2020); *BB&B Business Group et al v. Vitol Inc., et al*, No. 3:20-cv-03535 (N.D. Cal., filed May 26, 2020); *Richardson v. SK Energy Americas, Inc. et al*, No. 5:20-cv-03678 (N.D. Cal., filed June 3, 2020); *Gennaro v. Vitol, Inc. et al*, No. 4:20-cv-03705 (N.D. Cal., filed June 4, 2020); *Kolesnikow v. SK Energy Americas, Inc. et al*, No. 4:20-cv-04101-KAW (N.D. Cal., filed June 19, 2020); *Enriquez v. SK Energy Americas, Inc. et al.*, No. 3:20-cv-04122 (N.D. Cal., filed June 22, 2020); *Carpe Carma, LLC v. SK Energy Americas, Inc. et al.*, No. 5:20-cv-04138 (N.D. Cal., transferred June 23, 2020); *Poe Valley LLC v. SK Energy Americas, Inc. et al.*, No. 3:20-cv-04228 (N.D. Cal., filed June 25, 2020); *Harris v. SK Energy Americas, Inc. et al.*, No. 5:20-cv-04293 (N.D. Cal., filed June 29, 2020); and *Kelly v. SK Energy Americas, Inc. et al.*, No. 3:20-cv-04339 (N.D. Cal., filed June 29, 2020).

an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11." Civil L.R. 3-12(b).

Under Civil Local Rule 3-12(a), "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

### III. THE NEWLY FILED ACTION SHOULD BE RELATED

Plaintiffs respectfully submit that the *Isanpayu* action should be related to the above-captioned litigation. Plaintiff PWDI filed the first proposed class action on May 6, 2020, following the action brought by California's Attorney General: *The People of the State of California v. Vitol Inc., SK Energy Americas, Inc., and SK Trading International Co. Ltd.*, California Superior Court, San Francisco (filed May 4, 2020). As noted, several other cases followed, including now the claims filed by the plaintiff in the *Isanpayu* action. The *Isanpayu* action references the same misconduct identified by California's Attorney General.

As can be readily seen by comparing the Complaint in the *Isanpayu* action, it involves substantially the same subject matter and parties as in the first-filed Complaint in the above-captioned action. *See* accompanying Decl. of Samantha J. Stein, Exs. A–B (Complaints). Both actions charge the same named Defendants, Vitol Inc. ("Vitol"), SK Energy Americas, Inc. ("SK Energy"), and SK Trading International Co. Ltd. ("SK Trading"), with violations of the California Cartwright Act (Cal. Bus. & Prof. Code §§ 16720 *et seq*.), and California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.* ("UCL"), and the Sherman and Clayton Acts (15 U.S.C. §§ 1, 26). Both Complaints allege that Vitol, SK Energy, and SK Trading acted to restrain competition in the spot market for gasoline formulated for use in California and in certain gasoline blending components used in that gasoline between at least February 18, 2015 and December 31, 2016. And both Complaints allege virtually the same facts and details about how the named Defendants carried out their alleged conspiracy.

Accordingly, these cases call for determination of multiple questions of fact and law that

are the same or substantially similar, including whether Defendants Vitol, SK Energy, and SK Trading engaged in anticompetitive conduct and the amount of damages owed to the proposed class. Given the substantial overlap in the parties, relevant transactions and events, and questions of fact and law in these actions, relating them will avoid waste of the Court's resources and prevent inconsistent results. It will also assist in the most just and efficient resolution of these actions. *See* Fed. R. Civ. P. 1.

**IV. CONCLUSION**

For the reasons set forth above, Plaintiffs respectfully request that the Court order the *Isanpayu* action be related to the lower-numbered case, the above-captioned action.

DATED: July 14, 2020

HAUSFELD LLP

By: /s/ *Samantha J. Stein*
Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Samantha J. Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*Attorneys for Plaintiffs and the Proposed Class*