Aaron M. Sheanin (CA SBN 214472)
**ROBINS KAPLAN LLP**
2440 W El Camino Real, Suite 100
Mountain View, CA 94040
Tel: (650) 784-4040
Fax: (650) 784-4021
asheanin@robinskaplan.com

Elizabeth C. Pritzker (CA SBN 146267)
Bethany Caracuzzo (CA SBN 190687)
Caroline C. Corbitt (CA SBN 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone:  (415) 692-0772
Facsimile:   (415) 366-6110
ecp@pritzkerlevine.com
bc@pritzkerlevine.com
ccc@pritzkerlevine.com

*Attorneys for Plaintiff Soils To Grow LLC and the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>SOILS TO GROW LLC v. VITOL, INC., et al., Case No. 3:20-cv-04532-JSC | Case No. 3:20-cv-03131-JSC<br><br>CLASS ACTION<br><br>**NOTICE OF JOINDER IN STIPULATION AND ORDER REGARDING WAIVER OF SERVICE OF THE COMPLAINTS AND DEFENDANTS' DEADLINES TO RESPOND TO THE COMPLAINTS AND IN STIPULATION AND ORDER REGARDING CONSOLIDATION AND APPOINTING INTERIM CLASS COUNSEL ISSUED IN 3:20-CV-03131-JSC** |

**PLEASE TAKE NOTICE** that plaintiff SOILS TO GROW LLC hereby joins in the Stipulation And Order Regarding Waiver Of Service Of The Complaints And Defendants' Deadlines To Respond To The Complaints entered by the Court in *Pacific Wine Distributors, Inc. et al. v. Vitol, Inc. et al.*, No. 3:20-cv-03131-JSC (N.D. Cal. May 6, 2020) on June 1, 2020 (the "Stipulation"), pursuant to Paragraph 6 of the Stipulation, Dkt. No. 27, and hereby joins in the Stipulation And Order Regarding Consolidation and Appointing Interim Class Counsel entered by the Court in *Pacific Wine* on July 1, 2020 (the "Consolidation Stipulation"), pursuant to Paragraph 3 of the Consolidation Stipulation. Dkt. No. 67.

DATED: July 23, 2020　　　　**ROBINS KAPLAN LLP**

By: */s/ Aaron M. Sheanin*
　　Aaron M. Sheanin

2440 W El Camino Real, Suite 100
Mountain View, CA 94040
Tel: (650) 784-4040
Fax: (650) 784-4021
asheanin@robinskaplan.com

Hollis Salzman
Kellie Lerner
William V. Reiss
Matthew J. Geyer
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Tel: (212) 980-7400
Fax: (212) 980-7499
hsalzman@robinskaplan.com
klerner@robinskaplan.com
wreiss@robinskaplan.com
mgeyer@robinskaplan.com

K. Craig Wildfang
Thomas J. Undlin
Ryan W. Marth
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel: (612) 349-8500

Fax: (612) 339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
rmarth@robinskaplan.com

Elizabeth C. Pritzker (CA SBN 146267)
Bethany Caracuzzo (CA SBN 190687)
Caroline C. Corbitt (CA SBN 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone:  (415) 692-0772
Facsimile:   (415) 366-6110
ecp@pritzkerlevine.com
bc@pritzkerlevine.com
ccc@pritzkerlevine.com

John Emerson
**EMERSON FIRM, PLLC**
2500 Wilcrest, Suite 300
Houston, TX 77042
Tel.: (800) 551-8649
Fax: (501) 286-4659

*Attorneys for Plaintiff Soils To Grow LLC and the Proposed Class*