UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 20-cv-03131-JSC<br><br>**ORDER RE: MAGISTRATE JUDGE JURISDICTION AND HEARING ON APPLICATIONS FOR APPOINTMENT OF INTERIM CLASS COUNSEL AND CASE MANAGEMENT CONFERENCE** |

A review of our records indicates that the Consent or Declination to Magistrate Judge Jurisdiction Form has not been filed by all parties in these consolidated actions. Plaintiffs Accurate Testing & Inspection, LLC; Eric Gennaro; Rama Kolesnikow; Jose Enriquez; Carpe Carma, LLC; Poe Valley LLC; Donald Harris; Craig Kelly; Pioneer Fire, Inc.; Asante Cleveland; and Saksee Isanpayu are requested to complete the attached form documenting either consent or request for reassignment and e-file it with the Court **by July 31, 2020.** Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

In light of the above, the hearing on the appointment of interim class counsel is continued to August 7, 2020 at 9:00 a.m. and the Initial Case Management Conference is continued to the same date and time. Each counsel shall have five minutes to argue in support of their application for appointment as interim class counsel.

**IT IS SO ORDERED.**

Dated: July 23, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge