UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION

Case No. 20-cv-03131-JSC

**PRETRIAL ORDER NO. 1**

Following the Status Conference on October 6, 2020, the Court sets the following briefing schedule for Defendants' Federal Rule of Civil Procedure 12(b) motions:

| | |
|---|---|
| Deadline for Defendants' Rule 12(b)(2) and 12(b)(6) Motions and Motion to Stay | October 23, 2020 |
| Deadline for Plaintiffs' Opposition to Defendant SKTI's 12(b)(2) Motion | November 12, 2020 |
| Deadline for Defendant SKTI's Reply on the Rule 12(b)(2) Motion | November 20, 2020 |
| Deadline for Plaintiffs' Opposition to Defendants' Rule 12(b)(6) and Motion to Stay | December 7, 2020 |
| Hearing on the Rule 12(b)(2) Motion | December 10, 2020 at 9:00 a.m. |
| Deadline for Defendants' Replies to Rule 12(b)(6) and Motion to Stay | January 7, 2021 |
| Hearing on Rule 12(b)(6) and Motion to Stay | January 28, 2021 at 9:00 a.m. |

The Court sets a Case Management Conference for December 10, 2020 at 9:00 a.m. via Zoom video. An updated Joint Case Management Conference Statement is due December 3, 2020.

Plaintiffs may serve Rule 45 subpoenas on third parties in order to get document preservation under way; however, as discussed, no documents shall be requested to be produced until the matter is discussed further with the Court and parties.

**IT IS SO ORDERED.**

Dated: October 6, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge