| | |
|---|---|
| Jeffrey M. Davidson (SBN 248620)<br>Phillip Warren (SBN 89744)<br>**COVINGTON & BURLING LLP**<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone: (415) 591-6000<br>Email:  jdavidson@cov.com<br>Email:  pwarren@cov.com | Michael E. Martinez (*pro hac vice*)<br>Lauren Norris Donahue (*pro hac vice*)<br>**K&L GATES LLP**<br>70 W. Madison St., Suite 3300<br>Chicago, Illinois 60602<br>Telephone:  (312) 372-1121<br>Email:   michael.martinez@klgates.com<br>Email:   lauren.donahue@klgates.com |

*Attorneys for Defendants SK Energy Americas, Inc., SK Trading International Co. Ltd., and David Niemann*

| | |
|---|---|
| Amanda Bonn (SBN 270891)<br>Eliza Finley (SBN 301318)<br>**SUSMAN GODFREY LLP**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br>abonn@susmangodfrey.com<br>efinley@susmangodfrey.com | John B. Quinn (SBN 090378)<br>Steven G. Madison (SBN 101006)<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>johnquinn@quinnemanuel.com<br>stevemadison@quinnemanuel.com |

*Attorneys for Defendant Vitol Inc. and Brad Lucas*

*Attorneys for Defendant Vitol Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Civil Case No.: 3:20-cv-03131-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR RULE 12(B)(6) MOTION TO DISMISS BRIEFING**<br><br>Date:   January 28, 2021<br>Time:  9:00 a.m.<br>Dept:  San Francisco, Courtroom E<br>Judge:  Hon. Jacqueline S. Corley |

Pursuant to Civil Local Rule 7-12, Plaintiffs and Defendants SK Energy Americas, Inc., SK Trading International Co., Ltd., Vitol Inc., David Niemann, and Brad Lucas, by and through their undersigned counsel of record, stipulate as follows:

WHEREAS, on October 6, 2020, this Court issued Pretrial Order No. 1, setting forth the briefing schedule for Defendants' Federal Rule of Civil Procedure 12(b) motions, *see* Dkt. No. 207;

WHEREAS, pursuant to the Court's Pretrial Order No. 1, the deadline for Defendants' Rule 12(b)(6) motion is October 23, 2020;

WHEREAS, Civil Local Rule 7-2(b) provides that the page limits for an opening motion may not exceed 25 pages of text;

WHEREAS, Civil Local Rule 7-4(b) provides that the page limits for briefs or memoranda filed with opposition papers may not exceed 25 pages of text, and the page limits for briefs or memoranda filed with reply papers may not exceed 15 pages of text;

WHEREAS, pursuant to Civil Local Rule 7-11, a party may file an administrative motion to exceed otherwise applicable page limitations;

WHEREAS, the parties believe there is good cause to extend the page limitations of their respective briefing on the Rule 12(b)(6) motion to dismiss in order to effectively make their arguments, given the complex nature of the claims;

WHEREAS, the parties believe it is more productive and efficient for Defendants to file one joint Rule 12(b)(6) motion to dismiss instead of five separate Rule 12(b)(6) motions, given there are five Defendants in this action;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Defendants' opening brief in support of their Rule 12(b)(6) Motion to Dismiss may not exceed a combined total of 50 pages; Plaintiffs' response brief may not exceed 50 pages; and Defendants' reply brief may not exceed 30 pages.  Other briefs submitted by the Defendants shall be subject to the ordinary page limits.

**IT IS SO STIPULATED.**

2

STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR RULE 12(B)(6) MOTION TO DISMISS BRIEFING
Case No. 3:20-cv-03131-JSC

Respectfully submitted,

Dated: October 21, 2020

By: */s/ Michael P. Lehmann*
Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Samantha J. Stein (SBN 302034)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com

*Interim Co-Lead Class Counsel*

Judith A. Zahid (SBN 215418)
ZELLE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
jzahid@zelle.com

*Plaintiffs' Executive Committee, Liaison to the California Attorney General's Office*

Allan Steyer (SBN 100318)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com

*Plaintiffs' Executive Committee*

John Radice (admitted *pro hac vice*)
RADICE LAW FIRM, PC
475 Wall Street
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com
*Additional Plaintiffs' Counsel*

By: */s/ Dena C. Sharp*
Dena C. Sharp (SBN 245869)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com

*Interim Co-Lead Class Counsel*

Todd A. Seaver (SBN 271067)
BERMAN TABACCO
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: tseaver@bermantabacco.com

*Plaintiffs' Executive Committee, Chair*

Lee Albert (admitted *pro hac vice*)
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, NY 101689
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: lalbert@glancylaw.com

*Plaintiffs' Executive Committee*

Peggy Wedgworth (*pro hac vice* to be filed)
MILBERG PHILLIPS GROSSMAN LLP
One Pennsylvania Plaza, Suite 1920
New York, New York 10119
Telephone: 212-594-5300
pwedgworth@milberg.com
*Additional Plaintiffs' Counsel*

| | |
|---|---|
| Terry Gross (SBN 103878)<br>GROSS & BELSKY P.C.<br>201 Spear Street, Suite 1100<br>San Francisco, CA 94105<br>Tel: (415) 544-0200<br>Fax: (415) 544-0201<br>terry@grossbelsky.com<br><br>*Additional Plaintiffs' Counsel* | |
| By:   */s/ Jeffrey M. Davidson*<br>Jeffrey Davidson<br>Phillip H. Warren<br>**COVINGTON & BURLING LLP**<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA  94105-2533<br>jdavidson@cov.com<br>pwarren@cov.com<br><br>*Attorneys for Defendants SK Energy Americas, Inc., SK Trading International Co. Ltd., and David Niemann* | By:   */s/ Amanda Bonn*<br>Amanda Bonn<br>**SUSMAN GODFREY LLP**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>abonn@susmangodfrey.com<br><br>Neal Manne<br>**SUSMAN GODFREY LLP**<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>Telephone: (713) 651-9366<br>nmanne@susmangodfrey.com<br><br>*Attorney for Defendants Vitol, Inc. and Brad Lucas* |

## **ATTESTATION**

I, Jeffrey M. Davidson, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:   October 21, 2020            By:   */s/ Jeffrey M. Davidson*
                                                                 Jeffrey M. Davidson

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

_____
Hon. Jacqueline Scott Corley
United States Magistrate Judge