Jeffrey M. Davidson (SBN 248620)
Phillip Warren (SBN 89744)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email:   jdavidson@cov.com
Email:   pwarren@cov.com

Michael E. Martinez (*pro hac vice*)
Lauren Norris Donahue (*pro hac vice*)
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, Illinois 60602
Telephone:  (312) 372-1121
Email:  michael.martinez@klgates.com
Email:  lauren.donahue@klgates.com

*Attorneys for Defendants SK Energy Americas, Inc.,
SK Trading International Co., Ltd., and
David Niemann*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No.: 3:20-cv-03131-JSC<br><br>**DECLARATION OF JINWOO JEONG IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE BY DEFENDANT SK TRADING INTERNATIONAL CO., LTD.** |

I, Jinwoo Jeong, declare:

1. I am a resident of Korea. I currently hold the title of Senior Manager, Business Support Office, Trading Strategy Planner at SK Trading International Co., Ltd. (SKTI) in Seoul, Korea. My responsibilities include establishing company-wide strategy, developing future growth options, and performing other staff work. I have been in this position since 2017.

2. Before assuming my current position, I worked in the following offices: Management Culture Innovation Division at SK Innovation Co., Ltd. (2015-16); Business Analysis Team, Business Innovation Division at SK Innovation Co., Ltd. (2013-14); and the Industrial Energy Business Department at SK Energy Co., Ltd. and SK Holdings Co., Ltd. (2005-12).

3. In 2014, in my position with the Business Analysis Team at SK Innovation Co., Ltd., my responsibilities included reviewing the company's main project strategies and economics. In 2015-2016, in my position with the Management Culture Innovation Division at SK Innovation Co., Ltd., my responsibilities involved supporting the Chief Executive Officer.

4. I am personally familiar with the relationship between SKTI and SK Energy Americas, Inc. (SKEA) during the time period at issue in this lawsuit, August 2014 through the end of 2016. The facts set forth herein are true based on SKTI and SKEA business records and my own personal knowledge, except as to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would competently testify to them.

5. Neither SKTI nor I submit to the Court's jurisdiction in this action. I provide this declaration on behalf of Specially Appearing Defendant SKTI for the sole purpose of challenging the Court's jurisdiction over that Defendant.

**SK Trading International, Inc.**

6. SKTI is a company incorporated in Korea, with its principal place of business in Korea. SKTI is engaged in the business of trading petroleum products and of importing and exporting petroleum products to and from Korea.

7. SKTI has a number of related affiliated companies. It ensures in each case that the preconditions to each company's separate corporate personhood are respected. SKTI has no ownership interest in SKEA, which is the company that Plaintiffs' complaint alleges conducted trading activities

relating to West Coast gasoline.  SKTI is not SKEA's parent company.  It is an additional step removed from SKEA.  It is the parent company of SKEA's parent company—SK Energy International Pte, Ltd., a Singaporean company, based in Singapore.

**SKTI's Lack of Contacts with the United States**

8.   SKTI has never registered with the Secretary of State of California or any other state to transact business in the United States.

9.   SKTI has never had a registered agent in California or the United States.

10.  SKTI has never paid taxes in California or the United States.

11.  SKTI has never maintained offices, facilities, property, or bank accounts in California or the United States.

12.  SKTI has never transacted business in California or the United States.  It has never executed a trade of physical gasoline in California or the United States or entered into a gasoline futures contract in California or the United States.

13.  SKTI has never entered into a contract to buy or sell physical gasoline in California or the United States.

14.  SKTI has never entered into a joint venture or other collaborative arrangement with another company in California or the United States.

**SKTI and SKEA**

15.  SKTI is a separate legal entity from SKEA.

16.  At all times, SKTI's corporate records have been completely segregated from those of SKEA.

17.  At all times, SKTI's funds and other assets have been kept completely separate from those of SKEA.

18.  SKTI has never held itself out as liable for the debts of SKEA.

19.  SKTI is the parent corporation of SKEA's parent corporation.  As SKEA's grandparent corporation, it does not control the daily operations of SKEA.  Employees of SKTI monitored SKEA's gasoline trading operations in California and in the United States for compliance with pre-set mathematical trading loss-limit and risk parameters that applied to SKEA's overall gasoline trading

1  book.  But SKTI never exercised day-to-day control over SKEA's gasoline trading activities in
2  California or in the United States.  SKEA had no policy or practice that required SKTI to review or
3  authorize specific trades.  SKEA's gasoline traders had the sole discretion to execute transactions as
4  long as they were within the prescribed risk-management numerical limits.

5      20.  SKTI has never conducted its activities through SKEA.

**Jurisdiction**

7      21.  SKTI has not consented and does not consent to jurisdiction in the State of California or in
8  the United States.

10  I declare under penalty of perjury under the laws of the United States of America that the
11  foregoing is true and correct.  Executed on October 21, 2020, in Seongnam, Korea.

                                  정 진 우
                                  _____
                                  Jinwoo Jeong