1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Civil Case No.: 3:20-cv-03131-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SK TRADING INTERNATIONAL CO., LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**<br><br>Date:   December 10, 2020<br>Time:  9:00 a.m.<br>Dept:  San Francisco, Courtroom E<br>Judge: Hon. Jacqueline S. Corley |
|---|---|

**[PROPOSED] ORDER**

The Court, having considered Defendant SK Trading International Co., Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, all supporting materials, and all briefing and arguments offered in support of or in opposition to that motion, **HEREBY ORDERS** that the motion is **GRANTED**.  Defendant SK Trading International Co., Ltd. is **DISMISSED** from this action.

Dated: _____

_____
Hon. Jacqueline S. Corley
United States Magistrate Judge