1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Civil Case No.: 3:20-cv-03131-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY**<br><br>Date:   January 28, 2021<br>Time:  9:00 a.m.<br>Dept:  San Francisco, Courtroom E<br>Judge: Hon. Jacqueline S. Corley |

# [PROPOSED] ORDER

The Court, having considered the Motion to Stay filed by Defendants SK Energy Americas, Inc., SK Trading International Co., Ltd., Vitol Inc., David Niemann, and Brad Lucas, supporting materials, and all briefing and arguments offered in support of or in opposition to that motion, **HEREBY ORDERS** that the motion to stay is **GRANTED**.

This action is hereby **STAYED** pending resolution of *The People of the State of California v. Vitol Inc. et al.*, Case No. CGC-20-584456 (S.F. Super. Ct. May 4, 2020).

Dated: _____

Hon. Jacqueline S. Corley
United States Magistrate Judge