# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** July 29, 2021　　　**Time:** 00:20　　　**Judge:** JACQUELINE SCOTT CORLEY

**Case No.**: 20-cv-03131-JSC　　　**Case Name:** In re: California Gasoline Spot Market Antitrust Litigation

**Attorneys for Plaintiffs:** Mikaela Bock/Michael P. Lehmann/Dena Sharp/Samantha Stein

**Attorneys for California Attorney General's office**: Michael Battaglia/Ryan McCauley

**Attorneys for Defendants Vitol Inc. and Brad Lucas:** Ethan Glass/Alex Kaplan/Steve Madison

**Attorneys for Defendants SKEA, SKTI, and David Niemann:** Jeffrey M. Davidson/Lauren Donahue/Michael Martinez

**Deputy Clerk:** Ada Means　　　**Recording Time:** 1:58-2:18

### PROCEEDINGS

Further case management conference held by Zoom videoconference.

### ORDERED AFTER HEARING

Plaintiffs to file 5-page supplemental opposition to SKTI's Motion to Dismiss for Lack of Personal Jurisdiction by August 5, 2021. Defendants' 5-page response to be filed by August 12, 2021. A further case management conference and the hearing on the Motion to Dismiss are set for August 26, 2021 at 9:00 a.m. by Zoom videoconference.