UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JACQUELYN SCOTT CORLEY

| | | |
|---|---|---|
| IN RE: | ) | No. 3:20-cv-03131-JSC |
| | ) | |
| CALIFORNIA GASOLINE SPOT | ) | San Francisco, California |
| MARKET ANTITRUST LITIGATION | ) | Thursday |
| | ) | December 9, 2021 |
| _____) | | 1:36 p.m. |

**TRANSCRIPT OF FURTHER CASE MANAGEMENT CONFERENCE**

**APPEARANCES**:

| | | |
|---|---|---|
| **For Plaintiff:** | | HAUSFELD, LLP |
| | | 600 Montgomery Street, Suite 3200 |
| | | San Francisco, CA 94111 |
| | **BY:** | **SAMANTHA STEIN, ESQ.** |
| | | |
| | | Girard Sharp LLP |
| | | 601 California Street, Suite 1400 |
| | | San Francisco, CA 94108 |
| | **BY:** | **DENA C. SHARP, ESQ.** |
| | | **MIKAELA M. BOCK, ESQ.** |
| **For the SK** | | Covington & Burling LLP |
| **Defendants:** | | Salesforce Tower |
| | | 415 Mission Street, Suite 5400 |
| | | San Francisco, CA 94105 |
| | **BY:** | **JEFFREY MICHAEL DAVIDSON, ESQ.** |
| | | |
| | | K & L Gates LLP |
| | | 70 W. Madison Street |
| | | Chicago, IL 60602 |
| | **BY:** | **MICHAEL E. MARTINEZ, ESQ.** |

APPEARANCES CONTINUED.

| | |
|---|---|
| Transcription Company: | Access Transcripts, LLC |
| | 10110 Youngwood Lane |
| | Fishers, IN 46038 |
| | (855) 873-2223 |
| | www.accesstranscripts.com |

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

```
APPEARANCES (Continued):


  For Vitol, Inc.:        Susman Godfrey LLP
                          1000 Louisiana Street, Suite 5100
                          Houston, TX 77002
                     BY:  MICHAEL KELSO, ESQ.

                          Quinn Emanuel Urquhart & Sullivan,
                          LLP
                          865 South Figueroa Street
                          10th Floor
                          Los Angeles, CA 90017-2543
                     BY:  ETHAN GLASS, ESQ.
                          STEVEN G. MADISON, ESQ.

  For the People          OFFICE OF THE ATTORNEY GENERAL
  of the State of         455 Golden Gate Avenue, Suite 10000
  California:             San Francisco, CA 94102-7020
                     BY:  ERIC J. CHANG, ESQ.
```

| | |
|---|---|
1  **<u>Thursday - December 9, 2021</u>** **<u>1:36 p.m.</u>**

2                          **P R O C E E D I N G S**

3                              ---oOo---

4           **THE COURTROOM DEPUTY:**  Okay.  All right.  Calling

5  Civil Action C-20-3131.  Counsel, starting with plaintiff,

6  please state your appearance for the record.

7           **MS. SHARP:**  Good afternoon, Your Honor.  Dena Sharp

8  and Mikaela Bock from Girard Sharp for the class plaintiffs.

9           **THE COURT:**  Good afternoon.

10          **MS. STEIN:**  Good afternoon, Your Honor Samantha

11  Stein of Hausfeld, also on behalf of the plaintiffs.

12          **THE COURT:**  Good afternoon.

13          **MR. DAVIDSON:**  Afternoon, Your Honor.  Jeff

14  Davidson, Covington, on behalf of the SK defendants.

15          **THE COURT:**  Good afternoon.

16          **MR. MARTINEZ:**  Hello.  Michael Martinez of K&L Gates

17  on behalf of the SK defendants.

18          **THE COURT:**  Hello.

19          **MR. MADISON:**  Good afternoon, Your Honor.  Steven

20  Madison and my partner, Ethan Glass, from Quinn Emanuel on

21  behalf of Vitol.

22          **THE COURT:**  Good afternoon.

23          **MR. MADISON:**  Good afternoon.

24          **MR. KELSO:**  Good afternoon, Your Honor.  Michael

25  Kelso, Susman Godfrey, also for Vitol.

4

1          **THE COURT:**  Good afternoon.

2      Mr. Chang, did you want to make an appearance?

3          **MR. CHANG:**  Yes, Your Honor.  Good afternoon, Eric

4  Chang from the Attorney General's office.  I'm joined by my

5  colleague, Nell Moley.

6          **THE COURT:**  Good afternoon.  We're always happy to

7  have you join us.

8      Okay.  Thank you for your statement.  Not too much, but

9  let me see if I can sort of help move some things along.  I

10  guess, the phone records that -- I was pleased to see that

11  very few numbers were redacted, which I expected that the

12  defendants would do that in good faith, and they have.  But

13  SKEA, we're still waiting for that.  Is that you,

14  Mr. Davidson?

15          **MR. DAVIDSON:**  It is, and we're working through it,

16  Your Honor, and we're making a substantial production that we

17  expect to go out today or tomorrow.  You know, the issue with

18  this is just that the subpoenas return thousands of pages,

19  each of which is a list of numbers, and the only person who

20  can review them for confidential members is the person whose

21  phone it is.  So it's taking some time.  But, you know, I

22  think we're making a production today, and we anticipate being

23  done with it by the end of the year.

24          **THE COURT:**  By December 20th, okay?  That'll be the

25  order.  That way, they're not working on it through the

1    holidays.  They'll put it up at the top of their policy.  So

2    I'm doing them a favor, December 20th.

3              **MR. DAVIDSON:**  Okay.

4              **THE COURT:**  All right.  So let's now talk about

5    defendants had raised some issues with respect to plaintiffs'

6    production, and in particular, with respect to the gasoline

7    usage.  And I guess there, my question would be, obviously,

8    the plaintiffs are going to be offering some evidence there.

9    And -- well, let me  --the bigger question I had was sort of

10   the response, at least as represented in the statement of,

11   well, it doesn't fall within a request.  And I would think

12   that the parties could sort of skip that sometimes if it's

13   within the spirit of a request or something like that to keep

14   costs down.  Ms. Stein?

15             **MS. STEIN:**  Yes, Your Honor.  I will say I think we

16   been endeavoring to do that with the defendants.  And, in

17   fact, there was a representation made about the fact that we

18   haven't offered to do search terms or custodians.  In fact, on

19   September 2nd, we did write to the defendant saying we're

20   open-minded to it, we just want to understand what you're

21   looking for.  And we also articulated the kind of burdens that

22   go into it for us to collect these sorts of documents and

23   articulated that for defendants.

24        So we -- at this point, Your Honor, defendants did serve

25   new requests, as well, on November 24th.  So we do have a new

1  request, as well.  And we'll be conferring with them and

2  working through these issues with them going forward.

3       **THE COURT:**  Right.  And part of that discussion

4  should be how you intend to prove the gasoline usage, right?

5  I mean, that's just -- I get it.  They don't have an Excel

6  spreadsheet that says what it is, that would be nice, but they

7  don't, and so just even together, you can talk about and think

8  about ways.  Both sides want, I think, the same evidence.

9      Okay.  And then, the other issue was for Pacific Wine

10  distributors, the assignment agreement.

11       **MS. STEIN:**  Yes, Your Honor.  That's been formally

12  requested, which we do appreciate having a formal request, and

13  we intend to produce it.

14       **THE COURT:**  All right.  That one, I imagine you

15  might need a formal request because of certain confidentiality

16  things that might have gone along with that, and there's

17  another party involved, so that, I understand.

18      Okay.  What else should we discuss?  Anything?  No.

19       **MS. STEIN:**  Your Honor, the --

20       **THE COURT:**  Oh, you're gonna spoil the moment.

21  Okay.  Go ahead.

22       **MS. STEIN:**  Apologies, yes.  Just the last thing,

23  which is we are -- we've been negotiating with the defendants

24  about 30(b)(6) topics.  And I think, you know, with the

25  revised Rule 30(b)(6), we haven't served our notice yet,

1    defendants are correct.  The Attorney General's Office served

2    their notice, and we adopted those topics.  We have already

3    had two meet and confers plus a lengthy letter from the

4    defendants about the nature of the topics and potential

5    modifications, et cetera, and we have yet another meet and

6    confer scheduled for Tuesday.  So I think we have definitely

7    been through the process with defendants.  We've taken into

8    account the sorts of things that they have asked us to look

9    for and revise, and we intend to serve a revised notice next

10   week after our next meet and confer.  I'm hoping after that,

11   we can get some dates on calendar since the Attorney General's

12   Office did actually serve their notices back in the first week

13   of November, and we're still going on this.

14       **THE COURT:**  All right.  So -- and is the Attorney

15   General involved with those negotiations?  Yeah, okay,

16   perfect.

17       **MS. STEIN:**  Yes.

18       **THE COURT:**  So they're only negotiating it once.

19       **MR. GLASS:**  Yes, Your Honor --

20       **MS. STEIN:**  Yes.  And we're all doing it together.

21       **MR. GLASS:**  Ethan Glass for Vitol, if I may just

22   quickly address that.

23       **THE COURT:**  Yes.

24       **MR. GLASS:**  So, Your Honor, we've been meeting and

25   conferring with the Attorney General's office in conjunction

1    with the plaintiffs, despite the fact the plaintiffs have

2    served no notice.  And so we had to get from plaintiffs that

3    they intended to cover the same topics.  So it's a surprise to

4    us that they haven't served a notice and they intend to serve

5    a notice next week.

6         What I can tell you is that it's a very complex web

7    because we want to be efficient.  We only want to have

8    witnesses show up once, whether they're a designee or they're

9    individual, and only once in the private case and in the

10   California Attorney General case.  And so we're all meeting

11   and conferring.  As Ms. Stein correctly noted, there's still

12   another meeting for next week.  And so this is way premature

13   for the plaintiff to even raise with Your Honor.  And we

14   appreciate Your Honor's patience with this, but, you know,

15   this, this is the normal process of a PMK, because there is no

16   30(b)(6), if needing to understand what is sought so that we

17   can have a properly prepared witness.  And that's the process

18   we're going through just like in every other case.

19            **THE COURT:**  Yeah.  I guess that sort of it seemed

20   like there might have been a little bit of a chicken and egg

21   problem because you want to only put up the witness once,

22   which is fine.  But, of course, they can't agree to that until

23   they know who the witness is, and you don't know who the

24   witness is until you agree on the topics.

25            **MR. GLASS:**  Well, Your Honor, it's -- there's no

1    chicken or egg because we don't know what the private

2    plaintiffs want.  We have a generally good idea of what the

3    California Attorney General wants because they served us with

4    written PMKs.  So we have something to start with.  The

5    private plaintiffs have told us that they, at least as of

6    today, didn't intend to serve us a notice, even though they've

7    made some confusing representations about whether or not they

8    intended to capture anything more or less than the California

9    Attorney General.  And so I don't think there's any chicken

10   and egg.

11        I mean, the California Attorney General and the

12   defendants are working collaboratively to try to, together,

13   move forward to get these depositions done.  I think that they

14   will get done timely.  The private plaintiffs have

15   participated in that, and yet the private plaintiffs are

16   bringing to the Court's attention something of a peanut

17   gallery when there is no dispute.  And I think we are moving

18   towards identification of witnesses and then, of course,

19   dates, but it needs to be the collaborative.  It's been that

20   with the California Attorney General.  I just don't understand

21   why the private plaintiffs are raising with Your Honor now.

22        **THE COURT:**  Ms. Stein.

23        **MS. STEIN:**  Your Honor, if I may.  We responded

24   within 30 minutes of the Attorney General's Office sending the

25   PMK notice saying, we are likewise wanting to be part of this,

1   we -- you know, we are -- we want to be part of this meet and

2   confer process pursuant to the new Rule 30(b)(6) that

3   explicitly says you can confer with the party that you're

4   serving in advance of the topics.  So we were taking advantage

5   of the new Rule 30(b)(6) to try and fast-track some of these

6   issues, serve one notice, and I think that's what we're doing.

7   I -- we just want to bring this process to a close since it

8   has been going on since early November.

9           So we're there.  We're very close.  We just wanted

10  to flag it for the Court since it's now gone on for about a

11  month and a half.  So --

12      **THE COURT:**  So I don't know.  I guess it sounds like

13  whatever you're negotiating all together, that's what the

14  plaintiffs intend to ask.  It's intended to be one deposition,

15  right?

16      **MS. STEIN:**  Yeah, that's correct, Your Honor.

17      **THE COURT:**  So I think you're right, Mr. Glass.

18  There is no dispute.

19      **MR. GLASS:**  Right.  Your Honor, I'm sorry that we

20  spent the last five minutes of your time on this.  I think

21  we're proceeding in the normal pace for a complex Rule

22  30(b)(6)/PMK.

23      **THE COURT:**  All right.  I guess Ms. Stein is just

24  saying she'd like to speed it up, but there you go.

25          All right.  So let's then set our next CMC, and I

1  was thinking February 4th because I don't know how much is

2  going to get done, other than those phone records, between now

3  and the end of the year, and so then that would give you

4  hopefully, certainly, the PMK will be resolved, but I can then

5  check in.  So February 4th at 1:30?

6      (No audible response)

7          **THE COURT:**  Everyone's nodding.

8          **MS. STEIN:**  That works for us.

9          **THE COURT:**  Great.  Okay.  I hope everyone has a

10  good holiday.

11         **MS. SHARP:**  Thank you, Your Honor.  Happy Holidays.

12         **MR. GLASS:**  Thank you, Your Honor.

13      (Proceedings adjourned.)

14

15

16

17

18

19

20

21

22

23

24

25

1        **C E R T I F I C A T I O N**

2

3              I, Ilene Watson, court-approved transcriber, hereby

4     certify that the foregoing is a correct transcript from the

5     official electronic sound recording of the proceedings in the

6     above-entitled matter.

7

8

9     _____

10    Ilene M. Watson, AAERT No. 447

11    Monday, February 7, 2022