UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC WINE DISTRIBUTORS, INC., et al.,

          Plaintiffs,

     v.

VITOL INC., et al.,

          Defendants.

Case No.  20-cv-03131-JSC

**AMENDED SCHEDULING ORDER**

Re: Dkt. No. 413

     As discussed at the May 11, 2022 case management conference, the Court adopts the parties' revised case management schedule as follows:

| | |
|---|---|
| Deadline to Complete Party Discovery: | June 30, 2022 |
| Deadline to Complete Third Party Discovery: | September 14, 2022 |
| Class Certification/Supporting Expert Report(s) Due: | October 12, 2022 |
| Class Certification Opposition/Supporting Expert Report(s) Due: | January 16, 2023 |
| Class Certification Reply Due: | March 9, 2023 |
| Class Certification Hearing: | March 30, 2023 at 9:00 |

     The Court sets a further video case management conference for June 23, 2022 at 1:30 p.m. The parties shall submit an updated joint case management conference statement by June 16, 2022.

     **IT IS SO ORDERED.**

Dated: May 11, 2022

JACQUELINE SCOTT CORLEY
United States District Judge