Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Samantha J. Stein (SBN 302034)
Kyle G. Bates (SBN 299114)
Samantha Derksen (*pro hac vice*)
Tae Kim (SBN 331362)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com
kbates@hausfeld.com
sderksen@hausfeld.com
tkim@hausfeld.com

Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Mikaela M. Bock (SBN 335089)
Kyle P. Quackenbush (SBN 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
mbock@girardsharp.com
kquackenbush@girardsharp.com

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br>*Related Case Nos. 22-mc-80104-JSC; 22-mc-80107-JSC*<br><br>**NOTICE RE: COMPLIANCE WITH ORDER RE: OPIS SUBPOENAS**<br><br>Re: Dkt. No. 437 |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

In its May 31, 2022 Order re: OPIS Subpoenas (Dkt. No. 437), the Court ordered OPIS to produce its "publicly available (for a price) trading data" but ruled that "[b]efore the Court orders OPIS to provide data as far back as 2008, Plaintiffs must submit a declaration from their expert(s) explaining why they need such data for that time period (or for whatever time period they request)." *Id.* at 10. Plaintiffs now notify the Court that Plaintiffs and OPIS have met and conferred on this issue, and they have resolved this matter as to the scope, time period, and use of that publicly available information. Accordingly, Plaintiffs and OPIS agree that the need to produce that declaration is no longer necessary.

Dated: June 8, 2022                                   Respectfully submitted,

By: /s/ *Samantha J. Stein*
Michael P. Lehmann (SBN 77152)              Dena C. Sharp (SBN 245869)
Christopher L. Lebsock (SBN 184546)         Scott Grzenczyk (SBN 279309)
Samantha J. Stein (SBN 302034)              Mikaela M. Bock (SBN 335089)
Kyle G. Bates (SBN 299114)                  Kyle P. Quackenbush (SBN 322401)
Samantha Derksen (*pro hac vice*)           **GIRARD SHARP LLP**
Tae Kim (SBN 331362)                        601 California Street, Suite 1400
**HAUSFELD LLP**                            San Francisco, CA 94108
600 Montgomery St., Suite 3200              Telephone: (415) 981-4800
San Francisco, CA 94111                     Facsimile: (415) 981-4846
Telephone: (415) 633-1908                   dsharp@girardsharp.com
Facsimile: (415) 358-4980                   scottg@girardsharp.com
mlehmann@hausfeld.com                       mbock@girardsharp.com
clebsock@hausfeld.com                       kquackenbush@girardsharp.com
sstein@hausfeld.com
sderksen@hausfeld.com                       *Interim Co-Lead Class Counsel*
kbates@hausfeld.com
tkim@hausfeld.com

*Interim Co-Lead Class Counsel*