Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Samantha J. Stein (SBN 302034)
Kyle G. Bates (SBN 299114)
Samantha Derksen (*pro hac vice*)
Tae Kim (SBN 331362)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
sstein@hausfeld.com
kbates@hausfeld.com
sderksen@hausfeld.com
tkim@hausfeld.com

Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Mikaela M. Bock (SBN 335089)
Kyle P. Quackenbush (SBN 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
mbock@girardsharp.com
kquackenbush@girardsharp.com

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** |

1    Plaintiff Pacific Wine Distributors, Inc. and Defendants Vitol Inc., SK Energy Americas, Inc.,

2  Brad Lucas, and David Niemann ("Defendants") hereby agree to the dismissal of Pacific Wine

3  Distributors, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with

4  each party to bear its own attorneys' fees and costs.

5

6  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

7

8  Dated: June 16, 2022                               Respectfully submitted,

9  By: /s/ *Samantha J. Stein*                        By: /s/ *Mikaela M. Bock*

10  Michael P. Lehmann (SBN 77152)                     Dena C. Sharp (SBN 245869)

   Christopher L. Lebsock (SBN 184546)                Scott Grzenczyk (SBN 279309)

11  Samantha J. Stein (SBN 302034)                     Mikaela M. Bock (SBN 335089)

12  Kyle G. Bates (SBN 299114)                         Kyle P. Quackenbush (SBN 322401)

   Samantha Derksen (*pro hac vice*)                  **GIRARD SHARP LLP**

13  Tae Kim (SBN 331362)                               601 California Street, Suite 1400

   **HAUSFELD LLP**                                   San Francisco, CA 94108

14  600 Montgomery St., Suite 3200                     Telephone: (415) 981-4800

15  San Francisco, CA 94111                            Facsimile: (415) 981-4846

   Telephone: (415) 633-1908                          dsharp@girardsharp.com

16  Facsimile: (415) 358-4980                          scottg@girardsharp.com

   mlehmann@hausfeld.com                              mbock@girardsharp.com

17  clebsock@hausfeld.com                              kquackenbush@girardsharp.com

18  sstein@hausfeld.com

   kbates@hausfeld.com                                *Interim Co-Lead Class Counsel*

19  sderksen@hausfeld.com

20  tkim@hausfeld.com

21  *Interim Co-Lead Class Counsel*

22

23  By:   /s/ *Jeffrey M. Davidson*                    By:   /s/ *Michael E. Martinez*

   Jeffrey M. Davidson (SBN 248620)                   Michael E. Martinez (pro hac vice)

24  Phillip Warren (SBN 89744)                         Lauren Norris Donahue (pro hac vice)

   **COVINGTON & BURLING LLP**                        Clifford C. Histed (pro hac vice)

25  Salesforce Tower                                   Stephen M. Humenik (pro hac vice)

26  415 Mission Street, Suite 5400                     Nicole C. Mueller (pro hac vice)

   San Francisco, CA  94105-2533                      Brian J. Smith (pro hac vice)

27  Telephone: (415) 591-6000                          John E. Susoreny (pro hac vice)

   Facsimile:  (415) 591-6091                         **K&L GATES LLP**

28  jdavidson@cov.com                                  70 W. Madison St., Suite 3300

                                                 1

pwarren@cov.com

John S. Playforth (*pro hac vice)*
Jeffrey Cao (SBN 313389)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile:  (202) 662-6291
jplayforth@cov.com
jcao@cov.com

*Attorneys for Defendant SK Trading*
*International Co., Ltd.*

By:    */s/ Amanda Bonn*
Neal Manne (SBN 94101)
Alex Kaplan (Pro Hac Vice)
Michael Craig Kelso (Pro Hac Vice)
**SUSMAN GODFREY LLP**
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile:  (713) 654-6666
nmanne@susmangodfrey.com
akaplan@susmangodfrey.com
mkelso@susmangodfrey.com

Amanda K. Bonn (SBN 270891)
Eliza Finley (SBN 301318)
Chelsea V. Samuels (SBN 315257)
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150
abonn@susmangodfrey.com
efinley@susmangodfrey.com
csamuels@susmangodfrey.com

Genevieve Vose Wallace (Pro Hac Vice)
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000

Chicago, Illinois 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-800
michael.martinez@klgates.com
lauren.donahue@klgates.com
clifford.histed@klgates.com
stephen.humenik@klgates.com
nicole.mueller@klgates.com
brian.j.smith@klgates.com
john.susoreny@klgates.com

By:    */s/ Steven G. Madison*
John B. Quinn (SBN 90378)
Steven G. Madison (SBN 101006)
Shon Morgan (SBN 187736)
**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
johnquinn@quinnemanuel.com
stevemadison@quinnemanuel.com
shonmorgan@quinnemanuel.com

John M. Potter (SBN 165843)
Justin Reinheimer (SBN 268868)
Christine W. Chen (SBN 327581)
**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
johnpotter@quinnemanuel.com
justinreinheimer@quinnemanuel.com
christinechen@quinnemanuel.com

*Attorneys for Defendant Vitol Inc.*

2

Telephone: (206) 516-3880
Facsimile: (206) 516-3883
gwallace@susmangodfrey.com

*Attorneys for Defendants Vitol Inc. and
Brad Lucas*

## **FILER'S ATTESTATION**

I, Samantha J. Stein, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

/s/      *Samantha J. Stein*

JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)
CASE NO. 3:20-CV-03131-JSC

**[PROPOSED] ORDER**

This matter is before the Court on the Parties' Stipulation and [Proposed] Order, IT IS HEREBY ORDERED that Plaintiff Pacific Wine Distributors, Inc. is dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date: ___June 16, 2022_____          _____

HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

---

4

JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)
CASE NO. 3:20-CV-03131-JSC