MICHAEL E. MARTINEZ (pro hac vice)
LAUREN NORRIS DONAHUE (pro hac vice)
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, Illinois 60602
Telephone:  (312) 372-1121
Email:  michael.martinez@klgates.com
Email:  lauren.donahue@klgates.com

*Attorneys for Defendants SK Energy Americas, Inc. and SK Trading International Co., Ltd.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 3:20-cv-03131-JSC<br><br>**NOTICE OF WITHDRAWAL** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Stephen M. Humenik of the law firm K&L Gates LLP, 70 W. Madison St., Suite 3300, Chicago, Illinois 60602, hereby withdraws his appearance in the above-captioned matter as counsel of record for Defendants SK Energy Americas, Inc. and SK Trading International Co., Ltd. and respectfully requests that he be removed from the docket, and all activity for this matter.

Defendants SK Energy Americas, Inc. and SK Trading International Co., Ltd. remain represented in this matter by K&L Gates LLP.

                                              Respectfully submitted,

July 1, 2022                              K&L Gates

                                              By: */s/ Michael E. Martinez*
                                                     MICHAEL E. MARTINEZ (pro hac vice)
                                                     (michael.martinez@klgates.com)
                                                   K&L GATES LLP
                                                   70 W. Madison St., Suite 3300
                                                   Chicago, Illinois 60602
                                                   Telephone:  (312) 372-1121

                                                   *Attorney for Defendants SK Energy Americas, Inc. and SK Trading International Co., Ltd.*