UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOGARD CONSTRUCTION, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>7-ELEVEN INC.,<br><br>    Defendant. | Case No. 22-mc-80163-JSC<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 1 |

Plaintiffs filed a motion to compel non-party 7-Eleven Inc. to respond to a subpoena in the District Court for the Northern District of Texas. (Dkt. No. 1.) The court thereafter granted the parties' stipulation to transfer the motion to compel to this Court as it arises out of the *In re: California Gasoline Spot Market Antitrust Litigation*, No. 3:20-cv-03131-JSC. (Dkt. Nos. 10, 11.) Non-party 7-Eleven's opposition to the motion to compel is due July 21, 2022. Defendants in the *Gasoline Spot* action may, but are not required to, file a response to Plaintiffs' motion to compel on July 21, 2022 as well. Plaintiffs' reply is due July 28, 2022. The Court will hear the matter on August 11, 2022 at 9:00 a.m. via Zoom Webinar.

**IT IS SO ORDERED.**

Dated: July 13, 2022

JACQUELINE SCOTT CORLEY
United States District Judge