UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 20-cv-03131-JSC<br><br>**AMENDED CLASS CERTIFICATION SCHEDULE** |

Following the case management conference held on December 1, 2022, the class certification schedule is amended to as follows:

| | |
|---|---|
| Class Certification/Supporting Expert Report(s) Due: | January 6, 2023 |
| Class Certification Opposition/Supporting Expert Report(s) Due: | April 14, 2023 |
| Class Certification Reply Due: | June 5, 2023 |
| Class Certification Hearing: | July 12, 2023, at 10:00 a.m. |

The Court will hold a further video case management conference on February 9, 2023, at 1:30 p.m. with an updated joint case management conference statement due one week in advance.

**IT IS SO ORDERED.**

Dated:  December 2, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge