**COHEN MILSTEIN SELLERS & TOLL PLLC**
Daniel A. Small
 dsmall@cohenmilstein.com
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Tel. (202) 408-4600
Fax (202) 408-4699

**McCRACKEN, STEMERMAN & HOLSBERRY, LLP**
Sarah Grossman-Swenson (SBN 259792)
 sgs@msh.law
MCCRACKEN, STEMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
Tel. 415.597.7200
Fax 415.597.7201

[Additional Counsel Listed on Next Page]

Attorneys for *Plaintiff Pioneer Fire, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC <br><br> **NOTICE OF WITHDRAWAL OF DANIEL A. SMALL** |

**Additional Counsel for Plaintiff**

**GROSS & KLEIN LLP**
Stuart G. Gross (SBN 251019)
 *sgross@grosskleinlaw.com*
Timothy S. Kline (SBN 319227)
 *tk@grosskleinlaw.com*
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Tel. (415) 671-4628
Fax (415) 480-6688

NOTICE OF WITHDRAWAL                                    Case No. 3:20-cv-03131-JSC

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Plaintiff Pioneer Fire, Inc. hereby gives notice and respectfully requests leave of the Court to withdraw Daniel A. Small of the law firm Cohen Milstein Sellers & Toll PLLC as counsel of record for Plaintiff Pioneer Fire, Inc. Mr. Small has largely retired from the practice of law and will not work on this case. Plaintiff further requests that Mr. Small's name and email address be removed from all case dockets. Plaintiff Pioneer Fire, Inc. will continue to be represented by Sarah T. Grossman-Swenson of McCracken, Stemerman & Holsberry, LLP, and Stuart G. Gross and Timothy S. Kline of Gross & Klein PC.

Dated: February 15, 2023        Respectfully submitted,

        */s/ Daniel A. Small*
        Daniel A. Small (admitted *pro hac vice*)
        Cohen Milstein Sellers & Toll PLLC
        1100 New York Ave. NW, Floor 5
        Washington DC, 20005
        (202) 408-4600
        dsmall@cohenmilstein.com

        *Attorney for Plaintiff Pioneer Fire, Inc.*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 15, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF and served a copy of the foregoing upon all counsel of record via the Court's electronic filing system.

                                                /s/ Daniel A. Small
                                                Daniel A. Small