NEAL MANNE (94101)
nmanne@susmangodfrey.com
ALEX KAPLAN (*Pro Hac Vice*)
akaplan@susmangodfrey.com
MICHAEL C. KELSO *(Pro Hac Vice)*
mkelso@susmangodfrey.com
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Phone: (713) 651-9366

AMANDA K. BONN (270891)
abonn@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
Phone:  (310) 789-3100

Attorneys for Defendants Vitol Inc. and Brad Lucas

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131 JSC<br><br>ADMINISTRATIVE MOTION TO FILE CONDITIONALLY UNDER SEAL DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFFS' EXPERT PROFESSOR CRAIG PIRRONG<br><br>Judge:        Hon. Jacqueline S. Corley<br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

Case No. 3:20-cv-03131 JSC

ADMINISTRATIVE MOTION TO FILE CONDITIONALLY UNDER SEAL

11420870v1/016884

PLEASE TAKE NOTICE that at the conclusion of class certification briefing, Plaintiffs, Defendants, and certain non-parties will move the Court, pursuant to the Order Modifying Sealing Procedures for Class Certification Briefing (Dkt. No. 511), for an administrative order to file under seal all or portions of:

- Defendants' Motion to Exclude Opinions of Plaintiffs' Expert Professor Craig Pirrong

Defendants are conditionally filing the above document under seal pursuant to the Stipulated Protective Order (Dkt. No. 252) entered in this case and the Order Modifying Sealing Procedures for Class Certification Briefing (Dkt. No. 511).  Pursuant to Civil Local Rules 79-5 and 7-11(c), no hearing date has been set.

**Material to Be Filed Under Seal**

Paragraph 12.3 of the Stipulated Protective Order requires materials designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" to be filed under seal.  Stipulated Protective Order (Dkt. No. 252).

Defendants' Motion to Exclude the Opinions of Plaintiffs' Expert Professor Craig Pirrong contains or cites to material designated by Plaintiffs, Defendants, or third parties as "Confidential" or "Highly Confidential" under the Stipulated Protective Order. Defendants move to file this document conditionally under seal pursuant to the Order Modifying Sealing Procedures for Class Certification Briefing (Dkt. No. 511). Under that Order, any party that has designated material as "Confidential" or "Highly Confidential" shall submit statements in support of sealing after the conclusion of class certification briefing. *Id.* ¶ 3.

The following document accompanies this motion:

1. An unredacted version of Defendants' Motion to Exclude the Opinions of Plaintiffs' Expert Professor Craig Pirrong;

2. Under seal versions of Exhibits 3–6, 714, and 717 to the Declaration of Michael C. Kelso in Support of Defendants' Motion to Exclude the Opinions of Plaintiffs' Expert Professor Craig Pirrong.

ADMINISTRATIVE MOTION TO FILE CONDITIONALLY UNDER SEAL
11420870v1/016884

Dated: April 14, 2023                          Respectfully Submitted,

QUINN EMANUEL URQUHART &                       SUSMAN GODFREY LLP
SULLIVAN LLP

By: /s/ Steven G. Madison                      By: /s/ Amanda K. Bonn
John B. Quinn (SBN 90378)                      Neal S. Manne (SBN 94101)
Steven G. Madison (SBN 101006)                 Alexander L. Kaplan (Pro Hac Vice)
Shon Morgan (SBN 187736)                       Michael C. Kelso (Pro Hac Vice)
865 South Figueroa Street, 10th Floor          1000 Louisiana, Suite 5100
Los Angeles, California 90017                  Houston, Texas 77002-5096
Telephone: (213) 443-3000                      Telephone: (713) 651-9366
johnquinn@quinnemanuel.com                     nmanne@susmangodfrey.com
stevemadison@quinnemanuel.com                  akaplan@susmangodfrey.com
shonmorgan@quinnemanuel.com                    mkelso@susmangodfrey.com

John M. Potter (SBN 165843)                    Amanda K. Bonn (SBN 270891)
50 California Street, 22nd Floor               Eliza Finley (SBN 301318)
San Francisco, California 94111               1900 Avenue of the Stars, Suite 1400
Telephone: (415) 875-6600                      Los Angeles, California 90067-6029
johnpotter@quinnemanuel.com                    Telephone: (310) 789-3100
                                               abonn@susmangodfrey.com
Attorneys for Defendant Vitol Inc.             efinley@susmangodfrey.com

                                               Attorneys for Defendant Vitol Inc.


K&L GATES LLP                                   COVINGTON & BURLING LLP

By: /s/ Michael E. Martinez                    By: /s/ Jeffrey M. Davidson
Michael E. Martinez (Pro Hac Vice)             Jeffrey M. Davidson (SBN 248620)
michael.martinez@klgates.com                   jdavidson@cov.com
Lauren Norris Donahue (Pro Hac Vice)           Phillip Warren (SBN 89744)
lauren.donahue@klgates.com                     pwarren@cov.com
Clifford C. Histed (Pro Hac Vice)              Amy S. Heath (SBN 312516)
clifford.histed@klgates.com                    aheath@cov.com
Brian J. Smith (Pro Hac Vice)                  415 Mission Street, Suite 5400
brian.j.smith@klgates.com                      San Francisco, California 94105-2533
John E. Susoreny (Pro Hac Vice)                Telephone: (415) 591-6000
john.susoreny@klgates.com                      Facsimile: (415) 591-6091
70 W. Madison St., Suite 3300
Chicago, Illinois 60602                         John S. Playforth (Pro Hac Vice)
Telephone: (312) 372-1121                       jplayforth@cov.com
                                               Carol S. Weiland (Pro Hac Vice)
Attorneys for Defendants SK Energy             cweiland@cov.com
Americas, Inc. and SK Trading International    Jeffrey Cao (SBN 313389)
Co., Ltd.                                      jcao@cov.com
                                               One CityCenter
                                               850 Tenth Street, NW
                                               Washington, DC 20001-4956
                                               Telephone: (202) 662-6000

ADMINISTRATIVE MOTION TO FILE CONDITIONALLY UNDER SEAL
11420870v1/016884

**Certificate of Service**

I hereby certify that a true and correct copy of the above document was served pursuant to Fed. R. Civ. P. 5(b) by electronically mailing a copy to the following counsel of record:

Michael P. Lehmann
mlehmann@hausfeld.com
Christopher L. Lebsock
clebsock@hausfeld.com
Tae Kim
tkim@hausfeld.com
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94104

Dena C. Sharp
dsharp@girardsharp.com
Mikaela Bock
mbock@girardsharp.com
Scott Grzenczyk
scottg@girardsharp.com
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108

*Interim Co-Lead Class Counsel*

Jeffrey M. Davidson
jdavidson@cov.com
Phillip H. Warren
pwarren@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105

John S. Playforth
jplayforth@cov.com
COVINGTON AND BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

Michael E. Martinez
michael.martinez@klgates.com
Lauren Norris Donahue
Lauren.Donahue@klgates.com
Brian J. Smith
brian.j.smith@klgates.com
John E. Susoreny
john.susoreny@klgates.com
Clifford C. Histed
clifford.histed@klgates.com
Stephen M. Humenik
Stephen.humenik@klgates.com
K L GATES, LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602

*Counsel for Defendants SK Energy Americas, Inc.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:                                    By:  Helen Danielson

1                          Case No. 3:20-cv-03131 JSC
ADMINISTRATIVE MOTION TO FILE CONDITIONALLY UNDER SEAL
11420870v1/016884