Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Kyle G. Bates (SBN 299114)
Samantha Derksen (*pro hac vice*)
Tae Kim (SBN 331362)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
kbates@hausfeld.com
sderksen@hausfeld.com
tkim@hausfeld.com

Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Mikaela M. Bock (SBN 335089)
Kyle P. Quackenbush (SBN 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
mbock@girardsharp.com
kquackenbush@girardsharp.com

*Interim Co-Lead Class Counsel*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br><br>**STIPULATION REGARDING MOTIONS TO EXCLUDE BRIEFING SCHEDULE** |

Pursuant to L.R. 6-2 and 7-12, Plaintiffs and Defendants Vitol, Inc. ("Vitol"), SK Energy Americas, Inc. ("SKEA"), Brad Lucas, and David Niemann (collectively, the "Parties"), stipulate as follows:

WHEREAS, on April 14, 2023, Defendants moved to exclude each of Plaintiffs' experts and noticed hearing dates of July 20, 2023, for those motions, the same date as the class certification hearing (ECF Nos. 528, 532, and 533);

WHEREAS, the Court automatically set the following deadlines regarding motions to exclude pursuant to the Local Rules: responses due by April 28, 2023, and replies due by May 5, 2023 (ECF Nos. 532, 534);

WHEREAS, the parties met and conferred in good faith regarding a comprehensive schedule for the motions to exclude related to class certification, but were unable to come to an agreement;

WHEREAS, Plaintiffs intend to file a motion under Local Rule 6-3 concerning the briefing schedule for motions to exclude concerning the parties' class certification experts;

WHEREAS, Plaintiffs request that the periods of time for further briefing regarding Defendants' motions to exclude be extended by 12 days (responses due by May 10, 2023, and replies due by May 30), to accommodate the time necessary for the Court to consider (particularly in light of its current trial schedule) Plaintiffs' L.R. 6-3 Motion to Change Time concerning the overall motions to exclude schedule and Defendants' response. Quackenbush Decl., ¶¶ 2-4;

WHEREAS, there have been nine extensions of time in this case (*See* ECF Nos. 89, 270, 402 (non-party request), 403 (non-party request), 409 (non-party request), 428, 454, 475, 508). Quackenbush Decl., ¶ 5; and

WHEREAS, this requested extension of time will not affect the class certification and motions to exclude hearings scheduled for July 20, 2023, or any other deadline in this case. Quackenbush Decl., ¶ 6.

NOW THEREFORE, the parties, through their respective counsel, hereby stipulate as follows:

1. Plaintiffs shall file any responses to Defendants' motions to exclude the expert testimony of Professor Craig Pirrong, Dr. Anna Meyendorff, and Mr. Barry Schaps no later than May 10, 2023;

2. Defendants shall file any replies in support of their motions to exclude the expert testimony of Professor Craig Pirrong, Dr. Anna Meyendorff, and Mr. Barry Schaps no later than May 30, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: April 28, 2023

_____
HON. JACQUELINE SCOTT CORLEY
United States District Judge

**IT IS SO STIPULATED, THROUGH UNDERSIGNED COUNSEL OF RECORD.**

Dated: April 27, 2023

By: /s/ *Christopher L. Lebsock*
Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Kyle G. Bates (SBN 299114)
Samantha Derksen (*pro hac vice*)
Tae Kim (SBN 331362)
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
kbates@hausfeld.com
sderksen@hausfeld.com
tkim@hausfeld.com

*Interim Co-Lead Class Counsel*

By: /s/ *Jeffrey M. Davidson*
Jeffrey M. Davidson (SBN 248620)
Phillip Warren (SBN 89744)
Amy S. Heath (SBN 312516)

Respectfully submitted,

By: /s/ *Dena C. Sharp*
Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Mikaela M. Bock (SBN 335089)
Kyle P. Quackenbush (SBN 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
mbock@girardsharp.com
kquackenbush@girardsharp.com

*Interim Co-Lead Class Counsel*

By: /s/ *Amanda K. Bonn*
Neal Manne (SBN 94101)
Alex Kaplan (Pro Hac Vice)
Michael Craig Kelso (Pro Hac Vice)

| | | |
|---|---|---|
| 1 | **COVINGTON & BURLING LLP** | **SUSMAN GODFREY LLP** |
| 2 | Salesforce Tower | 1000 Louisiana, Suite 5100 |
|   | 415 Mission Street, Suite 5400 | Houston, Texas 77002-5096 |
| 3 | San Francisco, CA  94105-2533 | Telephone: (713) 651-9366 |
|   | Telephone: (415) 591-6000 | Facsimile: (713) 654-6666 |
| 4 | Facsimile: (415) 591-6091 | nmanne@susmangodfrey.com |
|   | jdavidson@cov.com | akaplan@susmangodfrey.com |
| 5 | pwarren@cov.com | mkelso@susmangodfrey.com |
| 6 | aheath@cov.com | |
|   | | Amanda K. Bonn (SBN 270891) |
| 7 | John S. Playforth (pro hac vice) | Eliza Finley (SBN 301318) |
|   | Carol S. Weiland (pro hac vice) | **SUSMAN GODFREY LLP** |
| 8 | Jeffrey Cao (SBN 313389) | 1900 Avenue of the Stars, Suite 1400 |
| 9 | Lori Parcel Taubman (pro hac vice) | Los Angeles, California 90067-6029 |
|   | **COVINGTON & BURLING LLP** | Telephone: (310) 789-3100 |
| 10 | One CityCenter | Facsimile: (310) 789-3150 |
|   | 850 Tenth Street, NW | abonn@susmangodfrey.com |
| 11 | Washington, DC 20001-4956 | efinley@susmangodfrey.com |
| 12 | Telephone: (202) 662-6000 | Genevieve Vose Wallace (Pro Hac Vice) |
|   | Facsimile:  (202) 662-6291 | **SUSMAN GODFREY LLP** |
| 13 | jplayforth@cov.com | 1201 Third Avenue, Suite 3800 |
| 14 | cweiland@cov.com | Seattle, Washington 98101-3000 |
|   | jcao@cov.com | Telephone: (206) 516-3880 |
| 15 | ltaubman@cov.com | Facsimile: (206) 516-3883 |
|   | | gwallace@susmangodfrey.com |
| 16 | *Attorneys for Defendants SK Energy Americas,* | |
| 17 | *Inc. and David Niemann* | *Attorneys for Defendants Vitol Inc. and* |
|   | | *Brad Lucas* |
| 18 | By: /s/*Michael E. Martinez* | |
|   | Michael E. Martinez (pro hac vice) | By: /s/ *Shon Morgan* |
| 19 | Lauren Norris Donahue (pro hac vice) | John B. Quinn (SBN 90378) |
| 20 | Clifford C. Histed (pro hac vice) | Steven G. Madison (SBN 101006) |
|   | Nicole C. Mueller (pro hac vice) | Shon Morgan (SBN 187736) |
| 21 | Brian J. Smith (pro hac vice) | **QUINN EMANUEL URQUHART &** |
|   | John E. Susoreny (pro hac vice) | **SULLIVAN, LLP** |
| 22 | **K&L GATES LLP** | 865 South Figueroa Street, 10th Floor |
| 23 | 70 W. Madison St., Suite 3300 | San Francisco, California 94111 |
|   | Chicago, Illinois 60602 | Telephone: (213) 443-3000 |
| 24 | Telephone: (312) 372-1121 | Facsimile: (213) 443-3100 |
|   | Facsimile: (312) 827-800 | johnquinn@quinnemanuel.com |
| 25 | michael.martinez@klgates.com | stevemadison@quinnemanuel.com |
| 26 | lauren.donahue@klgates.com | shonmorgan@quinnemanuel.com |
|   | clifford.histed@klgates.com | |
| 27 | nicole.mueller@klgates.com | John M. Potter (SBN 165843) |
| 28 | brian.j.smith@klgates.com | Justin Reinheimer (SBN 268868) |
|   | john.susoreny@klgates.com | Christine W. Chen (SBN 327581) |

3
STIPULATION REGARDING MOTIONS TO EXCLUDE BRIEFING SCHEDULE
CASE NO. 3:20-CV-03131-JSC

| | |
|---|---|
| *Attorneys for Defendant SK Energy Americas, Inc.* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>johnpotter@quinnemanuel.com<br>justinreinheimer@quinnemanuel.com<br>christinechen@quinnemanuel.com<br><br>*Attorneys for Defendant Vitol Inc.* |

### **FILER'S ATTESTATION**

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

Dated: April 27, 2023                              */s/ Dena C. Sharp*
                                                              Dena C. Sharp

### **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

Dated: April 27, 2023                              */s/ Dena C. Sharp*
                                                              Dena C. Sharp