| | |
|---|---|
| Michael P. Lehmann (SBN 77152) | Dena C. Sharp (SBN 245869) |
| Christopher L. Lebsock (SBN 184546) | Scott M. Grzenczyk (SBN 279309) |
| Kyle G. Bates (SBN 299114) | Kyle P. Quackenbush (SBN 322401) |
| Tae Kim (SBN 331362) | Mikaela M. Bock (SBN 335089) |
| Samantha Derksen (*pro hac vice*) | **GIRARD SHARP LLP** |
| **HAUSFELD LLP** | 601 California Street, Suite 1400 |
| 600 Montgomery Street, Suite 3200 | San Francisco, CA 94108 |
| San Francisco, CA 94111 | Tel: (415) 981-4800 |
| Telephone: (415) 633-1908 | Fax: (415) 981-4846 |
| Facsimile: (415) 358-4980 | dsharp@girardsharp.com |
| mlehmann@hausfeld.com | scottg@girardsharp.com |
| clebsock@hausfeld.com | kquackenbush@girardsharp.com |
| kbates@hausfeld.com | mbock@girardsharp.com |
| tkim@hausfeld.com | |
| sderksen@hausfeld.com | |

*Interim Co-Lead Class Counsel*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR COSTCO TO FILE REQUEST TO SEAL CONFIDENTIAL DISCOVERY MATERIAL PURSUANT TO THE ORDER MODIFYING SEALING PROCEDURES AND LOCAL RULE 79-5** |

The parties to this action and nonparty Costco Wholesale Corporation ("Costco") jointly stipulate and agree, subject to the Court's approval, to a seven day extension of time for Costco to respond to the parties' notice of the filing of nonparty confidential discovery materials.

WHEREAS, on January 5, 2023, the Court ordered a modification of the sealing procedures prescribed under Northern District of California Local Rule 79-5;

WHEREAS, on June 27, 2023, the parties filed their Joint Administrative Motion to File Under Seal Materials for Class Certification Briefing in which the parties advised that certain non-party discovery materials referred to in the documents filed in support of and in opposition to plaintiffs' class certification motion have been designated by nonparties as Protected Material pursuant to the Stipulated Protective Order and as such the subject non-party materials were submitted provisionally under seal;

WHEREAS, on June 27, 2023 (and in at least one case supplemented on June 28, 2023), the parties provided notice to nonparties, including Costco, concerning the Protected Material filed provisionally under seal and that pursuant to Local Rule 79-5 and paragraph 4 of the Order Modifying Sealing Procedures, any statement by the nonparties in support of sealing would be due in 14 days (counting from June 28, the date of the supplemental notice, nonparties would need to respond by July 12);

WHEREAS, on July 5, 2023 the parties along with nonparty Chevron U.S.A. stipulated to, and the Court ordered, a 7-day extension to file any statement by a nonparty in support of sealing; extending the deadline to July 19, 2023;

WHEREAS, undersigned counsel for Costco contacted counsel for the parties to advise that Costco is in the process of reviewing and assessing relevant references in the Protected Materials and its position with respect to seeking to seal same, and Costco requested a one-week extension of the deadline to provide a statement in support of sealing any of the cited Protected Materials;

WHEREAS, the parties hereto agree that Costco may be granted one additional week, to July 26, 2023, to file and serve a statement in support of sealing of any of its cited Protected Materials;

NOW THEREFORE, the parties request that the Court enter an Order extending the date for Costco to file and serve any statement in support of sealing materials that have been designated by nonparties as Protected Material pursuant to the Stipulated Protective Order, to July 26, 2023.

**IT IS SO STIPULATED.**

Dated: July 19, 2023

By: /s/ Christopher Lebsock

Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Kyle G. Bates (SBN 299114)
Tae Kim (SBN 331362)
Samantha Derksen (*pro hac vice*)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
kbates@hausfeld.com
tkim@hausfeld.com
sderksen@hausfeld.com

*Interim Co-Lead Class Counsel*


By: /s/ Arthur Kats

James Howard
Arthur Kats (SBN 344384)
**Davis Wright Termaine LLP**
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
JimHoward@dwt.com
ArthurKats@dwt.com

*Attorneys for Non-Party*
COSTCO WHOLESALE CORPORATION

Respectfully submitted,

By: /s/ Dena Sharp

Dena C. Sharp (SBN 245869)
Scott M. Grzenczyk (SBN 279309)
Kyle P. Quackenbush (SBN 322401)
Mikaela M. Bock (SBN 335089)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
kquackenbush@girardsharp.com
mbock@girardsharp.com

*Interim Co-Lead Class Counsel*


By: /s/ Amanda K. Bonn
Neal Manne (SBN 94101)
Alex Kaplan (Pro Hac Vice)
Michael Craig Kelso (Pro Hac Vice)
**SUSMAN GODFREY LLP**
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
akaplan@susmangodfrey.com
mkelso@susmangodfrey.com

| | |
|---|---|
| By: /s/ *Michael E. Martinez* | Amanda K. Bonn (SBN 270891) |
| Michael E. Martinez (pro hac vice) | Eliza Finley (SBN 301318) |
| Lauren Norris Donahue (pro hac vice) | **SUSMAN GODFREY LLP** |
| Clifford C. Histed (pro hac vice) | 1900 Avenue of the Stars, Suite 1400 |
| Nicole C. Mueller (pro hac vice) | Los Angeles, California 90067-6029 |
| Brian J. Smith (pro hac vice) | Telephone: (310) 789-3100 |
| John E. Susoreny (pro hac vice) | Facsimile: (310) 789-3150 |
| Victoria Pereira (pro hac vice) | abonn@susmangodfrey.com |
| **K&L GATES LLP** | efinley@susmangodfrey.com |
| 70 W. Madison St., Suite 3300 | |
| Chicago, Illinois 60602 | Genevieve Vose Wallace (Pro Hac Vice) |
| Telephone: (312) 372-1121 | **SUSMAN GODFREY LLP** |
| Facsimile: (312) 827-800 | 1201 Third Avenue, Suite 3800 |
| michael.martinez@klgates.com | Seattle, Washington 98101-3000 |
| lauren.donahue@klgates.com | Telephone: (206) 516-3880 |
| clifford.histed@klgates.com | Facsimile: (206) 516-3883 |
| Nicole.mueller@klgates.com | gwallace@susmangodfrey.com |
| brian.j.smith@klgates.com | |
| john.susoreny@klgates.com | *Attorneys for Defendants Vitol Inc. and* |
| victoria.pereira@klgates.com | *Brad Lucas* |
| | |
| | By: /s/ *Shon Morgan* |
| By: /s/ *Jeffrey M. Davidson* | John B. Quinn (SBN 90378) |
| Jeffrey M. Davidson (SBN 248620) | Steven G. Madison (SBN 101006) |
| Phillip Warren (SBN 89744) | Shon Morgan (SBN 187736) |
| Amy S. Heath (SBN 312516) | Justin Griffin (SBN 234675) |
| **COVINGTON & BURLING LLP** | Ben Odell (SBN 273975) |
| Salesforce Tower | **QUINN EMANUEL URQUHART &** |
| 415 Mission Street, Suite 5400 | **SULLIVAN, LLP** |
| San Francisco, CA 94105-2533 | 865 South Figueroa Street, 10th Floor |
| Telephone: (415) 591-6000 | San Francisco, California 94111 |
| Facsimile: (415) 591-6091 | Telephone: (213) 443-3000 |
| jdavidson@cov.com | Facsimile: (213) 443-3100 |
| pwarren@cov.com | johnquinn@quinnemanuel.com |
| jli@cov.com | stevemadison@quinnemanuel.com |
| | shonmorgan@quinnemanuel.com |
| John S. Playforth (*pro hac vice*) | justingriffin@quinnemanuel.com |
| Jeffrey Cao (SBN 313389) | benodell@quinnemanuel.com |
| **COVINGTON & BURLING LLP** | |
| One CityCenter | John M. Potter (SBN 165843) |
| 850 Tenth Street, NW | Christine W. Chen (SBN 327581) |
| Washington, DC 20001-4956 | **QUINN EMANUEL URQUHART &** |
| Telephone: (202) 662-6000 | **SULLIVAN, LLP** |
| Facsimile: (202) 662-6291 | 50 California Street, 22nd Floor |

3
JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR COSTCO
TO FILE REQUEST TO SEAL CONFIDENTIAL DISCOVERY MATERIAL PURSUANT TO THE
ORDER MODIFYING SEALING PROCEDURES AND LOCAL RULE 79-5
CASE NO. 3:20-CV-03131-JSC

| | |
|---|---|
| jplayforth@cov.com <br> jcao@cov.com <br><br> *Attorneys for Defendants SK Energy Americas, Inc. and David Niemann* | San Francisco, California 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 <br> johnpotter@quinnemanuel.com <br> christinechen@quinnemanuel.com <br><br> *Attorneys for Defendant Vitol Inc.* |

### FILER'S ATTESTATION

I, Dena Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

                                                  */s/ Dena C. Sharp* <br>
                                                   Dena C. Sharp

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

                                                Hon. Jacqueline Scott Corley
                                                United States District Court Judge

5

JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR COSTCO TO FILE REQUEST TO SEAL CONFIDENTIAL DISCOVERY MATERIAL PURSUANT TO THE ORDER MODIFYING SEALING PROCEDURES AND LOCAL RULE 79-5
CASE NO. 3:20-CV-03131-JSC

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Dena C. Sharp*
Dena C. Sharp