UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Civil Case No.: 3:20-cv-03131 JSC<br><br>**JOINT STATEMENT UPDATING THE COURT ON MEDIATION AND SETTLEMENT STATUS**<br><br>Judge: Hon. Jacqueline Scott Corley<br>Date: January 11, 2024<br>Time: 1:30 p.m. PST<br>Courtroom: By Zoom |

1   Defendants Vitol Inc. and SK Energy Americas, Inc., and Plaintiffs write jointly to update the Court on the parties' settlement efforts pursuant to the Court's September 25, 2023 Order Staying Class Certification Motion Pending Mediation, ECF No. 585, and the November 30, 2023 Clerk's Notice Continuing Case Management Conference, ECF No. 592.

Plaintiffs and defendants continue to discuss potential resolution.  Due to a number of factors, including most recently the need to brief and consult with a new management team at SK, those discussions are ongoing.  The parties anticipate that their discussions will reach a conclusion, one way or the other, within approximately three weeks.  The parties therefore respectfully request a further continuance of the case management conference by approximately 21 days, or at the Court's convenience.

| | |
|---|---|
| Dated: January 4, 2024 | Respectfully Submitted, |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | SUSMAN GODFREY LLP |
| By: /s/ Steven G. Madison<br>John B. Quinn (SBN 90378)<br>Steven G. Madison (SBN 101006)<br>Shon Morgan (SBN 187736)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>johnquinn@quinnemanuel.com<br>stevemadison@quinnemanuel.com<br>shonmorgan@quinnemanuel.com | By: /s/ Alexander L. Kaplan<br>Neal S. Manne (SBN 94101)<br>Alexander L. Kaplan (Pro Hac Vice)<br>Michael C. Kelso (Pro Hac Vice)<br>1000 Louisiana, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: (713) 651-9366<br>nmanne@susmangodfrey.com<br>akaplan@susmangodfrey.com<br>mkelso@susmangodfrey.com |
| John M. Potter (SBN 165843)<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>johnpotter@quinnemanuel.com | Amanda K. Bonn (SBN 270891)<br>Eliza Finley (SBN 301318)<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029<br>Telephone: (310) 789-3100<br>abonn@susmangodfrey.com<br>efinley@susmangodfrey.com |
| Attorneys for Defendant Vitol Inc. | |
| | Attorneys for Defendant Vitol Inc. |
| K&L GATES LLP | COVINGTON & BURLING LLP |
| By: /s/ Michael E. Martinez<br>Michael E. Martinez (Pro Hac Vice)<br>michael.martinez@klgates.com<br>Lauren Norris Donahue (Pro Hac Vice)<br>lauren.donahue@klgates.com<br>Clifford C. Histed (Pro Hac Vice)<br>clifford.histed@klgates.com<br>Brian J. Smith (Pro Hac Vice)<br>brian.j.smith@klgates.com<br>John E. Susoreny (Pro Hac Vice)<br>john.susoreny@klgates.com<br>70 W. Madison St., Suite 3300<br>Chicago, Illinois 60602<br>Telephone: (312) 372-1121<br><br>Attorneys for Defendants SK Energy Americas, Inc. and SK Trading International Co., Ltd. | By: /s/ Jeffrey M. Davidson<br>Jeffrey M. Davidson (SBN 248620)<br>jdavidson@cov.com<br>Phillip Warren (SBN 89744)<br>pwarren@cov.com<br>Amy S. Heath (SBN 312516)<br>aheath@cov.com<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone: (415) 591-6000<br>Facsimile:  (415) 591-6091<br><br>John S. Playforth (Pro Hac Vice)<br>jplayforth@cov.com<br>Carol S. Weiland (Pro Hac Vice)<br>cweiland@cov.com<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: (202) 662-6000 |

| | |
|---|---|
| HAUSFELD LLP | GIRARD SHARP LLP |
| By: /s/ Christopher L. Lebsock<br>Michael P. Lehmann (SBN 77152)<br>Christopher L. Lebsock (SBN 184546)<br>Kyle G. Bates (SBN 299114)<br>Tae Kim (SBN 331362)<br>Samantha Derksen (*pro hac vice*)<br>600 Montgomery St., Suite 3200<br>San Francisco, CA 94111<br>Telephone: (415) 633-1908<br>Facsimile: (415) 358-4980<br>mlehmann@hausfeld.com<br>clebsock@hausfeld.com<br>kbates@hausfeld.com<br>tkim@hausfeld.com<br>sderksen@hausfeld.com<br><br>*Interim Co-Lead Class Counsel* | By: /s/ Dena C. Sharp<br>Dena C. Sharp (SBN 245869)<br>Scott Grzenczyk (SBN 279309)<br>Kyle P. Quackenbush (SBN 322401)<br>Mikaela M. Bock (SBN 335089)<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>Facsimile: (415) 981-4846<br>dsharp@girardsharp.com<br>scottg@girardsharp.com<br>kquackenbush@girardsharp.com<br>mbock@girardsharp.com<br><br>*Interim Co-Lead Class Counsel* |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Jeffrey M. Davidson, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: January 4, 2024                                By: */s/ Jeffrey M. Davidson*
                                                                              Jeffrey M. Davidson