Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Kyle G. Bates (SBN 299114)
Samantha Derksen (*pro hac vice*)
Tae Kim (SBN 331362)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
kbates@hausfeld.com
sderksen@hausfeld.com
tkim@hausfeld.com

Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Mikaela M. Bock (SBN 335089)
Kyle P. Quackenbush (SBN 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
mbock@girardsharp.com
kquackenbush@girardsharp.com

*Interim Co-Lead Class Counsel*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  February 8, 2024<br>Time:  1:30 pm<br>Courtroom:  8, 19th Floor<br>Judge:  Hon. Jacqueline Scott Corley |

1  Pursuant to Civil Local Rule 16-10(d) and as directed by the Court, Plaintiffs and Defendants

2  Vitol, Inc. ("Vitol"), SK Energy Americas, Inc. ("SKEA"), Brad Lucas, and David Niemann

3  (collectively, the "Parties"), hereby provide this Joint Case Management Statement.

4  Plaintiffs and Defendants have continued discussing resolution and have now reached

5  agreement on key terms of a settlement in principle, subject to documentation and the Court's

6  approval. The Parties therefore propose that the case management conference set for February 8, 2024,

7  be continued by ninety (90) days while they negotiate final documentation. In the interim, the Parties

8  request that the Court continue the stay currently in effect (ECF No. 585) until the Court rules on

9  settlement approval or otherwise orders the stay to be lifted.

10

11  Dated: February 1, 2024                                    Respectfully submitted,

12
    By: /s/ *Christopher L. Lebsock*                          By: /s/ *Dena C. Sharp*
13  Michael P. Lehmann (SBN 77152)                             Dena C. Sharp (SBN 245869)
    Christopher L. Lebsock (SBN 184546)                        Scott Grzenczyk (SBN 279309)
14  Kyle G. Bates (SBN 299114)                                 Mikaela M. Bock (SBN 335089)
    Samantha Derksen (*pro hac vice*)                          Kyle P. Quackenbush (SBN 322401)
15  Tae Kim (SBN 331362)                                       **GIRARD SHARP LLP**
16  **HAUSFELD LLP**                                           601 California Street, Suite 1400
    600 Montgomery St., Suite 3200                             San Francisco, CA 94108
17  San Francisco, CA 94111                                    Telephone: (415) 981-4800
    Telephone: (415) 633-1908                                  Facsimile: (415) 981-4846
18  Facsimile: (415) 358-4980                                  dsharp@girardsharp.com
19  mlehmann@hausfeld.com                                      scottg@girardsharp.com
    clebsock@hausfeld.com                                      mbock@girardsharp.com
20  kbates@hausfeld.com                                        kquackenbush@girardsharp.com
    sderksen@hausfeld.com
21  tkim@hausfeld.com                                          *Interim Co-Lead Class Counsel*
22
23  *Interim Co-Lead Class Counsel*

24
    By: /s/ *Jeffrey M. Davidson*                              By: /s/ *Amanda K. Bonn*
25  Jeffrey M. Davidson (SBN 248620)                           Neal Manne (SBN 94101)
    Phillip Warren (SBN 89744)                                 Alex Kaplan (Pro Hac Vice)
26  Amy S. Heath (SBN 312516)                                  Michael Craig Kelso (Pro Hac Vice)
27  **COVINGTON & BURLING LLP**                                **SUSMAN GODFREY LLP**
    Salesforce Tower                                           1000 Louisiana, Suite 5100
28  415 Mission Street, Suite 5400                             Houston, Texas 77002-5096

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:20-CV-03131-JSC

San Francisco, CA  94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
jdavidson@cov.com
pwarren@cov.com
aheath@cov.com

John S. Playforth (pro hac vice)
Carol S. Weiland (pro hac vice)
Jeffrey Cao (SBN 313389)
Lori Parcel Taubman (pro hac vice)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile:  (202) 662-6291
jplayforth@cov.com
cweiland@cov.com
jcao@cov.com
ltaubman@cov.com

*Attorneys for Defendants SK Energy Americas,*
*Inc. and David Niemann*

By: /s/*Michael E. Martinez*
Michael E. Martinez (pro hac vice)
Lauren Norris Donahue (pro hac vice)
Clifford C. Histed (pro hac vice)
Nicole C. Mueller (pro hac vice)
Brian J. Smith (pro hac vice)
John E. Susoreny (pro hac vice)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-800
michael.martinez@klgates.com
lauren.donahue@klgates.com
clifford.histed@klgates.com
nicole.mueller@klgates.com
brian.j.smith@klgates.com
john.susoreny@klgates.com
*Attorneys for Defendant SK Energy Americas,*
*Inc.*

Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
akaplan@susmangodfrey.com
mkelso@susmangodfrey.com

Amanda K. Bonn (SBN 270891)
Eliza Finley (SBN 301318)
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
abonn@susmangodfrey.com
efinley@susmangodfrey.com
Genevieve Vose Wallace (Pro Hac Vice)
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
gwallace@susmangodfrey.com

*Attorneys for Defendants Vitol Inc. and*
*Brad Lucas*

By: /s/ *Shon Morgan*
John B. Quinn (SBN 90378)
Steven G. Madison (SBN 101006)
Shon Morgan (SBN 187736)
**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
San Francisco, California 94111
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
johnquinn@quinnemanuel.com
stevemadison@quinnemanuel.com
shonmorgan@quinnemanuel.com

John M. Potter (SBN 165843)
Justin Reinheimer (SBN 268868)
Christine W. Chen (SBN 327581)
**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**

2

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:20-CV-03131-JSC

50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
johnpotter@quinnemanuel.com
justinreinheimer@quinnemanuel.com
christinechen@quinnemanuel.com

*Attorneys for Defendant Vitol Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:20-CV-03131-JSC

1

**FILER'S ATTESTATION**

2

    I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this

3

document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have

4

concurred in this filing.

5

6

Dated: February 1, 2024                                          */s/ Dena C. Sharp*
                                                                 Dena C. Sharp

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:20-CV-03131-JSC

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on February 1, 2024, I electronically filed the foregoing document using

3    the CM/ECF system, which will send notification of such filing to all counsel of record registered in

4    the CM/ECF system.

5

6    Dated: February 1, 2024                                        */s/ Dena C. Sharp*
                                                                      Dena C. Sharp
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:20-CV-03131-JSC