UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the undersigned attorney has changed their office address to the following:

Hausfeld LLP
33 Whitehall St.
14th Floor
New York, NY 10004

The Court and all counsel and parties are hereby requested to make note of this change and send all notices, orders, pleadings, and other communications concerning the above-captioned matter to the new address. The firm's telephone number and the attorney's email address remains the same.

Dated: March 29, 2024

/s/ Kyle G. Bates
Kyle G. Bates
**HAUSFELD LLP**
33 Whitehall St.
14th Floor
New York, NY 10004
Tel: (415) 744-1966
Email: kbates@hausfeld.com

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2024, I electronically filed the foregoing Notice of Change of Address via the CM/ECF System, and thereby caused to be served on all counsel of record registered to receive such service.

      */s/ Kyle G. Bates*