Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Kyle G. Bates (SBN 299114)
Samantha Derksen (*pro hac vice*)
Tae Kim (SBN 331362)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
kbates@hausfeld.com
sderksen@hausfeld.com
tkim@hausfeld.com

Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Mikaela M. Bock (SBN 335089)
Kyle P. Quackenbush (SBN 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
mbock@girardsharp.com
kquackenbush@girardsharp.com

*Interim Co-Lead Class Counsel*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:  April 17, 2024<br>Time:  11:00 am<br>Courtroom:  8, 19th Floor<br>Judge:  Hon. Jacqueline Scott Corley |

Pursuant to Civil Local Rule 16-10(d) and as directed by the Court, Plaintiffs and Defendants Vitol, Inc. ("Vitol"), SK Energy Americas, Inc. ("SKEA"), Brad Lucas, and David Niemann (collectively, the "Parties"), hereby provide this Joint Case Management Statement.

In their February 1, 2024 Case Management Statement (ECF No. 595), Plaintiffs and Defendants notified the Court that the Parties had "reached agreement on key terms of a settlement in principle, subject to documentation and the Court's approval" and requested that the "case management conference set for February 8, 2024, be continued by ninety (90) days while they negotiate final documentation." Since the Court granted that request (ECF No. 596), the Parties have been actively engaged in drafting the final documentation, including negotiating outstanding terms and coordinating efforts with the California Attorney General, which has reached a parallel settlement and with whom Class Plaintiffs have been coordinating on notice and claims administration to the extent feasible and economical. The California Attorney General has not yet filed its motion for preliminary approval. The Parties intend to execute their Settlement Agreement within the next month. Pursuant to the terms of the Settlement Agreement, Plaintiffs will then submit their motion for preliminary approval of the Settlement within thirty (30) days of the date the Settlement Agreement is executed.

In light of the circumstances and the forthcoming preliminary approval filing, the Parties respectfully propose a further ninety (90) day continuance of the case management conference and request that the Court continue the stay currently in effect (ECF No. 585) until the Court rules on settlement approval or otherwise orders the stay to be lifted.

Dated: April 10, 2024

Respectfully submitted,

By: /s/ *Christopher L. Lebsock*
Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Kyle G. Bates (SBN 299114)
Samantha Derksen (*pro hac vice*)
Tae Kim (SBN 331362)
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

By: /s/ *Dena C. Sharp*
Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Mikaela M. Bock (SBN 335089)
Kyle P. Quackenbush (SBN 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

| | |
|---|---|
| mlehmann@hausfeld.com | Facsimile: (415) 981-4846 |
| clebsock@hausfeld.com | dsharp@girardsharp.com |
| kbates@hausfeld.com | scottg@girardsharp.com |
| sderksen@hausfeld.com | mbock@girardsharp.com |
| tkim@hausfeld.com | kquackenbush@girardsharp.com |
| *Interim Co-Lead Class Counsel* | *Interim Co-Lead Class Counsel* |

By: /s/ *Jeffrey M. Davidson*
Jeffrey M. Davidson (SBN 248620)
Phillip Warren (SBN 89744)
Amy S. Heath (SBN 312516)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
jdavidson@cov.com
pwarren@cov.com
aheath@cov.com

John S. Playforth (pro hac vice)
Carol S. Weiland (pro hac vice)
Jeffrey Cao (SBN 313389)
Lori Parcel Taubman (pro hac vice)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile:  (202) 662-6291
jplayforth@cov.com
cweiland@cov.com
jcao@cov.com
ltaubman@cov.com

*Attorneys for Defendants SK Energy Americas, Inc. and David Niemann*

By: /s/ *Amanda K. Bonn*
Neal Manne (SBN 94101)
Alex Kaplan (Pro Hac Vice)
Michael Craig Kelso (Pro Hac Vice)
**SUSMAN GODFREY LLP**
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
akaplan@susmangodfrey.com
mkelso@susmangodfrey.com

Amanda K. Bonn (SBN 270891)
Eliza Finley (SBN 301318)
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
abonn@susmangodfrey.com
efinley@susmangodfrey.com
Genevieve Vose Wallace (Pro Hac Vice)
**SUSMAN GODFREY LLP**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
gwallace@susmangodfrey.com

*Attorneys for Defendants Vitol Inc. and Brad Lucas*

| | |
|---|---|
| By: /s/*Michael E. Martinez* | By: /s/ *Shon Morgan* |
| Michael E. Martinez (pro hac vice) | John B. Quinn (SBN 90378) |
| Lauren Norris Donahue (pro hac vice) | Steven G. Madison (SBN 101006) |
| Clifford C. Histed (pro hac vice) | Shon Morgan (SBN 187736) |
| Nicole C. Mueller (pro hac vice) | **QUINN EMANUEL URQUHART &** |
| Brian J. Smith (pro hac vice) | **SULLIVAN, LLP** |
| John E. Susoreny (pro hac vice) | 865 South Figueroa Street, 10th Floor |
| **K&L GATES LLP** | San Francisco, California 94111 |
| 70 W. Madison St., Suite 3300 | Telephone: (213) 443-3000 |
| Chicago, Illinois 60602 | Facsimile: (213) 443-3100 |
| Telephone: (312) 372-1121 | johnquinn@quinnemanuel.com |
| Facsimile: (312) 827-800 | stevemadison@quinnemanuel.com |
| michael.martinez@klgates.com | shonmorgan@quinnemanuel.com |
| lauren.donahue@klgates.com | |
| clifford.histed@klgates.com | |
| nicole.mueller@klgates.com | John M. Potter (SBN 165843) |
| brian.j.smith@klgates.com | Justin Reinheimer (SBN 268868) |
| john.susoreny@klgates.com | Christine W. Chen (SBN 327581) |
| *Attorneys for Defendant SK Energy Americas, Inc.* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | 50 California Street, 22nd Floor |
| | San Francisco, California 94111 |
| | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| | johnpotter@quinnemanuel.com |
| | justinreinheimer@quinnemanuel.com |
| | christinechen@quinnemanuel.com |
| | |
| | *Attorneys for Defendant Vitol Inc.* |

**FILER'S ATTESTATION**

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

Dated: April 10, 2024                                    */s/ Dena C. Sharp*
                                                                    Dena C. Sharp

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2024, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

Dated: April 10, 2024                                    */s/ Dena C. Sharp*
                                                                    Dena C. Sharp

4

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 3:20-CV-03131-JSC