1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br><br>[~~PROPOSED~~] ORDER GRANTING SETTLEMENT CLASS REPRESENTATIVES' UNOPPOSED MOTION TO CONTINUE THE CURRENT STAY OF PROCEEDINGS DURING THE PENDENCY OF SETTLEMENT PROCEEDINGS<br><br>Date: August 8, 2024<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge: Hon. Jacqueline Scott Corley |

**[~~PROPOSED~~] ORDER**

The Court, having considered Settlement Class Representatives' Unopposed Motion to Continue the Current Stay of Proceedings During the Pendency of Settlement Proceedings filed by Plaintiffs Fricke-Parks Press, Inc., Bogard Construction, Inc., and Ritual Coffee Roasters, Inc., **HEREBY ORDERS** that the Motion is **GRANTED**.

The **STAY** of this action is hereby **CONTINUED** during the pendency of settlement proceedings initiated by Settlement Class Representatives' Motion for Preliminary Approval of Class Action Settlement, for all purposes other than to effectuate Court approval of the Settlement Agreement.

Dated:  July 2, 2024

_____
Hon. Jacqueline S. Corley
United States District Judge