| | |
|---|---|
| 1 | Jeffrey M. Davidson (SBN 248620) |
| | Phillip Warren (SBN 89744) |
| 2 | **COVINGTON & BURLING LLP** |
| | Salesforce Tower |
| 3 | 415 Mission Street, Suite 5400 |
| | San Francisco, California 94105-2533 |
| 4 | Telephone: (415) 591-6000 |
| | Email: jdavidson@cov.com |
| 5 | Email: pwarren@cov.com |

*Attorneys for Defendants SK Energy Americas, Inc., SK Trading International Co. Ltd., and David Niemann*

Michael E. Martinez (*pro hac vice*)
Lauren Norris Donahue (*pro hac vice*)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Email: michael.martinez@klgates.com
Email: lauren.donahue@klgates.com

*Attorneys for Defendants SK Energy Americas, Inc. and SK Trading International Co. Ltd.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Civil Case No.: 3:20-cv-03131-JSC<br><br>**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**<br><br>Judge: Hon. Jacqueline Scott Corley |

PLEASE TAKE NOTICE that on July 10, 2024, pursuant to and in accordance with 28 U.S.C. § 1715, Defendants SK Energy Americas, Inc.; SK Trading International Co. Ltd; David Niemann; Vitol Inc.; and Brad Lucas caused notification of the proposed class action settlement with the putative plaintiff class in this action to be provided to each of the appropriate federal and state officials by certified mail through the U.S. Postal Service.

Dated:  July 12, 2024

Respectfully submitted,

By: /s/ *Jeffrey M. Davidson*

Jeffrey M. Davidson (SBN 248620)
Phillip Warren (SBN 89744)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
jdavidson@cov.com
pwarren@cov.com

John S. Playforth (pro hac vice)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile:  (202) 662-6291
jplayforth@cov.com

*Attorneys for Defendants SK Energy Americas, Inc., SK Trading International Co. Ltd., and David Niemann*

By: /s/ *Michael E. Martinez*

Michael E. Martinez (pro hac vice)
Lauren Norris Donahue (pro hac vice)
Clifford C. Histed (pro hac vice)
Nicole C. Mueller (pro hac vice)
Brian J. Smith (pro hac vice)
John E. Susoreny (pro hac vice)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-800
michael.martinez@klgates.com
lauren.donahue@klgates.com
clifford.histed@klgates.com
nicole.mueller@klgates.com
brian.j.smith@klgates.com
john.susoreny@klgates.com

*Attorneys for Defendants SK Energy Americas, Inc. and SK Trading International Co. Ltd.*

| | |
|---|---|
| By: /s/ Alex Kaplan<br>Neal Manne (SBN 94101)<br>Alex Kaplan (Pro Hac Vice)<br>Michael Craig Kelso (Pro Hac Vice)<br>**SUSMAN GODFREY LLP**<br>1000 Louisiana, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br>nmanne@susmangodfrey.com<br>akaplan@susmangodfrey.com<br>mkelso@susmangodfrey.com<br><br>Amanda K. Bonn (SBN 270891)<br>Eliza Finley (SBN 301318)<br>**SUSMAN GODFREY LLP**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br>abonn@susmangodfrey.com<br>efinley@susmangodfrey.com<br><br>Genevieve Vose Wallace (Pro Hac Vice)<br>**SUSMAN GODFREY LLP**<br>1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101-3000<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883<br>gwallace@susmangodfrey.com<br><br>*Attorneys for Defendants Vitol Inc. and Brad Lucas* | By: /s/ Shon Morgan<br>Shon Morgan (SBN 187736)<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>shonmorgan@quinnemanuel.com<br><br>*Attorney for Defendant Vitol Inc.* |

### **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Jeffrey Davidson, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: July 12, 2024                                                      By: /s/ Jeffrey M. Davidson
                                                                                          Jeffrey M. Davidson