| | |
|---|---|
| Dena C. Sharp (SBN 245869) | Michael P. Lehmann (SBN 77152) |
| Scott Grzenczyk (SBN 279309) | Christopher L. Lebsock (SBN 184546) |
| Kyle P. Quackenbush (SBN 322401) | Kyle G. Bates (SBN 299114) |
| Mikaela M. Bock (SBN 335089) | Tae Kim (SBN 331362) |
| **GIRARD SHARP LLP** | Samantha Derksen (*pro hac vice*) |
| 601 California Street, Suite 1400 | **HAUSFELD LLP** |
| San Francisco, CA 94108 | 600 Montgomery St., Suite 3200 |
| Telephone: (415) 981-4800 | San Francisco, CA 94111 |
| Facsimile: (415) 981-4846 | Telephone: (415) 633-1908 |
| dsharp@girardsharp.com | Facsimile: (415) 358-4980 |
| scottg@girardsharp.com | mlehmann@hausfeld.com |
| kquackenbush@girardsharp.com | clebsock@hausfeld.com |
| mbock@girardsharp.com | kbates@hausfeld.com |
| | tkim@hausfeld.com |
| | sderksen@hausfeld.com |

*Interim Co-Lead Counsel and Proposed Settlement Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131 JSC<br><br>**REPLY IN SUPPORT OF SETTLEMENT CLASS REPRESENTATIVES' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:    Hon. Jacqueline Scott Corley<br>Date:     August 8, 2024<br>Time:    10 a.m. PST<br>Courtroom: 08, 19th Floor |

| | |
|---|---|
| 1 | Settlement Class Representatives respectfully submit this brief reply in support of their motion for preliminary approval of a class action settlement with Defendants Vitol Inc., Brad Lucas, SK Energy Americas, Inc., SK Trading International Co. Ltd., and David Niemann, filed on July 1, 2024. ECF No. 601 (the "Motion"). The deadline to respond to the Motion was July 15, 2024 (*id.*), and no responses were filed. |

Settlement Class Representatives respectfully submit this brief reply in support of their motion for preliminary approval of a class action settlement with Defendants Vitol Inc., Brad Lucas, SK Energy Americas, Inc., SK Trading International Co. Ltd., and David Niemann, filed on July 1, 2024. ECF No. 601 (the "Motion"). The deadline to respond to the Motion was July 15, 2024 (*id.*), and no responses were filed.

As noted in the Motion, the proposed Notice Plan was developed in tandem with and as a complement to the California Attorney General's notice plan, with the objective of reducing administration costs and maximizing the recovery of the Settlement Class. Motion at 25. Given those considerations, Settlement Class Representatives have respectfully requested that to the extent reasonably practicable, the notice plan schedules be aligned. *Id*.

On July 9, 2024, the California Attorney General filed its notice of a *parens patriae* settlement, and requested that the court preliminarily assess the settlement reached with defendants Vitol Inc., SK Energy Americas Inc., and SK Trading International Co. Ltd. and approve their proposed notice plan in *The People of the State of California v. Vitol Inc. et al*, Case No. CGC-20-584456 (the "People's Action"). In its motion, the California Attorney General proposed the commencement of notice be triggered by either a preliminary approval order being entered in the federal action or by a preliminary approval order being entered in the People's Action, whichever is later. *Id*. at 24. This request mirrors the request set forth in Settlement Class Representatives' Motion and will allow Settlement Class Representatives and the People to further coordinate and reduce administration costs. The chart below reflects the People's recommended schedule.

| Event | Days After Entry of This Order or an Order in the Federal Action |
|---|---|
| **Filing Notice Setting Calendar Dates for the deadlines herein** | 5 business days |

1
REPLY IN SUPPORT OF SETTLEMENT CLASS REPRESENTATIVES' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 3:20-CV-03131 JSC

1

REPLY IN SUPPORT OF SETTLEMENT CLASS REPRESENTATIVES' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 3:20-CV-03131 JSC

| Event | Days After Entry of This Order or an Order in the Federal Action |
|---|---|
| **Begin mailing Postcard Notice, emailing and electronic submission of Email Notice and Digital Media Notice, initiate Publication Notice, release Press Release, and publication of settlement-related material on Settlement Website** | 28 |
| **Claim Deadline** | 126 |
| **Exclusion Deadline** | 126 |
| **Deadline to submit comments on the Settlement** | 126 |
| **Last day to file motion for final approval** | 147 |
| **Notice of intent to appear at approval hearing** | Postmarked 20 days or more in advance of approval hearing; to be compiled by the Claims Administrator and filed with the Court 10 days prior to hearing on motion for final approval |
| **Hearing on motion for final approval, fees motion, and final judgment** | On a date to be set by the Court, but after the filing of the motion for final approval |
| **Mailing of payments/electronic payment to Eligible Consumers** | Postmarked or submitted electronically within 60 days of final approval |

Upon filing of the People's motion, a hearing date of August 2 was set, though the parties have not confirmed that the state court intends to proceed to hear the People's motion on that day. Settlement Class Representatives will continue to keep the Court updated on developments in the People's Action, and will be prepared to address these and related scheduling considerations at the hearing on Settlement Class Representatives' Motion.

Dated: July 22, 2024

Respectfully Submitted,

By: /s/ *Dena C. Sharp*
Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Kyle P. Quackenbush (SBN 322401)
Mikaela M. Bock (SBN 335089)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
kquackenbush@girardsharp.com
mbock@girardsharp.com

By: /s/ *Christopher L. Lebsock*
Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Kyle G. Bates (SBN 299114)
Tae Kim (SBN 331362)
Samantha Derksen (*pro hac vice*)
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
kbates@hausfeld.com
tkim@hausfeld.com
sderksen@hausfeld.com

*Interim Co-Lead Counsel and Proposed Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2024, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Dena C. Sharp*
Dena C. Sharp