Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Kyle P. Quackenbush (SBN 322401)
Mikaela M. Bock (SBN 335089)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
kquackenbush@girardsharp.com
mbock@girardsharp.com

Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Kyle G. Bates (SBN 299114)
Tae Kim (SBN 331362)
Samantha Derksen (*pro hac vice*)
**HAUSFELD LLP**
600 Montgomery St., Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
kbates@hausfeld.com
tkim@hausfeld.com
sderksen@hausfeld.com

*Interim Co-Lead Counsel and Proposed Settlement Class Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131 JSC<br><br>SETTLEMENT CLASS REPRESENTATIVES' STATEMENT UPDATING THE COURT ON THE STATUS OF DEFENDANTS' SETTLEMENT WITH THE CALIFORNIA ATTORNEY GENERAL<br><br>Judge:   Hon. Jacqueline Scott Corley<br>Date:    August 8, 2024<br>Time:   10:00 a.m. PST<br>Courtroom: 08, 19th Floor |

1        In their Reply in Support of Settlement Class Representatives' Motion for Preliminary Approval of Class Action Settlement, Settlement Class Representatives noted that an August 2, 2024 hearing had been set to assess the settlement between the California Attorney General and defendants Vitol Inc., SK Energy Americas Inc., and SK Trading International Co. Ltd. and approve the proposed notice plan in *The People of the State of California v. Vitol Inc. et al*, Case No. CGC-20-584456 (the "People's Action"). ECF No. 606. Settlement Class Representatives advised the Court that they would "continue to keep the Court updated on developments in the People's Action." *Id.*

      After Settlement Class Representatives filed the Reply, the August 2 hearing in the People's Action was continued to August 9, 2024, at 9:00 a.m. PST—one day after the hearing on preliminary approval that was automatically set by this Court for August 8 at 10:00 a.m. Counsel for Settlement Class Representatives are prepared to proceed before this Court on August 8 or as soon thereafter as is convenient for the Court.

SETTLEMENT CLASS REPRESENTATIVES' STATEMENT UPDATING THE COURT ON THE STATUS OF DEFENDANTS' SETTLEMENT WITH THE CALIFORNIA ATTORNEY GENERAL

| | | |
|---|---|---|
| 1 | Dated:  July 29, 2024 | Respectfully Submitted, |
| 2 | | |
| 3 | | By: /s/ *Dena C. Sharp* |
| | | Dena C. Sharp (SBN 245869) |
| 4 | | Scott Grzenczyk (SBN 279309) |
| | | Kyle P. Quackenbush (SBN 322401) |
| 5 | | Mikaela M. Bock (SBN 335089) |
| 6 | | **GIRARD SHARP LLP** |
| | | 601 California Street, Suite 1400 |
| | | San Francisco, CA 94108 |
| 7 | | Telephone: (415) 981-4800 |
| | | Facsimile: (415) 981-4846 |
| 8 | | dsharp@girardsharp.com |
| | | scottg@girardsharp.com |
| 9 | | kquackenbush@girardsharp.com |
| | | mbock@girardsharp.com |
| 10 | | |
| 11 | | By: /s/ *Christopher L. Lebsock* |
| | | Michael P. Lehmann (SBN 77152) |
| 12 | | Christopher L. Lebsock (SBN 184546) |
| | | Kyle G. Bates (SBN 299114) |
| 13 | | Tae Kim (SBN 331362) |
| | | Samantha Derksen (*pro hac vice*) |
| 14 | | **HAUSFELD LLP** |
| | | 600 Montgomery St., Suite 3200 |
| 15 | | San Francisco, CA 94111 |
| | | Telephone: (415) 633-1908 |
| 16 | | Facsimile: (415) 358-4980 |
| | | mlehmann@hausfeld.com |
| 17 | | clebsock@hausfeld.com |
| | | kbates@hausfeld.com |
| 18 | | tkim@hausfeld.com |
| | | sderksen@hausfeld.com |
| 19 | | |
| 20 | | *Interim Co-Lead Counsel and Proposed Settlement Class Counsel* |

**FILER'S ATTESTATION**

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

By: /s/ *Dena C. Sharp*
Dena C. Sharp