UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br><br>**ORDER RE: CLASS CERTIFICATION FILINGS**<br><br>Re: Dkt. Nos. 512, 513, 520, 527, 529, 531, 532, 533, 534, 545, 548, 550, 552, 556, 561, 567, 572, 578 |

In light of the Court's preliminary approval of the class action settlement (Dkt. No. 614), the Court terminates as moot the outstanding motion for class certification and related filings. (Dkt. Nos. 512, 513, 520, 527, 529, 531, 532, 533, 534, 545, 548, 550, 552, 556, 561, 567, 572, 578.)

**IT IS SO ORDERED.**

Dated: September 3, 2024

JACQUELINE SCOTT CORLEY
United States District Judge