Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Kyle G. Bates (SBN 299114)
Tae Kim (SBN 331362)
Samantha Derksen (*pro hac vice*)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
kbates@hausfeld.com
tkim@hausfeld.com
sderksen@hausfeld.com

Dena C. Sharp (SBN 245869)
Scott M. Grzenczyk (SBN 279309)
Kyle P. Quackenbush (SBN 322401)
Mikaela M. Bock (SBN 335089)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
kquackenbush@girardsharp.com
mbock@girardsharp.com

*Settlement Class Counsel*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES CONCERNING SETTLEMENT AGREEMENT** |

Pursuant to the Court's Order Re: Motion for Preliminary Approval (Dkt. No. 614), the parties jointly stipulate and agree, subject to the Court's approval, to the following schedule concerning the Settlement deadlines up to the Final Approval Hearing.[1]

Preliminary approval was granted in the People's Action on September 4, 2024. *See* **Exhibit A.** Entry of that order triggers deadlines and sets actual dates for the events proposed in Settlement Class Representatives' Motion for Preliminary Approval (Dkt. No. 601), with minor modifications described below:

| Event | Deadline | People's Deadline |
|---|---|---|
| Defendants shall cause payment of the Gross Settlement Amount to the Settlement Account | 9/16/2024 | Not Applicable |
| Notice Period Commences | 10/2/2024 | 10/2/2024 |
| Notice Period Concludes | 12/4/2024 | Not Set |
| Attorneys' Fee and Expense Application Deadline | 12/6/2024[2] | 12/6/2024 |
| Motion for Final Approval Deadline (including Settlement Administration Declaration on notice) | 12/18/2024 | 1/31/2025 |
| Claims Filing Deadline | 1/8/2025 | Not Set |
| Opt-Out Deadline | 1/8/2025 | 1/8/2025 |
| Objection Deadline | 1/8/2025 | 1/8/2025 |

---

[1] Settlement Class Representatives anticipate filing a proposed schedule related to deadlines that post-date the Final Approval Hearing, including the deadline for post distribution accounting required by the Northern District of California's Procedural Guidance for Class Action Settlements, as soon as reasonably practicable after any order granting final approval of the Settlement.

[2] The parties propose moving this deadline 12 days earlier than the deadline proposed in Settlement Class Representatives' Motion for Preliminary Approval to align with the deadline set in the People's Action.

| Event | Deadline | People's Deadline |
|---|---|---|
| Deadline for Settlement Class Counsel to file information concerning timely filed opt out requests and objections | 1/22/2025 | Not Set |
| Replies in support of Final Approval and Fee and Expense Application Deadline (addressing any timely and valid objections) | 1/29/2025 | Not Set |
| Final Approval Hearing | 2/20/2025 at 10:00 a.m. in person, Courtroom 8, 19th Floor, or at the Court's convenience | 2/28/2025 at 10:00 a.m. |

**IT IS SO STIPULATED.**

Dated: September 9, 2024

By:  /s/ *Christopher Lebsock*

Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Kyle G. Bates (SBN 299114)
Tae Kim (SBN 331362)
Samantha Derksen (*pro hac vice*)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
kbates@hausfeld.com
tkim@hausfeld.com
sderksen@hausfeld.com

Respectfully submitted,

By:  /s/ *Dena Sharp*

Dena C. Sharp (SBN 245869)
Scott M. Grzenczyk (SBN 279309)
Kyle P. Quackenbush (SBN 322401)
Mikaela M. Bock (SBN 335089)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
kquackenbush@girardsharp.com
mbock@girardsharp.com

*Settlement Class Counsel*

| | |
|---|---|
| By: /s/ *Shon Morgan*<br>John B. Quinn (SBN 90378)<br>Steven G. Madison (SBN 101006)<br>Shon Morgan (SBN 187736)<br>Justin Griffin (SBN 234675)<br>Ben Odell (SBN 273975)<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 South Figueroa Street, 10th Floor<br>San Francisco, California 94111<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>johnquinn@quinnemanuel.com<br>stevemadison@quinnemanuel.com<br>shonmorgan@quinnemanuel.com<br>justingriffin@quinnemanuel.com<br>benodell@quinnemanuel.com | By: /s/ Amanda K. Bonn<br>Neal S. Manne (SBN 94101)<br>Alexander L. Kaplan (Pro Hac Vice)<br>Michael C. Kelso (Pro Hac Vice)<br>**SUSMAN GODFREY LLP**<br>1000 Louisiana, Suite 5100<br>Houston, Texas 77002-5096<br>Telephone: (713) 651-9366<br>nmanne@susmangodfrey.com<br>akaplan@susmangodfrey.com<br>mkelso@susmangodfrey.com<br><br>Amanda K. Bonn (SBN 270891)<br>Eliza Finley (SBN 301318)<br>**SUSMAN GODFREY LLP**<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029<br>Telephone: (310) 789-3100<br>abonn@susmangodfrey.com<br>efinley@susmangodfrey.com |

*Attorneys for Defendant Vitol Inc.*

| | |
|---|---|
| By: /s/ Michael E. Martinez<br>Michael E. Martinez (Pro Hac Vice)<br>Lauren Norris Donahue (Pro Hac Vice)<br>Clifford C. Histed (Pro Hac Vice)<br>Brian J. Smith (Pro Hac Vice)<br>John E. Susoreny (Pro Hac Vice)<br>**K&L GATES LLP**<br>70 W. Madison St., Suite 3300<br>Chicago, Illinois 60602<br>Telephone: (312) 372-1121<br>michael.martinez@klgates.com<br>lauren.donahue@klgates.com<br>clifford.histed@klgates.com<br>brian.j.smith@klgates.com<br>john.susoreny@klgates.com | By: /s/ Jeffrey M. Davidson<br>Jeffrey M. Davidson (SBN 248620)<br>Phillip Warren (SBN 89744)<br>Amy S. Heath (SBN 312516)<br>**COVINGTON & BURLING LLP**<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105-2533<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091<br>jdavidson@cov.com<br>pwarren@cov.com<br>aheath@cov.com<br><br>John S. Playforth (Pro Hac Vice)<br>Carol S. Weiland (Pro Hac Vice)<br>Jeffrey Cao (SBN 313389)<br>**COVINGTON & BURLING LLP**<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: (202) 662-6000<br>jplayforth@cov.com<br>cweiland@cov.com<br>jcao@cov.com |

*Attorneys for Defendants SK Energy Americas, Inc. and SK Trading International Co., Ltd.*

**FILER'S ATTESTATION**

I, Dena Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

*/s/ Dena C. Sharp*
Dena C. Sharp

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT COURT JUDGE