1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jeffrey M. Davidson (Bar No. 248620)
Phillip Warren (Bar No. 89744)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: jdavidson@cov.com
Email: pwarren@cov.com

Michael E. Martinez (pro hac vice)
Lauren Norris Donahue (pro hac vice)
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Email: michael.martinez@klgates.com
Email: lauren.donahue@klgates.com

*Attorneys for Defendants SK Energy Americas, Inc.,
SK On Co., Ltd., and David Niemann*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | CASE NO. 3:20-cv-03131-JSC |
|---|---|
| This Document Relates to:<br>All Actions | **DEFENDANT SK TRADING INTERNATIONAL CO., LTD.'S SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

On November 1, 2024, SK Trading International Co., Ltd. merged with and into SK On Co., Ltd., with SK On Co., Ltd. as the surviving entity.  SK Innovation Co., Ltd. is the parent company of SK On Co., Ltd. and owns 89.5% of SK On Co., Ltd.'s stock.

Accordingly, pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- SK On Co., Ltd. (new corporate name of SK Trading International Co., Ltd.)
- SK Innovation Co., Ltd. (parent company of SK On Co., Ltd.)

Respectfully submitted,

November 6, 2024

By:    /s/ Jeffrey M. Davidson
Jeffrey M. Davidson
Phillip Warren
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
Email: jdavidson@cov.com
Email: pwarren@cov.com

Michael E. Martinez (pro hac vice)
Lauren Norris Donahue (pro hac vice)
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Email: michael.martinez@klgates.com
Email: lauren.donahue@klgates.com

*Attorneys for Defendants SK Energy Americas, Inc., SK On Co., Ltd., and David Niemann*

SK TRADING INTERNATIONAL CO., LTD.'S SUPP. CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 3:20-cv-03131-JSC