UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL AND MOTION FOR ATTORNEY'S FEES, COSTS, AND A SERVICE AWARD**<br><br>Re: Dkt. Nos. 621, 622 |

Plaintiffs' motion for final approval of the class action settlement and motion for attorney's fees, costs, and service awards is pending before the Court and set for hearing February 20, 2025. Upon review of the briefing, the Court CONTINUES the hearing and ORDERS Plaintiffs to submit supplemental briefing in support of their request as discussed below.

First, Plaintiffs have not provided information regarding the estimated class member recovery either on average or as a range. Now that the claims administration process is complete, the Settlement Administrator should have sufficient data to provide information about the expected class member recovery.

Second, Plaintiffs' request nearly $7 million—half of the common fund—for litigation costs. In its preliminary approval order, the Court ordered Plaintiffs to provide "detailed information" in support of this request. (Dkt. No. 614 at 17-18.) Plaintiffs have instead provided two charts which list the expenses by category. (Dkt. No. 621-1 at 21-22.) This is insufficient to allow the Court to determine the reasonableness of claimed expenses. *See Wren v. RGIS Inventory Specialists*, No. C-06-05778 JCS, 2011 WL 1230826, at *30 (N.D. Cal. Apr. 1, 2011). Plaintiffs do not need to provide every invoice, but they need to support their request for costs—particularly when they represent such a high percentage of the settlement—with evidence so the Court can

1  evaluate the reasonableness of the requested costs.  For example, what is the nearly half a million
2  for "Data and Document Hosting"?  (Dkt. No. 621-1 at 19.)   And in a case that involves
3  California-centered claims and parties, where Class Counsel is from California and its offices are
4  in the same city as the Court, why are there over $23,000 in travel expenses?  (*Id.*)   Nor have
5  Plaintiffs provided legal authority supporting their request for either the type or amount of costs
6  sought here.
7        Accordingly, Plaintiffs are ordered to provide supplemental briefing and documentation in
8  accordance with the above by February 28, 2025.  The February 20, 2025 final approval hearing is
9  CONTINUED to March 12, 2025 at 9:00am.

11  **IT IS SO ORDERED.**
12  Dated: February 14, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge