UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br><br>[~~PROPOSED~~] **FINAL JUDGMENT** |

# [~~PROPOSED~~] FINAL JUDGMENT

Pursuant to the Parties' stipulation and for the reasons set forth in the Court's Order re: Motion for Final Approval and Motion for Attorneys' Fees, Expenses, and Service Awards (Dkt. No. 631, "Final Approval Order"),

**JUDGMENT IS HEREBY ENTERED**, pursuant to Federal Rule of Civil Procedure 58, as follows:

1. The Court, for purposes of this Final Judgment, adopts the terms and definitions set forth in the Settlement Agreement (Dkt. No. 601-2) incorporated into the Final Approval Order dated March 14, 2025.

2. All Settlement Class Released Claims of Settlement Class Members are hereby released as against Defendants and Defendant Releases, as defined in the Settlement Agreement.

3. The claims of Plaintiffs Pacific Wine Distributors, Inc.; Fricke-Parks Press, Inc.; Justin Lardinois; Vincent Cendejas; Bogard Construction, Inc.; Equality Wines LLC; Kelly Keskinen; Ryan Schrum-Herrera; Larry G. Rightmyer, II; Marie E. Richardson; Rama Kolesnikow; Jose Enriquez; Mary Hudson; Elizabeth Gendron; Casler Johnston; Accurate Testing & Inspection, LLC; Donald Harris; Pioneer Fire, Inc.; Scott Kravitz; Natasha Saravanja; Poe Valley LLC; Soils to Grow LLC; Vanessa Long; Saksee Isanpayu; Ritual Coffee Roasters, Inc.; Dona Young; Elizabeth Cummings-Breithaupt; and Myra Burg (collectively, "Plaintiffs") are dismissed with prejudice.

4. The Parties shall bear their own costs and attorneys' fees, except as set forth in the Settlement Agreement or otherwise set forth in the Final Approval Order.

5. This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

6. The Clerk is therefore hereby directed to enter Final Judgment forthwith.

7.  Without affecting the finality of the judgment hereby entered, the Court reserves exclusive jurisdiction over implementation of the Settlement Agreement, including requests for attorneys' fees, expenses, and service awards.

**IT IS SO ORDERED.**

**JUDGMENT ENTERED** this 24th day of March, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge