UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the undersigned attorney has changed her office address to the following:

**HAUSFELD LLP**
**1200 17th Street NW, Suite 600**
**Washington, DC 20036**

The Court and all counsel and parties are hereby requested to make note of this change and send all notices, orders, pleadings, and other communications concerning the above-captioned matter to the new address. The firm's telephone and facsimile numbers and the attorney's email address remain the same.

Dated: March 25, 2025

Respectfully submitted,

By: */s/ Samantha Derksen*
Samantha Derksen (*pro hac vice*)
**HAUSFELD LLP**
1200 17th Street NW, Suite 600
Washington, DC 20036
Telephone: 202-540-7200
Facsimile: 202-540-7201
sderksen@hausfeld.com

*Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2025, I electronically filed the foregoing Notice of Change of Address via the CM/ECF System and thereby caused to be served on all counsel of record registered to receive such service.

*/s/ Samantha Derksen*

2

NOTICE OF CHANGE OF ADDRESS
Case No. 3:20-cv-03131-JSC