| | |
|---|---|
| Michael P. Lehmann (SBN 77152) | Dena C. Sharp (SBN 245869) |
| Christopher L. Lebsock (SBN 184546) | Scott Grzenczyk (SBN 279309) |
| Kyle G. Bates (SBN 299114) | Kyle P. Quackenbush (SBN 322401) |
| **HAUSFELD LLP** | Mikaela M. Bock (SBN 335089) |
| 580 California Street, 12th Fl. | **GIRARD SHARP LLP** |
| San Francisco, CA 94111 | 601 California Street, Suite 1400 |
| Telephone: (415) 633-1908 | San Francisco, CA 94108 |
| Facsimile: (415) 358-4980 | Telephone: (415) 981-4800 |
| mlehmann@hausfeld.com | Facsimile: (415) 981-4846 |
| clebsock@hausfeld.com | dsharp@girardsharp.com |
| kbates@hausfeld.com | scottg@girardsharp.com |
| | kquackenbush@girardsharp.com |
| | mbock@girardsharp.com |

*Co-Lead Interim Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 3:20-cv-03131-JSC<br><br>**NOTICE OF WITHDRAWAL OF TAE KIM AS CO-LEAD INTERIM CLASS COUNSEL** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

The Class hereby gives notice and respectfully requests leave of this Court to withdraw Tae Kim as Interim Co-Lead Class Counsel in the above-captioned matter. Mr. Kim is no longer affiliated with Hausfeld LLP, and accordingly, will not work on this case. The Class will continue to be represented in this action by the remaining counsel of record at Hausfeld LLP and Girard Sharp LLP. This withdrawal will not affect any deadlines or cause any delay in this matter.

| | | |
|---|---|---|
| 1 | DATED: April 14, 2025 | HAUSFELD LLP |

*/s/ Christopher L. Lebsock*
Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Kyle G. Bates (SBN 299114)
**HAUSFELD LLP**
580 California Street, 12th Fl.
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
kbates@hausfeld.com

Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Kyle P. Quackenbush (SBN 322401)
Mikaela M. Bock (SBN 335089)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
kquackenbush@girardsharp.com
mbock@girardsharp.com

*Co-Lead Interim Class Counsel*

NOTICE OF WITHDRAWAL OF COUNSEL/CASE NO. 3:20-CV-03131-JSC

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF and served a copy of the foregoing upon all counsel of record via the Court's electronic filing system.

*/s/ Christopher L. Lebsock*