Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Kyle G. Bates (SBN 299114)
Samantha Derksen (*pro hac vice*)
**HAUSFELD LLP**
580 California Street, 12th Fl.
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
kbates@hausfeld.com
sderksen@hausfeld.com

Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Kyle P. Quackenbush (SBN 322401)
Mikaela M. Bock (SBN 335089)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
kquackenbush@girardsharp.com
mbock@girardsharp.com

*Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | Case No. 3:20-cv-03131-JSC<br><br>**NOTICE OF WITHDRAWAL OF SAMANTHA DERKSEN AS COUNSEL** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Samantha Derksen of Hausfeld LLP hereby withdraws her appearance in the above-captioned matter as counsel of record for Plaintiffs Bogard Construction, Inc., Asante Cleveland, Fricke-Parks Press, Inc., Justin Lardinois, and Ritual Coffee Roasters, Inc. and respectfully requests that she be removed from the docket, and all activity for this matter.

Plaintiffs Bogard Construction, Inc., Asante Cleveland, Fricke-Parks Press, Inc., Justin Lardinois and Ritual Coffee Roasters, Inc. remain represented by Hausfeld LLP and Girard Sharp

1 | LLP. This withdrawal will not affect any deadlines or cause any delay in this matter.

2

3 | DATED: May 6, 2025

Respectfully submitted,

*/s/ Christopher L. Lebsock*
Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Kyle G. Bates (SBN 299114)
**HAUSFELD LLP**
580 California Street, 12th Fl.
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
kbates@hausfeld.com

*Co-Lead Class Counsel*

# CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF and served a copy of the foregoing upon all counsel of record via the Court's electronic filing system.

/s/ Christopher L. Lebsock