1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br><br>[~~PROPOSED~~] **ORDER AUTHORIZING DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**<br><br>Re: Dkt. No. 631 |
|---|---|

The Court previously granted final approval of the Class Action Settlement. Dkt. No. 631. The Settlement Administrator has completed the verification and claims review processes, and Class Plaintiffs request an order authorizing distribution of the Class Action Settlement funds consistent with the Plan of Allocation.

After the Settlement Administrator implemented the verification process, 186 valid individual claims and 694 valid business claims were set to receive distribution from the Class Settlement. The current balance of the Net Settlement Fund is $4,843,747.24.[1] The Court authorizes the distribution of payments to the 186 valid individual claimants of $8,567.26, and to the 694 valid business claimants of $4,785,176.46, consistent with the Plan of Allocation as requested by Class Plaintiffs.

After distribution, the Net Settlement Fund will be approximately $50,000. Any unused funds may be used to (i) resolve contested claims; (ii) make a further distribution, or (iii) distribute to a cy pres recipient, after seeking approval from the Court.

**IT IS SO ORDERED**.

Dated: July 21, 2025

JACQUELINE SCOTT CORLEY
United States District Judge

---

[1] Verita arrived at this amount by taking the Gross Fund Amount ($13,930,000) and adding the interest earned ($144,851.01) and deducting the approved fees and expenses: Counsel Expenses ($6,554,433.95) and Fees ($2,011,669.82); Service Awards ($15,000 total) and Claims Administration Expenses Cap ($650,000).