[Submitting counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br><br>**CLASS PLAINTIFFS' STATUS UPDATE ON DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**<br><br>HON. JACQUELINE SCOTT CORLEY |

Class Plaintiffs submit this update to the Court concerning the distribution of the Net Settlement Fund.

The Court previously granted final approval of the Settlement Agreement, awarded attorneys' fees, expenses, and service awards, and authorized distribution of the Net Settlement Fund to Eligible Claimants. Dkt. Nos. 631, 637, 641. The Settlement Administrator, Verita, completed the initial distribution of the Net Settlement Fund in accordance with the Court's authorization on December 31, 2025, distributing $4,785,176.46 in total to 691 valid business claimants and $8,567.26 in total to 178 valid individual claimants. To date, 27 business claimants and 10 individual claimants have not claimed their payment. The total outstanding unclaimed funds amount to $54,549.72.

Pursuant to the Plan of Allocation, valid claimants who received a distribution from the Net Settlement Fund have six months, or until June 30, 2026, to claim their payment. *See* Dkt. No. 601-3, ¶ 29. If any distributable balance remains in the Net Settlement Fund six months after the distribution of the Net Settlement Fund, then that balance is to be redistributed among those Eligible Claimants who have cashed their checks and who would receive at least $15 from the redistribution, after payment of any additional costs or fees incurred in administering the Net Settlement Fund for the redistribution. *Id.* If either (1) Settlement Class Counsel determines that a redistribution would be uneconomical or (2) six months after the redistribution any balance remains in the Net Settlement Fund and Settlement Class Counsel determines that a further redistribution would be uneconomical, Settlement Class Counsel may seek an order approving the contribution of the balance to one or more non-sectarian, not-for-profit, 501(c)(3) organizations. *Id.*, ¶ 30.

Given that Eligible Claimants have until June 30, 2026, to claim payments that to date have not been claimed, Class Counsel intends to provide an update to the Court regarding any proposed redistribution or *cy pres* contribution, or—if no distributable balance remains in the Net Settlement Fund—a post-distribution accounting, by July 21, 2026.

CLASS PLAINTIFFS' STATUS UPDATE ON DISTRIBUTION OF
CLASS ACTION SETTLEMENT FUNDS
CASE NO. 3:20-cv-03131-JSC

Dated: April 15, 2026

By: /s/ *Christopher L. Lebsock*
Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Kyle G. Bates (SBN 299114)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
kbates@hausfeld.com

Respectfully submitted,

By: /s/ *Dena C. Sharp*
Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Kyle P. Quackenbush (SBN 322401)
Mikaela M. Bock (SBN 335089)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
kquackenbush@girardsharp.com
mbock@girardsharp.com

*Settlement Class Counsel*

## FILER'S ATTESTATION

I, Dena Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

/s/ *Dena C. Sharp*
Dena C. Sharp