**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC |
| | **DECLARATION OF ZACHARY COOLEY IN SUPPORT OF CLASS PLAINTIFFS' REQUEST FOR ORDER AUTHORIZING SECOND DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS** |
| | Re: Dkt. No. 631, 641 |

DECLARATION OF ZACHARY COOLEY
CASE NO. 3:20-cv-03131-JSC

I, Zachary Cooley, declare as follows:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would testify competently to them.

2. I am a Director for Verita Global, LLC ("Verita") f/k/a KCC Class Action Services, LLC, a firm that provides comprehensive class action services, including legal notification, email and postal mailing campaign implementation, website design, call center support, class member data management, claims processing, check and voucher disbursements, tax reporting, settlement fund escrow and reporting, and other related services critical to the effective administration of class actions.

3. The purpose of this declaration is to provide information related to the initial distribution of the Net Settlement Fund, the remaining balance of the Net Settlement Fund, the proposed second distribution, and administration expenses.

## I.    INITIAL DISTRIBUTION

4. Pursuant to the Court's Order authorizing distribution (Dkt. No. 641), Verita completed the initial distribution of the Net Settlement Fund on December 31, 2025. Verita issued 869 payments totaling $4,793,743.72: $4,785,176.46 to 691 valid business claimants and $8,567.26 to 178 valid individual claimants.

5. Pursuant to the Plan of Allocation, claimants had six months from the distribution, or until June 30, 2026, to claim their payments. Dkt. No. 601-3, ¶ 29. As of June 30, 2026, 834 Eligible Claimants had claimed their payments, totaling $4,738,892.90: 665 business claimants claimed payments totaling $4,731,346.92, and 169 individual claimants claimed payments totaling $7,545.98. A total of 35 payments went unclaimed, totaling $54,850.82: 26 business claimant payments totaling $53,829.54, and 9 individual claimant payments totaling $1,021.28.

## II.    PROPOSED SECOND DISTRIBUTION

6. Verita estimates that $327,125 remains in the Net Settlement Fund, which includes uncashed/unclaimed payments, a reserve fund from the first distribution, and interest. Verita estimates that it will incur $17,133 in administration expenses in connection with the second distribution and post-distribution work. After deducting these estimated expenses, approximately $309,992 is available to distribute to Eligible Claimants in a second distribution.

DECLARATION OF ZACHARY COOLEY
CASE NO. 3:20-cv-03131-JSC

7.    The Plan of Allocation provides that any distributable balance remaining in the Net Settlement Fund six months after distribution is to be redistributed among those Eligible Claimants who cashed their checks and who would receive at least $15 from the redistribution, after payment of any additional administration costs. Dkt. No. 601-3, ¶ 29. Verita calculated the second distribution as follows. First, Verita allocated a minimum payment of $15 to each of the 834 Eligible Claimants who claimed their initial payment. Under a straight *pro rata* allocation of the available funds based on validated claim amounts, 499 Eligible Claimants would have received less than $15; those claimants will instead receive the $15 minimum payment, totaling $7,485. Verita then allocated the remaining $302,507.05 *pro rata* based on validated claim amounts among the other 335 Eligible Claimants, each of whom will receive more than $15. Under this calculation, every participating Eligible Claimant will receive at least $15 from the second distribution.

8.    The average, median, maximum, and minimum second-distribution payment for individual claimants is $15.06, $15.00, $25.69, and $15.00, respectively, and the average, median, maximum, and minimum second-distribution payment for business claimants is $462.33, $15.24, $91,456.00, and $15.00, respectively. In total, the 169 individual claimants will receive $2,545.69, and the 665 business claimants will receive $307,446.36, for a total second distribution of $309,992.05. As with the initial distribution, the largest business claimant payment is being made to a telecommunications and technology services provider with one of the largest private fleets of vehicles in the United States. This payment is also an outlier—the next largest business claimant will receive less than half the maximum.

9.    Verita will issue second-distribution payments using each claimant's previously selected payment method. Of the 834 payments, 583 are checks (totaling $303,656.15), 85 are ACH transfers (totaling $3,355.73), 84 are PayPal (totaling $1,739.48), and 82 are Venmo (totaling $1,240.69).

10.    Verita estimates that it will take 15 business days to issue payments once approval is received.

DECLARATION OF ZACHARY COOLEY
CASE NO. 3:20-cv-03131-JSC

## III.    ADMINISTRATION COSTS

11.    Through June 30th 2026, Verita has incurred $650,000 in administration costs. Verita estimates it will incur $17,133 in additional expenses in connection with the second distribution and post-distribution work. Verita confirms that we do not receive any payments, rebates, or compensation based on claimants' selection of digital gift card providers or digital disbursement providers (such as PayPal or Venmo) or through breakage fees of any payment selection. All administration fees are invoiced and passed to counsel for payment from the escrow account.

I, Zach Cooley, declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of July 2026, at Louisville Kentucky.

_____
Zachary Cooley

DECLARATION OF ZACHARY COOLEY
CASE NO. 3:20-cv-03131-JSC