**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br><br>**[PROPOSED] ORDER AUTHORIZING SECOND DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**<br><br>Re: Dkt. No. 631, 641 |

The Court previously granted final approval of the Class Action Settlement and authorized distribution of the Net Settlement Fund. Dkt. Nos. 631, 641. The Settlement Administrator completed the initial distribution of the Net Settlement Fund on December 31, 2025, and the six-month period for Eligible Claimants to claim their payments expired on June 30, 2026. Class Plaintiffs request an order authorizing a second distribution of the remaining balance of the Net Settlement Fund consistent with the Plan of Allocation.

A distributable balance remains in the Net Settlement Fund. After deducting estimated administration expenses of $17,133, approximately $309,992 is available for a second distribution to the 834 Eligible Claimants who claimed their initial payments. The Court authorizes the distribution of payments of $2,545.69 in total to the 169 eligible individual claimants and $307,446.36 in total to the 665 eligible business claimants, for a total second distribution of $309,992.05, consistent with the Plan of Allocation as requested by Class Plaintiffs.

If any balance remains in the Net Settlement Fund following the second distribution because of unclaimed payments or otherwise, and Settlement Class Counsel determines that a further redistribution would be uneconomical, Settlement Class Counsel may seek an order approving the contribution of the remaining balance to one or more non-sectarian, not-for-profit, 501(c)(3) organizations, consistent with the Plan of Allocation. Class Counsel shall file a post-distribution accounting once the Net Settlement Fund has been fully distributed.

**IT IS SO ORDERED.**

Dated: _____          _____
                                  JACQUELINE SCOTT CORLEY
                                  United States District Judge

[PROPOSED] ORDER AUTHORIZING SECOND DISTRIBUTION OF
CLASS ACTION SETTLEMENT FUNDS
CASE NO. 3:20-cv-03131-JSC