[Submitting counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br><br>**CLASS PLAINTIFFS' AMENDED REQUEST FOR ORDER AUTHORIZING SECOND DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**<br><br>Re: Dkt. Nos. 631, 641, 644 |

Class Plaintiffs submit this amended request for an order authorizing the second distribution of class action settlement funds based on developments since the Court's second distribution order. Dkt. No. 644. The Court previously granted final approval of the Settlement Agreement,[1] and on July 22, 2026, granted Class Plaintiffs' request for a second distribution of the Net Settlement Fund to Eligible Claimants. Dkt. Nos. 631, 644. Before that order issued, the Settlement Administrator was working with two claimants to reissue their initial payments, which total $22,066.43. Declaration of Zachary Cooley Regarding Second Distribution, submitted herewith ("Cooley Decl.") ¶ 4. Subject to the Court's approval, those payments would be reissued with the second distribution, and the two claimants would participate in the second distribution. *Id.* The Settlement Administrator's costs remain unchanged at $17,133, and approximately $287,926 is now available for distribution to 836 Eligible Claimants, each of whom will receive at least $15. *Id.* ¶¶ 4–5.

The average, median, maximum, and minimum second-distribution payments for individual and business claimants are as follows (*Id.* ¶ 5):

| | **Individual Claimants** | **Business Claimants** |
|---|---|---|
| **Average** | $15.05 | $427.86 |
| **Median** | $15.00 | $15.00 |
| **Maximum** | $23.70 | $84,386.08[2] |
| **Minimum** | $15.00 | $15.00 |

In total, the 169 individual claimants will receive $2,543.70, and the 667 business claimants will receive $285,381.85, for a total second distribution of $287,925.55. Cooley Decl. ¶ 5. The Settlement Administrator estimates it will take 15 business days to issue payments once approval is received. July

[1] Capitalized terms have the same meaning as in the Settlement Agreement, unless otherwise noted.

[2] Consistent with the initial request for a second distribution, the largest business claimant payment ($84,386.08) is being made to a telecommunications and technology services provider with one of the largest private fleets of vehicles in the United States. Cooley Decl. ¶ 5; July 21, 2026 Declaration of Zachary Cooley, Dkt. No. 643-1 ¶ 8 ("July 21 Cooley Decl."). This payment is also an outlier—the next largest business claimant will receive less than half the maximum. July 21 Cooley Decl. ¶ 8.

21 Cooley Decl. ¶ 10. Class Counsel will file a post-distribution accounting once the Net Settlement Fund has been fully distributed. Class Plaintiffs respectfully request that the Court enter an amended order authorizing the second distribution on these updated figures. A proposed amended order is submitted with this request.

Dated: September 14, 2026

Respectfully submitted,

By: /s/ *Christopher L. Lebsock*
Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Kyle G. Bates (SBN 299114)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
mlehmann@hausfeld.com
clebsock@hausfeld.com
kbates@hausfeld.com

By: /s/ *Dena Sharp*
Dena C. Sharp (SBN 245869)
Scott Grzenczyk (SBN 279309)
Kyle P. Quackenbush (SBN 322401)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
dsharp@girardsharp.com
scottg@girardsharp.com
kquackenbush@girardsharp.com

*Settlement Class Counsel*

## FILER'S ATTESTATION

I, Dena Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

/s/ *Dena C. Sharp*
Dena C. Sharp