**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION | Case No. 3:20-cv-03131-JSC<br><br>**DECLARATION OF ZACHARY COOLEY REGARDING SECOND DISTRIBUTION**<br><br>Re: Dkt. No. 631, 641, 644 |

I, Zachary Cooley, declare as follows:

1. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would testify competently to them.

2. I am a Director for Verita Global, LLC ("Verita") f/k/a KCC Class Action Services, LLC, a firm that provides comprehensive class action services, including legal notification, email and postal mailing campaign implementation, website design, call center support, class member data management, claims processing, check and voucher disbursements, tax reporting, settlement fund escrow and reporting, and other related services critical to the effective administration of class actions.

3. The purpose of this declaration is to provide information related to the updated calculations of the second round of payments.

4. Prior to the order to proceed with the second round of payments, Verita was working with two claimants to reissue payments. These two payments account for $22,066.43. Verita has since finished the necessary arrangements to reissues the two payments and plans to do so with the residual payment distribution. These two claimants will also receive their portion of the residual distribution as if they had claimed their award. Verita's costs will remain unchanged at $17,133, which will result in a net distributable amount of $287,925.57.

5. In total, the 169 individual claimants will receive $2,543.70, and the 667 business claimants will receive $285,381.85, for a total second distribution of $287,925.55. The average, median, maximum, and minimum second-distribution payment for individual claimants is $15.05, $15.00, $23.70, and $15.00, respectively, and the average, median, maximum, and minimum second-distribution payment for business claimants is $427.86, $15.00, $84,386.08, and $15.00, respectively.

I, Zach Cooley, declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September 2026, at Louisville, Kentucky.

Zachary Cooley