**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE CALIFORNIA GASOLINE SPOT MARKET ANTITRUST LITIGATION

Case No. 3:20-cv-03131-JSC

**[PROPOSED] AMENDED ORDER AUTHORIZING SECOND DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS**

Re: Dkt. Nos. 631, 641, 644

The Court previously granted final approval of the Class Action Settlement and authorized distribution of the Net Settlement Fund. Dkt. Nos. 631, 641. The Settlement Administrator completed the initial distribution of the Net Settlement Fund on December 31, 2025, and the six-month period for Eligible Claimants to claim their payments expired on June 30, 2026. On July 22, 2026, the Court granted Class Plaintiffs' request for an order authorizing a second distribution of the remaining balance of the Net Settlement Fund consistent with the Plan of Allocation. Dkt. No. 644. Class Plaintiffs have since submitted an amended request based on developments following that order. This amended order supersedes the July 22, 2026 order and governs the second distribution.

A distributable balance remains in the Net Settlement Fund. Before the July 22, 2026 order issued, the Settlement Administrator was working with two claimants to reissue their initial distribution payments, totaling $22,066.43. The Court authorizes the reissuance of those payments together with the second distribution and authorizes those two claimants to participate in the second distribution. Administration costs remain unchanged at $17,133. After deducting those costs and the reissued initial payments, approximately $287,926 is available for a second distribution to 836 Eligible Claimants, each of whom will receive at least $15. The Court authorizes the distribution of payments of $2,543.70 in total to the 169 eligible individual claimants and $285,381.85 in total to the 667 eligible business claimants, for a total second distribution of $287,925.55, consistent with the Plan of Allocation as requested by Class Plaintiffs. The Settlement Administrator shall issue the payments within fifteen business days of the date of this order.

Class Counsel shall file a post-distribution accounting once the Net Settlement Fund has been fully distributed.

**IT IS SO ORDERED.**

Dated: ___________________

___________________________________

JACQUELINE SCOTT CORLEY
United States District Judge